IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br>Serve:<br>Peter J. Nickles<br>Interim Attorney General for<br>the District of Columbia<br>Office of the Attorney General<br>441 4th Street NW<br>Washington, D.C. 20001<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No. |

## COMPLAINT

The United States of America, for and at the request of the Administrator of the

United States Environmental Protection Agency ("EPA"), alleges as follows:

### STATEMENT OF THE CASE

1.    This is a civil action instituted pursuant to Section 107 of the Comprehensive

Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607,

seeking reimbursement of funds expended by the United States in response to a release and

threatened release of mercury -- a hazardous substance -- in and around two high schools located

in, and operated by, agencies of the District of Columbia. The United States also seeks a

declaratory judgement, pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), and

28 U.S.C. § 2201, on the Defendant's liability for further response costs that will be binding in

any subsequent action or actions to recover such costs.

JURISDICTION AND VENUE

2.      This Court has jurisdiction over the subject matter of this action pursuant to

Section 113(b) of CERCLA, 42 U.S.C. § 9613(b), and 28 U.S.C. §§ 1331 and 1345.

3.      Venue in this District is proper pursuant to Section 113(b) of CERCLA, 42 U.S.C.

§ 9613(b), and 28 U.S.C. § 1391(b).

DEFENDANTS

4.      Defendant District of Columbia is the operator, through the District of Columbia

Board of Education and District of Columbia Public Schools, of the two high schools from which

the releases of mercury occurred.

GENERAL ALLEGATIONS

5.      This action involves the release of mercury in and around two high schools

located in the District of Columbia, first from Ballou Senior High School in 2003 ("Site 1") and

second from Cardozo High School in 2005 ("Site 2").

Site 1: Ballou Senior High School

6.      On or about October 2, 2003, a student entered an unlocked chemistry laboratory

at Ballou Senior High School ("Ballou") during regular school hours and removed a container of

at least 250 milliliters of mercury. The mercury was spread to other areas of the school.

7.      The school dismissed the students for the day without any screening for mercury

2

contamination or other inspection. Many students traveled home on Metro buses and other public transportation.

8.     On October 3, 2003, local authorities removed visible droplets of mercury from areas within Ballou. School officials requested EPA's technical assistance and advice in addressing the mercury contamination at the school.

9.     Subsequently, the District of Columbia conducted the clean-up in and around the school. It found mercury in many areas, including on floors, sinks, sink traps, ceiling tiles, table tops, and door handles.

10.     Over the next several weeks, EPA rendered assistance to the District of Columbia in various ways. On October 3 and 4, 2003, EPA conducted air monitoring within the school to ascertain the level and areas of contamination. On October 3, it detected a maximum breathing zone reading of 11 micrograms per cubic meter ($\mu g/m^3$) on the second floor of the school and on October 4 it detected 12.7 $\mu g/m^3$ on the first floor.

11.     EPA screened the residence of the student suspected of taking the mercury from the school laboratory and found a dresser with mercury contamination of more than 30 $\mu g/m^3$. EPA removed the dresser and ventilated the home to remove mercury vapors. EPA also assisted the District of Columbia with screening over 1,200 students, teachers and employees of Ballou High School and over 300 bags of personal items, such as clothing and books, for mercury vapors.

12.     EPA also assisted the District of Columbia in screening the homes of those individuals whose bagged clothing showed levels of mercury above 10 $\mu g/m^3$. It screened over 125 homes, at least nine of which were evacuated. The District of Columbia contractor

3

remediated 11 homes and an apartment complex common area based on the screening.

13.    EPA monitored the air at Ballou High School and potentially affected residences for mercury vapors, provided technical advice and support to the District's contractor, and continued to provide other assistance to the District of Columbia during the clean-up of the mercury.

Site 2: Cardozo High School

14.    On February 23, 2005, a student at Cardozo High School dropped more than two ounces of mercury onto the floor.   The mercury spread to other areas of the school.

15.    The Cardozo school officials gathered the students in the auditorium to control the release.  The District of Columbia Fire Department, Department of Health, and Emergency Management Agency arrived and screened 600 high school students.   They collected the students' contaminated clothing into plastic bags for assessment.

16.    The District requested EPA's assistance with the assessment and clean-up operation.   EPA conducted initial air monitoring for mercury and detected a maximum breathing zone reading of 71 $\mu g/m^3$ on the first and ground floors.

17.    EPA conducted the clean-up at those areas and, over the next few days, at five areas of concern within the school.

18.    EPA prepared and shipped 20 drums of mercury contaminated debris for off-site disposal.

19.    EPA and District officials announced that the school was ready to reopen on February 28, 2005.   On March 2, 2005, however, the District Department of Health again detected mercury in a stairwell in the school.  Clean-up activities resumed until mercury vapor

4

screening showed that the clean-up goals had been reached.

20.    Shortly thereafter, however, another release of mercury occurred. EPA and the District performed a thorough search of the school for possible sources of mercury, including thermostats and containers in laboratories. In the course of that search, EPA found containers of old or poorly labeled hazardous substances, including mercury, in six laboratories in the school that were not part of the initial release and clean-up. The District Fire Department condemned the laboratories and restricted access to them.

21.    EPA continued to provide assistance and support to the District of Columbia until the clean-up activities were complete and Cardozo High School could reopen.

22.    Mercury is a hazardous substance that can have neurological effects on humans. Children are particularly susceptible to its effects. Exposure can occur through breathing its vapors, through direct contact with skin, or through eating food or drinking water contaminated with mercury.

23.    The United States' actions at or in connection with the two Sites, as described above, were "response" actions as defined by Section 101(25) of CERCLA, 42 U.S.C. § 9601 (25).

24.    To date, EPA has incurred at least $1,101,703.74 in unreimbursed response costs at the two Sites.

CLAIM FOR RELIEF

25.    Paragraphs 1 through 24 are realleged and incorporated herein by reference.

26.    The Defendant is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

27. Mercury is a hazardous substance within the meaning of Section 101(14) of CERCLA, 42 U.S.C. § 9601(14).

28. Ballou High School and the residences involved in Site 1 are a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9). Cardozo High School is also a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

29. There was a "release" or substantial threat of release of mercury within the meaning of Section 101(22) of CERCLA, 42 U.S.C. § 9601(22), from each facility into the "environment" as defined in Ssections 101(8) of CERCLA, 42 U.S.C. § 9601(8).

30. The United States has incurred response costs in connection with Sites 1 and 2. All such costs were incurred not inconsistent with the National Oil and Hazardous Substances Pollution Contingency Plan. 40 C.F.R. Part 300 ("NCP").

31. Defendant is within the classes of persons described in Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

32. Defendant is liable under Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), for all response costs incurred by the United States not inconsistent with the NCP, in connection with the response actions at the two Sites.

## PRAYER FOR RELIEF

Wherefore, Plaintiff, the United States of America, requests that this Court:

A. Enter an Order providing that Defendants reimburse the United States for all response costs incurred in connection with the response actions conducted at the two Sites, together with the interest and all costs of enforcement;

B.    Enter a declaratory judgment on liability for further response costs that will be binding in any subsequent action by the United States against the Defendants to recover such further response costs; and

C.    Provide such other and further relief as may be just and proper.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC


NANCY FLICKINGER
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611 Ben Franklin Station
Washington, DC 20044
(202) 514-5258

7

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

DORIS COLES-HUFF
Assistant United States Attorney
District of Columbia
Judiciary Center Building
555 Fourth Street NW
Washington, DC 20530

OF COUNSEL:

ANDREW S. GOLDMAN
Sr. Assistant Regional Counsel
U.S. Environmental Protection
        Agency - Region III
1650 Arch Street
Philadelphia, PA 19103

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| The DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF LODGING OF CONSENT DECREE

The United States respectfully gives notice of lodging of a consent decree in the above-captioned action.  This consent decree is subject to a period of public comment, after notice of the lodging of the consent decree is published in the federal register.  **Accordingly, no action is required by the Court at this time.**

This action involves the claim of the United States under Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for reimbursement of its past response costs incurred in connection with response actions to address releases and threats of releases of mercury at two high schools in the District of Columbia.  The first release of mercury occurred in and around Ballou High School in 2003 and second release of mercury occurred in and around Cardozo High School in 2005.

The consent decree obligates the District of Columbia to reimburse $600,000 of the United States' past response costs.  In addition, the District of Columbia commits to verify that it is complying with its own procedures for the proper storage, removal and disposal of mercury and other hazardous substances in the District of Columbia public schools, including

conducting an audit of a representative number of schools.  If the District discovers hazardous substances in the schools which are present or maintained in a manner inconsistent with its policies and procedures, the District commits to remove and dispose of such chemicals properly, or to store and inventory them properly.

The United States will provide public notice and an opportunity for public comment, pursuant to Section 122 of CERCLA, 42 U.S.C. § 9622 and Department of Justice procedures.  If, after review and evaluation of any comments received, the United States continues to believe that the Consent Decree is fair, reasonable, and in the public interest, it will move the Court to enter the Consent Decree.  No action is required by the Court at this time.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
    Division
United States Department of Justice


    / S / Nancy A. Flickinger
NANCY A. FLICKINGER
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
    Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 514-5258

2

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

DORIS COLES-HUFF
Assistant United States Attorney
District of Columbia
Judiciary Center Building
555 Fourth Street NW
Washington, DC 20530

OF COUNSEL:

ANDREW S. GOLDMAN
Sr. Assistant Regional Counsel
U.S. Environmental Protection
        Agency - Region III
1650 Arch Street
Philadelphia, PA 19103

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT DECREE**

# TABLE OF CONTENTS

I. BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II. JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

III. PARTIES BOUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

IV. DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

V. PAYMENT OF RESPONSE COSTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

VI. FAILURE TO COMPLY WITH CONSENT DECREE . . . . . . . . . . . . . . . . . . . . . . . . . 6

VII. COVENANT NOT TO SUE BY PLAINTIFF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

VIII. RESERVATION OF RIGHTS BY UNITED STATES . . . . . . . . . . . . . . . . . . . . . . . . 8

IX. COVENANT NOT TO SUE BY SETTLING DEFENDANT . . . . . . . . . . . . . . . . . . . . 9

X. EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION . . . . . . . . . . . . . . . . . 9

XI. RETENTION OF RECORDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

XII. NOTICES AND SUBMISSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

XIII. RETENTION OF JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

XIV. INTEGRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

XV. LODGING AND OPPORTUNITY FOR PUBLIC COMMENT . . . . . . . . . . . . . . . . . 12

XVI. SIGNATORIES/SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

XVII. FINAL JUDGMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|      ) | |
| Plaintiff,      ) | |
|      ) | Civil Action No. |
| v.      ) | |
|      ) | |
| DISTRICT OF COLUMBIA,     ) | |
|      ) | |
| Defendant.      ) | |
|      ) | |

**CONSENT DECREE**

## I.  BACKGROUND

A.  The United States of America ("United States"), on behalf of the Administrator of the United States Environmental Protection Agency ("EPA"), filed a complaint in this matter pursuant to Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. § 9607, as amended ("CERCLA"), seeking reimbursement of response costs incurred and to be incurred for response actions taken at or in connection with the release or threatened release of mercury, a hazardous substance, from the Ballou Senior High School ("Site 1") in 2003 and from Cardozo High School ("Site 2") in 2005.

B.  The District of Columbia, on behalf of the District of Columbia Public Schools ("Settling Defendant") does not admit any liability to Plaintiff arising out of the transactions or occurrences alleged in the complaint.

C.  The United States and Settling Defendant agree, and this Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith, that settlement of this matter will avoid prolonged and complicated litigation between the Parties, and that this Consent Decree is fair, reasonable, and in the public interest.

THEREFORE, with the consent of the Parties to this Decree, it is ORDERED, ADJUDGED, AND DECREED:

## II.  JURISDICTION

1.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1345 and 42 U.S.C. §§ 9607 and 9613(b) and also has personal jurisdiction over Settling Defendant.  Settling Defendant shall not challenge the terms of this Consent Decree or this Court's jurisdiction to enter and enforce this Consent Decree.  Solely for purposes of this Consent Decree and the underlying complaint, Settling Defendant waives all objections and defenses that it may have to jurisdiction of the Court or venue in this District.

## III.  PARTIES BOUND

2.  This Consent Decree is binding upon the United States and upon Settling Defendant and its heirs, successors and assigns.  Any change in ownership or corporate or other legal status, including, but not limited to, any transfer of assets or real or personal property, shall in no way alter the status or responsibilities of Settling Defendant under this Consent Decree.

## IV.  DEFINITIONS

3.  Unless otherwise expressly provided herein, terms used in this Consent Decree which are defined in CERCLA or in regulations promulgated under CERCLA shall have the meaning assigned to them in CERCLA or in such regulations.  Whenever terms listed below are used in this Consent Decree or in any appendix attached hereto, the following definitions shall apply:

a.  "CERCLA" shall mean the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. §§ 9601 et seq.

b.  "Consent Decree" shall mean this Consent Decree.  In the event of conflict between this Consent Decree and any appendix, the Consent Decree shall control.

c.  "Day" shall mean a calendar day.  In computing any period of time under this Consent Decree, where the last day would fall on a Saturday, Sunday, or federal holiday, the period shall run until the close of business of the next working day.

d.  "DOJ" shall mean the United States Department of Justice and any successor departments, agencies or instrumentalities of the United States.

4

e.  "EPA" shall mean the United States Environmental Protection Agency and any successor departments, agencies or instrumentalities of the United States.

f.  "EPA Hazardous Substance Superfund" shall mean the Hazardous Substance Superfund established by the Internal Revenue Code, 26 U.S.C. § 9507.

g.  "Interest" shall mean interest at the current rate specified for interest on investments of the Hazardous Substance Superfund established by 26 U.S.C. § 9507, compounded annually on October 1 of each year, in accordance with 42 U.S.C. § 9607(a).  The applicable rate of interest shall be the rate in effect at the time the interest accrues.  The rate of interest is subject to change on October 1 of each year.

h.  "Paragraph" shall mean a portion of this Consent Decree identified by an arabic numeral or an upper or lower case letter.

i.  "Parties" shall mean the United States and Settling Defendant.

j.  "Past Response Costs" shall mean:

1.  All costs, including, but not limited to, direct and indirect costs, that the United States has paid at or in connection with the Ballou Senior High School Site through December 12, 2004 and which are identified in the summary of costs attached hereto as Appendix A, plus Interest on all such costs which has accrued pursuant to 42 U.S.C. § 9607(a) through such date; and

2.  All costs, including, but not limited to, direct and indirect costs, that the United States has paid at or in connection with the Cardozo High School Site through March 14, 2006 and which are identified in the summary of costs attached hereto as Appendix B, plus Interest on all such costs which has accrued pursuant to 42 U.S.C. § 9607(a) through such date.

k.  "Plaintiff" shall mean the United States.

l.  "Section" shall mean a portion of this Consent Decree identified by a Roman numeral.

m.  "Settling Defendant" shall mean the District of Columbia, which owns and operates the District of Columbia Public Schools.

5

n. "Sites" shall mean Ballou Senior High School ("Site 1") and Cardozo High School ("Site 2").

o. "United States" shall mean the United States of America, including its departments, agencies and instrumentalities.

## V.  PAYMENT OF RESPONSE COSTS

4.  Within sixty (60) calendar days of the entry of this Consent Decree, Settling Defendant shall pay to EPA the sum of $600,000.

5.  Payment shall be made by two (2) separate FedWire Electronic Funds Transfers ("EFTs") to the U.S. Department of Justice account in accordance with current EFT instructions provided to Settling Defendant by the Financial Litigation Unit of the U.S. Attorney's Office in the District of Columbia following lodging of the Consent Decree.  One EFT shall be in the amount of $300,000 in connection with Site 1.  The other EFT shall be in the amount of $300,000 in connection with Site 2.

6.  At the time of payment, Settling Defendant shall send two notices (one for each Site) to EPA and DOJ that payment has been made in accordance with Section XII (Notices and Submissions).  The notice for Site 1 shall reference the EPA Region and Site Spill Identification Number A3AJ, DOJ Case Number 90-11-3-09036, USAO File Number 2007v00341, and the Civil Action Number assigned to this case.  The notice for Site 2 shall reference the EPA Region and Site Spill Identification Number A3DP, DOJ Case Number 90-11-3-09036, USAO File Number 2–7v00341, and the Civil Action Number assigned to this case.

7.  Settling Defendant commits to verify that the District of Columbia Public Schools ("DCPS") is adhering to DCPS procedures and policies for storage, disposal, and removal of hazardous substances and chemicals from all of the public schools of the District of Columbia including, but not limited to, the March 15, 2005 Memorandum from Superintendent Clifford Janey to All Principals ("Removal of Hazardous Materials") and the March 23, 2005 Memorandum from Superintendent Clifford Janey to All Principals ("Chemical Safety/Identification and Removal of Prohibited Hazardous Materials"), and that such verification will include at least in part an audit or inspection of a representative sample of its schools to ensure that hazardous substances or chemicals are properly stored and inventoried, or have been removed.  To the extent the DCPS discovers hazardous substances or chemicals in the schools in contravention of its policies and procedures, it commits to remove and properly dispose of such hazardous substances or chemicals and/or to properly store and inventory them, consistent with its policies and procedures and in accordance with all applicable federal laws and regulations.  Upon completion of the above-described audit or inspection and all actions taken in response to hazardous substances or chemicals found in the schools during such audit or

6

inspection in contravention of its policies and procedures, Settling Defendant shall send written certification of such completion to the United States as provided in Paragraph 24 of this Consent Decree.

## VI.   FAILURE TO COMPLY WITH CONSENT DECREE

8. <u>Interest on Late Payments</u>.  If Settling Defendant fails to make its payment under Paragraph 4 (Payment of Response Costs) by the required due date, Interest shall continue to accrue on the unpaid balance through the date of payment.

9. <u>Stipulated Penalty</u>.

a.  If any amounts due to EPA under Paragraph 4 are not paid by the required date, Settling Defendant shall be in violation of this Consent Decree and shall pay to EPA as a stipulated penalty, in addition to the Interest required by Paragraph 4, $500.00 per day that such payment is late.

b.  Stipulated penalties are due and payable within 30 days of the date of the demand for payment of the penalties by EPA.  All payments to EPA under this Paragraph shall be identified as "stipulated penalties" and shall be made by certified or cashier's check made payable to "EPA Hazardous Substance Superfund."   The check, or a letter accompanying the check, shall reference the name and address of the party making payment, the Site name, the EPA Region and Site Spill Identification Numbers A3AJ (for Site 1) and A3DP (for Site 2), DOJ Case Number 90-11-3-09036, USAO File Number 2007v00341, and the Civil Action number assigned to the case. Settling Defendant shall send the check (and any accompanying letter) to:

> US Environmental Protection Agency
> Superfund Payments
> Cincinnati Finance Center
> PO Box 979076
> St. Louis, MO 63197-9000U.S. EPA Region III

c.  At the time of each payment, Settling Defendant shall also send notice that payment has been made to EPA and DOJ in accordance with Section XII (Notices and Submissions). Such notice shall reference the EPA Region and Site Spill Number A3AJ (if the payment pertains to Site 1) or A3DP (if the payment pertains to Site 2), DOJ Case Number 90-11-3-09036, USAO File Number 2007v00341, and the Civil Action number assigned to the case.

d.  Penalties shall accrue as provided in this Paragraph regardless of whether EPA has notified Settling Defendant of the violation or made a demand for payment, but need only be paid upon demand.  All penalties shall begin to accrue on the day after payment is due and shall

7

continue to accrue through the date of payment. Nothing herein shall prevent the simultaneous accrual of separate penalties for separate violations of this Consent Decree.

10. If the United States brings an action to enforce this Consent Decree, and if a court of competent jurisdiction finds that the Settling Defendant has violated this Consent Decree, Settling Defendant shall reimburse the United States for all costs of such action, including but not limited to costs of attorney time.

11. Payments made under this Section shall be in addition to any other remedies or sanctions available to Plaintiff by virtue of Settling Defendant's failure to comply with the requirements of this Consent Decree.

12. Notwithstanding any other provision of this Section, the United States may, in its unreviewable discretion, waive payment of any portion of the stipulated penalties that have accrued pursuant to this Consent Decree. Payment of stipulated penalties shall not excuse Settling Defendant from payment as required by Section V or from performance of any other requirements of this Consent Decree.

## VII.   COVENANT NOT TO SUE BY PLAINTIFF

13. <u>Covenant Not to Sue by United States</u>. Except as specifically provided in Section VIII (Reservation of Rights by United States), the United States covenants not to sue or take administrative action against Settling Defendant pursuant to Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), to recover Past Response Costs. This covenant not to sue shall take effect upon receipt by EPA of all payments required by Section V, Paragraph 4 (Payment of Response Costs) and any amount due under Section VI (Failure to Comply with Consent Decree). This covenant not to sue is conditioned upon the satisfactory performance by Settling Defendant of its obligations under this Consent Decree. This covenant not to sue extends only to Settling Defendant and does not extend to any other person.

## VIII.   RESERVATION OF RIGHTS BY UNITED STATES

14. The United States reserves, and this Consent Decree is without prejudice to, all rights against Settling Defendant with respect to all matters not expressly included within the Covenant Not to Sue by Plaintiff in Section VII of this Consent Decree. Notwithstanding any other provision in this Consent Decree, the United States reserves all rights against Settling Defendant with respect to:

a. liability for failure of Settling Defendant to meet a requirement of this Consent

8

Decree;

      b. liability for costs incurred or to be incurred by the United States that are not within the definition of Past Response Costs;

      c. liability for injunctive relief or administrative order enforcement under Section 106 of CERCLA, 42 U.S.C. § 9606;

      d. criminal liability; and

      e. liability for damages for injury to, destruction of, or loss of natural resources, and for the costs of any natural resource damage assessments.

## IX.   COVENANT NOT TO SUE BY SETTLING DEFENDANT

15. Settling Defendant covenants not to sue and agrees not to assert any claims or causes of action against the United States, or its contractors or employees, with respect to Past Response Costs or this Consent Decree, including but not limited to:

      a. any direct or indirect claim for reimbursement from the Hazardous Substance Superfund based on Sections 106(b)(2), 107, 111, 112, or 113 of CERCLA, 42 U.S.C. §§ 9606(b)(2), 9607, 9611, 9612, or 9613, or any other provision of law;

      b. any claim arising out of response actions at the Sites for which the Past Response Costs were incurred, including any claim under the United States Constitution, the Tucker Act, 28 U.S.C. § 1491, the Equal Access to Justice Act, 28 U.S.C. §2412, as amended, or at common law; or

      c. any claim against the United States pursuant to Sections 107 and 113 of CERCLA, 42 U.S.C. §§ 9607 and 9613, relating to Past Response Costs.

16. Nothing in this Consent Decree shall be deemed to constitute approval or preauthorization of a claim within the meaning of Section 111 of CERCLA, 42 U.S.C. § 9611, or 40 C.F.R. § 300.700(d).

## X.   EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION

17. Nothing in this Consent Decree shall be construed to create any rights in, or grant any cause of action to, any person not a Party to this Consent Decree. The Parties expressly reserve

any and all rights (including, but not limited to, any right to contribution), defenses, claims, demands, and causes of action that they may have with respect to any matter, transaction, or occurrence relating in any way to the Sites against any person not a Party hereto.

18. The Parties agree, and by entering this Consent Decree this Court finds, that Settling Defendant is entitled, as of the effective date of this Consent Decree, to protection from contribution actions or claims as provided by Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2), for "matters addressed" in this Consent Decree. The "matters addressed" in this Consent Decree are Past Response Costs.

19. Settling Defendant agrees that, with respect to any suit or claim for contribution brought by it for matters related to this Consent Decree, it will notify EPA and DOJ in writing no later than 60 days prior to the initiation of such suit or claim. Settling Defendant also agrees that, with respect to any suit or claim for contribution brought against it for matters related to this Consent Decree, it will notify EPA and DOJ in writing within 10 days of service of the complaint or claim upon it. In addition, Settling Defendant shall notify EPA and DOJ within 10 days of service or receipt of any Motion for Summary Judgment, and within 10 days of receipt of any order from a court setting a case for trial, for matters related to this Consent Decree.

20. In any subsequent administrative or judicial proceeding initiated by the United States for injunctive relief, recovery of response costs, or other relief relating to the Sites, Settling Defendant shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, res judicata, collateral estoppel, issue preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States in the subsequent proceeding were or should have been brought in the instant case; provided, however, that nothing in this Paragraph affects the enforceability of the Covenant Not to Sue by Plaintiff set forth in Section VII.

## XI.    RETENTION OF RECORDS

21. Until five years after the entry of this Consent Decree, Settling Defendant shall preserve and retain all records and documents now in its possession or control, or which come into its possession or control, that relate in any manner to response actions taken at the Sites or the liability of any person for response actions conducted and to be conducted at the Sites, regardless of any corporate retention policy to the contrary.

22. After the conclusion of the five-year document retention period in the preceding paragraph, Settling Defendant shall notify EPA and DOJ at least 90 days prior to the destruction of any such records or documents, and, upon request by EPA or DOJ, Settling Defendant shall deliver any such records or documents to EPA. Settling Defendant may assert that certain documents, records, or other information are privileged under the attorney-client privilege or any

other privilege recognized by federal law. If Settling Defendant asserts such a privilege, it shall provide Plaintiff with the following: 1) the title of the record; 2) the date of the record; 3) the name, title and affiliation (*e.g.*, company or firm) of the author of the record; 4) the name and title of each addressee and recipient; 5) a description of the subject of the record; and 6) the privilege asserted. If a claim of privilege applies only to a portion of a record, the record shall be provided to Plaintiff in redacted form to mask the privileged information only. Settling Defendant shall retain all records that it claims to be privileged until the United States has had a reasonable opportunity to dispute the privilege claim and any such dispute has been resolved in the Settling Defendant's favor. However, no records created or generated pursuant to the requirements of this or any other settlement with EPA pertaining to the Sites shall be withheld on the grounds that they are privileged.

23. Settling Defendant hereby certifies that, to the best of its knowledge and belief, after thorough inquiry, it has not altered, mutilated, discarded, destroyed or otherwise disposed of any records, reports, or other information relating to its potential liability regarding the Sites, since notification of potential liability by the United States or the filing of suit against it regarding the Sites and that it has fully complied with any and all EPA requests for information pursuant to Sections 104(e) and 122(e) of CERCLA, 42 U.S.C. §§ 9604(e) and 9622(e) and Section 3007 of RCRA, 42 U.S.C. §6927.

## XII.   NOTICES AND SUBMISSIONS

24. Whenever, under the terms of this Consent Decree, notice is required to be given or a document is required to be sent by one party to another, it shall be directed to the individuals at the addresses specified below, unless those individuals or their successors give notice of a change to the other Parties in writing. Written notice as specified herein shall constitute complete satisfaction of any written notice requirement of the Consent Decree with respect to the United States, EPA, DOJ, and Settling Defendant, respectively.

As to the United States:

As to DOJ:

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611

11

Ben Franklin Station
Washington, DC 20044
(DJ # 90-11-3-09036)


As to EPA:
Andrew S. Goldman (3RC41)
Senior Assistant Regional Counsel
United States Environmental Protection Agency
Region III
1650 Arch Street
Philadelphia, PA 19103-2029

As to Settling Defendant:

Robert Utiger
Special Counsel to the Deputy Attorney General
   for Civil Litigation
Office of the Attorney General for the
   District of Columbia
441 Fourth Street N.W.
Suite 600 South
Washington, D.C. 20001

James J. Sandman
General Counsel
District of Columbia Public Schools
825 N. Capitol Street, N.E.
Washington, D.C.  20002


## XIII.    RETENTION OF JURISDICTION

25.  This Court shall retain jurisdiction over this matter for the purpose of interpreting and enforcing the terms of this Consent Decree.


## XIV.    INTEGRATION

26.  This Consent Decree constitutes the final, complete and exclusive agreement and understanding among the Parties with respect to the settlement embodied in this Consent Decree.

12

The Parties acknowledge that there are no representations, agreements or understandings relating to the settlement other than those expressly contained in this Consent Decree.

## XV.    LODGING AND OPPORTUNITY FOR PUBLIC COMMENT

27. This Consent Decree shall be lodged with the Court for a period of not less than 30 days for public notice and comment. The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations which indicate that this Consent Decree is inappropriate, improper, or inadequate. Settling Defendant consents to the entry of this Consent Decree without further notice.

28. If for any reason this Court should decline to approve this Consent Decree in the form presented, this agreement is voidable at the sole discretion of any party and the terms of the agreement may not be used as evidence in any litigation between the Parties.

## XVI.    SIGNATORIES/SERVICE

29. Each undersigned representative of the Settling Defendant to this Consent Decree and the Deputy Chief, Environmental Enforcement Section, Environment and Natural Resources Division of the United States Department of Justice certifies that he or she is authorized to enter into the terms and conditions of this Consent Decree and to execute and bind legally such Party to this document.

30. Settling Defendant hereby agrees not to oppose entry of this Consent Decree by this Court or to challenge any provision of this Consent Decree, unless the United States has notified Settling Defendant in writing that it no longer supports entry of the Consent Decree.

31. Settling Defendant shall identify, on the attached signature page, the name and address of an agent who is authorized to accept service of process by mail on behalf of itself with respect to all matters arising under or relating to this Consent Decree. Settling Defendant hereby agrees to accept service in that manner and to waive the formal service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure and any applicable local rules of this Court, including but not limited to, service of a summons.

## XVII.    FINAL JUDGMENT

32. Upon approval and entry of this Consent Decree by the Court, this Consent Decree

13

shall be effective and constitute the final judgment between and among the United States and the Settling Defendant. The Court finds that there is no reason for delay and therefore enters this judgment as a final judgment under Fed. R. Civ. P. 54 and 58.

SO ORDERED THIS _____ DAY OF _____, 20_____

_____

United States District Judge

14

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v. District of Columbia</u> relating to the Ballou Senior High School and Cardozo High School Sites.

FOR THE UNITED STATES OF AMERICA

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.

NANCY FLICKINGER
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5258

United States Attorney for the District of Columbia

DORIS COLES
Assistant United States Attorney
CWA Building
501 3rd Street, NW
Washington, DC 20001
(202) 514-7170

15

DONALD S. WELSH
Regional Administrator
U.S. Environmental Protection Agency, Region III

WILLIAM C. EARLY
Regional Counsel
U.S. Environmental Protection Agency, Region III

ANDREW S. GOLDMAN
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, PA  19103-2029

16

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v. District of Columbia</u> relating to the Ballou Senior High School and Cardozo High School Sites.

FOR DEFENDANT DISTRICT OF COLUMBIA

PETER J. NICKLES
Interim Attorney General of the District of Columbia

GEORGE C. VALANTINE
Deputy Attorney General for Civil Litigation


ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy for Civil Litigation
P.O. Box 14600
Washington, D.C. 20001
(202) 724-6532

17

# APPENDIX A

Certified By Financial Management Office

Table of Contents

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

**NARRATIVE COST SUMMARY** ........................................................................... Section 1

**ITEMIZED COST SUMMARY** ............................................................................. Section 2

**REGIONAL PAYROLL COSTS** ........................................................................... Section 3

**HEADQUARTERS PAYROLL COSTS** ................................................................. Section 4

**REGIONAL TRAVEL COSTS** ............................................................................ Section 5

**HEADQUARTERS TRAVEL COSTS** .................................................................. Section 6

**EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)**

    INDUSTRIAL MARINE SERVICE, INC. (68-S3-0303) .................................... Section 7

**OTHER FEDERAL AGENCIES APPROPRIATIONS**

    DEPARTMENT OF HEALTH & HUMAN SERVICES (ATSDR) ............................... Section 8

**RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT**

    LOCKHEED MARTIN SERVICES (68-C9-9223) .......................................... Section 9

**SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)**

    ECOLOGY & ENVIRONMENT (68-S3-0001) ............................................. Section 10

    TETRA TECH EM INC. (68-S3-0002) ................................................... Section 11

**EPA INDIRECT COSTS SUMMARY** ................................................................. Section 12

**EPA INDIRECT COSTS** .................................................................................. Section 13

Certified By Financial Management Office

Narrative Cost Summary

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

1. The United States Environmental Protection Agency has incurred at least $58,842.93 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $8,850.01 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred at least $30,877.71 for Regional Travel Costs.

4. The United States Environmental Protection Agency has incurred at least $10,921.01 for Headquarters Travel Costs.

5. The United States Environmental Protection Agency has incurred costs of at least $33,975.85 for EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2) contract expenditures. The total represents the amount spent under the INDUSTRIAL MARINE SERVICE, INC. contract.

6. The United States Environmental Protection Agency has incurred costs of at least $14,728.77 for OTHER FEDERAL AGENCIES APPROPRIATIONS contract expenditures. The total represents the amount spent under the DEPARTMENT OF HEALTH & HUMAN SERVICES contract.

7. The United States Environmental Protection Agency has incurred costs of at least $71,783.41 for RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT contract expenditures. The total represents the amount spent under the LOCKHEED MARTIN SERVICES contract.

8. The United States Environmental Protection Agency has incurred costs of at least $6,179.21 for SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) contract expenditures. The total represents the amount spent under the ECOLOGY & ENVIRONMENT contract.

9. The United States Environmental Protection Agency has incurred costs of at least $147,717.78 for SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) contract expenditures. The total represents the amount spent under the TETRA TECH EM INC. contract.

10. The United States Environmental Protection Agency has incurred at least $232,304.77 for Indirect Costs.

**Total Site Costs:**                                                    $616,181.45

Certified By Financial Management Office

Itemized Cost Summary

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

| | |
|---|---:|
| REGIONAL PAYROLL COSTS | $58,842.93 |
| HEADQUARTERS PAYROLL COSTS | $8,850.01 |
| REGIONAL TRAVEL COSTS | $30,877.71 |
| HEADQUARTERS TRAVEL COSTS | $10,921.01 |
| EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2) | |
|    INDUSTRIAL MARINE SERVICE, INC. (68-S3-0303) | $33,975.85 |
| OTHER FEDERAL AGENCIES APPROPRIATIONS | |
|    DEPARTMENT OF HEALTH & HUMAN SERVICES (ATSDR) | $14,728.77 |
| RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT | |
|    LOCKHEED MARTIN SERVICES (68-C9-9223) | $71,783.41 |
| SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) | |
|    ECOLOGY & ENVIRONMENT (68-S3-0001) | $6,179.21 |
|    TETRA TECH EM INC. (68-S3-0002) | $147,717.78 |
| EPA INDIRECT COSTS | $232,304.77 |
| **Total Site Costs:** | **$616,181.45** |

## Certified By Financial Management Office

### Regional Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| AQUINO, MARCUS A. | 2004 | 01 | 26.00 | 1,023.77 [1] |
| ENVIRONMENTAL ENGINEER | | 02 | 139.50 | 5,323.57 [2] |
| | | 03 | 82.50 | 3,849.03 [3] |
| | | 04 | 12.00 | 608.76 |
| | | 05 | 4.00 | 202.91 |
| | | 06 | 4.00 | 198.73 |
| | | 12 | 5.00 | 259.02 |
| | | 16 | 3.00 | 158.90 |
| | | | 276.00 | $11,624.69 |
| ARTOS, MYLES | 2004 | 02 | 102.00 | 3,585.84 [4] |
| | | 03 | 137.50 | 4,847.87 [5] |
| | | 04 | 2.00 | 71.84 |
| | | 05 | 1.00 | 35.93 |
| | 2005 | 06 | 18.00 | 802.32 |
| | | | 260.50 | $9,343.80 |
| RESCIA, NICOLAS | 2004 | 02 | 114.00 | 3,767.89 [6] |
| ON-SCENE COORDINATOR | | | | |
| | | | 114.00 | $3,767.89 |
| CARNEY, DENNIS P. | 2004 | 02 | 8.00 | 550.11 |
| PROGRAM MANAGER | | 03 | 2.00 | 137.53 |
| | | 04 | 0.25 | 17.19 |
| | | | 10.25 | $704.83 |
| DOUGHERTY, MEGAN | 2004 | 02 | 121.00 | 2,745.46 [7] |
| PUBLIC AFFAIRS SPECIALIST | | 03 | 77.00 | 1,640.89 [8] |
| | | | 198.00 | $4,386.35 |
| GAUGHAN, PERRY | 2004 | 02 | 97.00 | 3,392.96 [9] |
| | | 03 | 148.00 | 5,327.97 [10] |
| | | | 245.00 | $8,720.93 |
| KELLY, JOHN E. | 2004 | 02 | 53.00 | 2,187.34 [11] |
| ENVIRONMENTAL SCIENTIST | | 03 | 53.00 | 2,375.31 [12] |
| | | | 106.00 | $4,562.65 |

## Certified By Financial Management Office

### Regional Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| KLEEMAN, CHARLES L. | 2004 | 02 | 18.75 | 1,102.84 |
| SUPERVISORY ENVIRONMENTAL ENGINEER | | 03 | 9.00 | 529.36 |
| | | | 27.75 | $1,632.20 |
| | | | | |
| MCDONALD, JOANNA | 2004 | 02 | 46.50 | 1,645.61 [13] |
| ENVIRONMENTAL PROTECTION ASSISTANT | | 03 | 47.00 | 1,770.43 [14] |
| | | 04 | 1.00 | 37.97 |
| | | 07 | 1.00 | 37.98 |
| | | 10 | 0.50 | 19.40 |
| | | | 96.00 | $3,511.39 |
| | | | | |
| MURRAY, HELEN L. | 2004 | 02 | 1.00 | 49.32 |
| CONTRACT SPECIALIST | | | | |
| | | | 1.00 | $49.32 |
| | | | | |
| TAURINO, MICHAEL | 2004 | 02 | 117.00 | 4,835.66 [15] |
| ENVIRONMENTAL ENGINEER | | 03 | 12.00 | 541.32 |
| | | | 129.00 | $5,376.98 |
| | | | | |
| TAYLOR, PATRICIA L. | 2004 | 01 | 15.00 | 480.10 [16] |
| COMMUNITY INVOLVEMENT CORD. | | 02 | 150.00 | 3,338.88 [17] |
| | | 03 | 55.00 | 1,208.90 [18] |
| | | | 220.00 | $5,027.88 |
| | | | | |
| WISE, NEIL | 2004 | 02 | 2.00 | 134.02 |
| SUPERVISORY ATTORNEY | | | | |
| | | | 2.00 | $134.02 |
| | | | | |
| Total Regional Payroll Costs | | | 1,685.50 | $58,842.93 |

| | |
|---|---|
| [13] | 18 hours overtime paid |
| [14] | 63.5 hours overtime paid |
| [15] | 20.5 hours overtime paid |
| [16] | only 49 hours overtime paid |
| [17] | 57.5 hours overtime paid |

Report Date: 05/12/2006

Certified By Financial Management Office

Regional Payroll Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| 51 hours overtime paid | | | | |
| only 59 hours overtime paid | | | | |
| 18 hours overtime paid | | | | |
| 49 hours overtime paid | | | | |
| 52 hours overtime paid, 16 hours comp time added. | | | | |
| only 11 hours overtime paid | | | | |
| no overtime paid | | | | |
| only 33 hours overtime paid | | | | |
| 4 hours overtime paid | | | | |
| 41 hours overtime paid | | | | |
| 10 hours overtime paid and 5 hours comp time | | | | |
| Only 70 hours of regular time paid to A3AJ, 62 hours overtime paid and 18 hours comp time | | | | |
| 20 hours overtime paid | | | | |

Certified By Financial Management Office

Headquarters Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| GILBERT, JOHN M. | 2004 | 06 | 9.00 | 291.17 [1] |
| ENVIRONMENTAL ENGINEER | | 09 | 36.00 | 2,304.86 |
| | | | 45.00 | $2,596.03 |
| | | | | |
| GROHS, BETHANY | 2004 | 02 | 18.00 | 845.12 |
| | | | 18.00 | $845.12 |
| | | | | |
| SINGHVI, RAJESHMAL | 2004 | 02 | 62.00 | 4,544.18 [2] |
| CHEMIST | | 03 | 16.00 | 864.68 [3] |
| | | | 78.00 | $5,408.86 |
| | | | | |
| Total Headquarters Payroll Costs | | | 141.00 | $8,850.01 |

[1]  9 hours overtime paid

[2]  15 hours overtime paid

[3]  7 hours overtime paid

## Certified By Financial Management Office

### Regional Travel Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0157428 | ACHA03316 | 11/14/2003 | 1,598.63 |
| ENVIRONMENTAL ENGINEER | TM0165068 | ACHA03336 | 12/04/2003 | 268.25 |
| | TM0154582 | ACHA03346 | 12/16/2003 | 996.50 |
| | | | | $2,863.38 |
| BARTOS, MYLES | TM0165381 | ACHA03332 | 12/02/2003 | 5,229.25 |
| | | | | $5,229.25 |
| BRESCIA, NICOLAS | TM0157434 | ACHC03304 | 11/04/2003 | 2,039.05 |
| ON-SCENE COORDINATOR | | | | |
| | | | | $2,039.05 |
| GAUGHAN, PERRY | TM0166161 | ACHA03324 | 11/24/2003 | 5,362.29 |
| | | | | $5,362.29 |
| KELLY, JOHN E. | TM0157421 | ACHC03321 | 11/19/2003 | 1,955.20 |
| ENVIRONMENTAL SCIENTIST | TM0162839 | ACHC03339 | 12/09/2003 | 2,264.45 |
| | | | | $4,219.65 |
| MCDONALD, JOANNA | TM0157843 | ACHC03328 | 11/26/2003 | 1,246.15 |
| ENVIRONMENTAL PROTECTION ASSISTANT | TM0164056 | ACHA03328 | 11/26/2003 | 222.49 |
| | TM0164056 | ACHC03328 | 11/26/2003 | 986.47 |
| | | | | $2,455.11 |
| TAURINO, MICHAEL | TM0157439 | ACHA03317 | 11/17/2003 | 3,162.75 |
| ENVIRONMENTAL ENGINEER | | | | |
| | | | | $3,162.75 |
| TAYLOR, PATRICIA L. | TM0156510 | ACHC03337 | 12/05/2003 | 5,546.23 |

Certified By Financial Management Office

Regional Travel Costs

WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| COMMUNITY INVOLVEMENT CORD. | | | | |
| | | | | $5,546.23 |
| | | | | |
| Total Regional Travel Costs | | | | $30,877.71 |

## Certified By Financial Management Office

## Headquarters Travel Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| BRASS, BRIAN E. | TM0158966 | ACHA03317 | 11/17/2003 | 2,552.98 |
| | | | | $2,552.98 |
| GILBERT, JOHN M. | TM0172339 | ACHA03350 | 12/18/2003 | 50.00 |
| ENVIRONMENTAL ENGINEER | TM0172339 | ACHC03350 | 12/18/2003 | 1,040.58 |
| | TM0181491 | ACHA04028 | 01/30/2004 | 200.00 |
| | TM0181491 | ACHC04028 | 01/30/2004 | 1,078.20 |
| | TM0203957 | ACHA04106 | 04/19/2004 | 200.00 |
| | TM0203957 | ACHC04106 | 04/19/2004 | 604.12 |
| | | | | $3,172.90 |
| GROHS, BETHANY | TM0156634 | ACHA03290 | 10/21/2003 | 211.88 |
| | TM0156634 | ACHC03290 | 10/21/2003 | 705.00 |
| | TM0158694 | ACHC03294 | 10/23/2003 | 8.00 |
| | | | | $924.88 |
| MOORE, DAVID | TM0160600 | ACHA03316 | 11/14/2003 | 1,577.10 |
| Industrial Hygienist | | | | |
| | | | | $1,577.10 |
| PUTTHOFF, DOUGLAS | TM0156613 | 000A03302 | 10/31/2003 | 65.27 |
| | TM0156613 | ACHC03302 | 10/31/2003 | 202.39 |
| | | | | $267.66 |
| SINGHVI, RAJESHMAL | TM0156594 | ACHA03290 | 10/21/2003 | 141.41 |
| CHEMIST | TM0157267 | ACHA03290 | 10/21/2003 | 1,958.51 |

Certified By Financial Management Office

Headquarters Travel Costs

WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| SINGHVI, RAJESHMAL | TM0162780 | ACHA03307 | 11/05/2003 | 325.57 |
| | | | | $2,425.49 |
| | | | | |
| Total Headquarters Travel Costs | | | | $10,921.01 |

Certified By Financial Management Office

Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

| Contractor Name: | INDUSTRIAL MARINE SERVICE, INC. | | |
|---|---|---|---|
| EPA Contract Number: | 68-S3-0303 | | |
| Delivery Order Information | DO # | Start Date | End Date |
| | 3003 | 10/09/2003 | 12/28/2003 |
| Project Officer(s): | AQUINO, MARCOS | | |
| | STEUTEVILLE, WILLIAM | | |
| Dates of Service: | From: 10/09/2003   To: 02/22/2004 | | |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS | | |
| Total Costs: | $33,975.85 | | |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| '03-07909-1 | 11/06/2003 | 23,307.53 | 04110 | | 12/03/2003 | 23,307.53 |
| '03-10833-2 | 12/15/2003 | 6,511.81 | 04187 | | 01/09/2004 | 6,511.81 |
| '04-00329-3 | 01/29/2004 | 1,635.77 | 04275 | | 02/26/2004 | 1,635.77 |
| '04-00731-4 | 02/17/2004 | 2,595.74 | 04295 | | 03/12/2004 | 2,595.74 |
| '04-00874-5 | 02/17/2004 | -75.00 | 04295 | | 03/12/2004 | -75.00 |
| | | | | | Total: | $33,975.85 |

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

Contractor Name:        INDUSTRIAL MARINE SERVICE, INC.

EPA Contract Number:        68-S3-0303

---

**Contractor Information**

Task Order No.: 03-03-003
Period Of Performance:  10/09/2003 to 12/31/2003
Description Of Work:  Removal Operation

The Contractor shall furnish the necessary personnel, materials, services, facilities, and otherwise do all things necessary for, or incident to, the performance of the work set forth below:

General Response - The OSC requires emergency and rapid response services contract support at the Site consistent with a Federal funding authorization for the Site.  The Contractor must provide all personnel, equipment, supplies, including PPE, and services for performance of tasks pursuant to this TO.

Site Safety (Contractor Provides Safety Plan) - Contractor to perform tasks pursuant to this TO in accordance with OSHA regulations and applicable EPA safety policy.  Contractor to provide Site Safety Plan to OSC for review.  Contractor to implement and comply with the Site Safety Plan.  When changes in Site operations or Site conditions require modifications to the Site Safety Plan, the revised Site Safety Plan must be submitted to the OSC within 3 business days.  OSC review of the contractor's Site Safety Plan and any actual or implied acceptance of the Site Safety Plan by the OSC does not constitute determination by the OSC or by EPA that the contractor's Site Safety Plan or actions meet any of all OSHA requirements.  Contractor to submit Site Safety Plan on or before 10/14/2003.

Site Mobilization - Contractor's RM to meet OSC on-Site on 10/09/2003.

Field Support Facilities - Contractor to provide field office, support facilities and utility service for performance of tasks pursuant to this TO.

Off-site Disposal – Contractor to provide off-site transportation and disposal of hazardous substances/oil in accordance with CERCLA 121(d)(3).

ARARs - Contractor must comply with all applicable or relevant and appropriate environmental regulations to the extent practicable depending on the exigencies of the situation as directed by OSC.  Contractor must obtain permits for on-site activities as directed by OSC.

Mercury Spill Recovery & Decontamination - Contractor to recover, stage, and dispose spilled mercury and contaminated soil and decontaminate or dispose contaminated surfaces and materials.  Contractor to inventory all personal property items prior to disposal.

Response Activities in Residential Neighborhood - This TO requires the Contractor to perform activities on or near residential properties.  When working on or near residential properties, the Contractor must to strictly adhere to limitations on access, work hours, special work requirements and other conditions, if any, established by the OSC for such work and identify schools and school bus routes and schedules in the neighborhood.  The contractor must establish and monitor a safe work perimeter to prevent entry by children, pets or others to the

Certified By Financial Management Office

Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

'ork areas. The contractor must immediately halt all activity and shut-off equipment should any children or pets pproach or enter the safe work perimeter or during drop-off or pick-up of children in the neighborhood by school uses. Unless specifically tasked by the OSC to initiate contacts with the residents, the contractor should erform all communications with residents and residential property owners through the OSC or his/her esignated spokespersons. The OSC shall provide the contractor with the names and phone numbers of ppropriate EPA spokespersons. When a resident or property owner initiates communication with the contractor, le contractor should identify themself(s) as a contractor and provide simple factual answers and explanations to uestions about activities currently being performed by the contractor on the resident or property owner's roperty.

:mergency Residential Interior Decontamination - Contractor to provide emergency residential interior econtamination, including disposal of hazardous substances/oil and contaminated materials and personal roperty items and restoration of real property damaged or disposed during interior cleaning. Contractor to epa-vac and/or wash hard, non-porous surfaces with appropriate decontamination agent and collect all xpended washing agents and materials for treatment and/or disposal. Contractor to dispose items and aterials which can not be decontaminated. Contractor to inventory and photo and video document the condition f such residences with the property owner before and after decontamination. Contractor to identify unique and aluable items, interiors and surfaces and make OSC aware of such items prior to disposal or decontamination of uch unique items.

)econtamination of Public Spaces - Contractor to provide decontamination, including disposal of hazardous ubstances/oil and contaminated materials of public buildings, and spaces, including public transportation acilities and vehicles. Contractor to hepa-vac and/or wash hard, non-porous surfaces with appropriate lecontamination agent and collect all expended washing agents and materials for treatment and/or disposal. Contractor to dispose items and materials which can not be decontaminated.

;UPPORTING DOCUMENTATION: Copy of Task Order and Statement of Work.

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### OTHER FEDERAL AGENCIES APPROPRIATIONS

| | |
|---|---|
| Contractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| EPA Contract Number: | ATSDR |
| Project Officer(s): | JONES, BETTY N. |
| Dates of Service: | From: 10/03/2003    To: 03/04/2005 |
| Summary of Service: | SEE CONTRACTOR INFORMATION. |
| Total Costs: | $14,728.77 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number    and    Date | | Site Amount |
|---|---|---|---|---|---|
| LETTER RPT | 04/21/2005 | 13,203.42 | ATSDR | 03/19/2005 | 13,203.42 |
| LETTER RPT 2 | 04/19/2006 | 1,525.35 | ATSDR | 04/01/2006 | 1,525.35 |
| | | | | Total: | $14,728.77 |

### OTHER FEDERAL AGENCIES APPROPRIATIONS

| | |
|---|---|
| Contractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| EPA Contract Number: | ATSDR |

### Contractor Information

The Agency for Toxic Substances and Disease Registry (ATSDR) ia an advisory agency which is used to conduct public health assessments at sites on the EPA National Priorities List pursuant to the Comprehensive Environmental Response, Compensation and Liability Act.

ATSDR has performed the following activities:

100 - HEALTH CONSULTATION – A health consultation is a written or verbal response from ATSDR to a specific question or request for information pertaining to a hazardous substance or facility. It includes reviewing medical or health information to provide expert medical, epidemiologic, or public health assistance.

X00 - EMERGENCY RESPONSE - This is a response to a release or threat of release of pollutants and contaminants that may present an imminent and substantial danger to public health or welfare.

SUPPORTING DOCUMENTATION:  Copy of Payroll Expense Report, Copy of Time Sheets and Copy of Activity Codes and Definitions.

Certified By Financial Management Office

Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

ESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

| | |
|---|---|
| ontractor Name: | LOCKHEED MARTIN SERVICES |
| PA Contract Number: | 68-C9-9223 |
| roject Officer(s): | SINGHVI, RAJESHMAL |
| ates of Service: | From: 01/19/2004    To: 03/21/2004 |
| ummary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| otal Costs: | $71,783.41 |

| oucher umber | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 6337432 | 02/26/2004 | 905,151.31 | R4319 | 03/24/2004 | 71,736.22 |
| 6338801 | 03/26/2004 | 1,198,716.36 | R4374 | 04/27/2004 | 47.19 |
| | | | | Total: | $71,783.41 |

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

Contractor Name:         LOCKHEED MARTIN SERVICES

EPA Contract Number:     68-C9-9223

---

Contractor Information
Work Assignment No. 0-344
Period Of Performance: 01/14/2004 to 05/31/2004
Description Of Work:  Technical Support

Contractor to provide technical support to ERT/USEPA Region III in monitoring vapors at the Frank W. Ballow High School and nearby residences.

Under this work assignment, Response Engineering and Analytical Contract (REAC) personnel provided technical assistance to the Environmental Protection Agency/Environmental Response Team Center and EPA Region III to perform ambient air monitoring and sampling for mercury vapor at the Ballou High School in DC. This work was initially conducted under the emergency response work assignment no. 0-001.

The contractor shall:
 Perform real-time mercury vapor monitoring at the Frank W. Ballow High School;
 Provide real-time mercury vapor data to the site manager;
 Perform real-time mercury vapor monitoring in homes as directed by the site manager; and
 Screen students' clothing, shoes, and book bags for mercury vapors using Lumex o Trackers.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment and Work Plan.

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | ECOLOGY & ENVIRONMENT |
| EPA Contract Number: | 68-S3-0001 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 09/28/2003   To: 01/31/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $6,179.21 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| 49 | 11/24/2003 | 180,370.94 | R4150 | 12/23/2003 | 1,721.96 | 717.38 |
| 50 | 12/17/2003 | 156,994.32 | R4199 | 01/16/2004 | 2,587.36 | 1,077.90 |
| 51 | 01/15/2004 | 150,796.13 | R4256 | 02/17/2004 | 52.53 | 21.88 |
| 52 | 02/20/2004 | 155,546.39 | R4317 | 03/23/2004 | 0.14 | 0.06 |
| | | | | Total: | $4,361.99 | $1,817.22 |

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | ECOLOGY & ENVIRONMENT |
| EPA Contract Number: | 68-S3-0001 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 09/28/2003    To: 01/31/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $6,179.21 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| 49 | R4150 | Class | 0.416604 |
| 50 | R4199 | Class | 0.416604 |
| 51 | R4256 | Class | 0.416604 |
| 52 | R4317 | Class | 0.416604 |

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | ECOLOGY & ENVIRONMENT |
| EPA Contract Number: | 68-S3-0001 |

### Contractor Information

Technical Direction Document No.: SW3-03-10-008
Period Of Performance: 10/08/2003 to 11/15/2003
Description Of Work: Emergency Response

Provide Mobile Command Post (MCP) to the Washington DC Mercury Incident.  Once MCP is delivered contractor will demobe.  OSC will notify contractor when to pickup MCP and demobe from site.

Amendment A:  OSC's need for the MCP has been extended.  New completion date is November 11, 2003.  This will allow for the additional time needed to wrap up at the site and demobe.  No additional costs or LOE required.

SUPPORTING DOCUMENTATION:  Copy of Technical Direction Document and Amendment.

Certified By Financial Management Office

Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

### UPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| ontractor Name: | TETRA TECH EM INC. |
|---|---|
| PA Contract Number: | 68-S3-0002 |
| oject Officer(s): | WODARCZYK, KAREN |
| ates of Service: | From: 09/29/2003   To: 10/03/2004 |
| ummary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| otal Costs: | $147,717.78 |

| oucher mber | Voucher Date | Voucher Amount | Treasury Schedule Number  and  Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| PT#0304 | 11/03/2003 | 354,786.75 | R4106 | 12/01/2003 | 32,686.98 | 13,617.53 |
| PT#0305 | 11/24/2003 | 403,691.93 | R4160 | 12/30/2003 | 39,244.10 | 16,349.25 |
| PT#0306 | 01/05/2004 | 346,744.93 | R4220 | 02/02/2004 | 11,351.25 | 4,728.98 |
| PT#0307 | 02/04/2004 | 365,316.92 | R4278 | 03/01/2004 | 4,808.70 | 2,003.32 |
| PT#0308 | 02/23/2004 | 372,032.02 | R4309 | 03/18/2004 | 8,492.15 | 3,537.86 |
| PT#0309 | 04/05/2004 | 450,888.13 | R4386 | 05/05/2004 | 6,850.39 | 2,853.90 |
| PT#310 | 05/03/2004 | 342,464.02 | R4429 | 05/27/2004 | 142.29 | 59.28 |
| PT#0311 | 05/24/2004 | 362,297.74 | R4477 | 06/22/2004 | 290.12 | 120.87 |
| PT#0312 | 07/06/2004 | 449,758.58 | R4572 | 08/12/2004 | 1.07 | 0.45 |
| PT#0401 | 08/03/2004 | 338,012.47 | R4610 | 09/02/2004 | 408.31 | 170.10 |
| PT#0402 | 08/30/2004 | 348,642.32 | R4648 | 09/24/2004 | 0.43 | 0.18 |
| PT#0403 | 10/22/2004 | 386,651.98 | R5116 | 11/26/2004 | 0.19 | 0.08 |
| | | | | Total: | $104,275.98 | $43,441.80 |

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

## SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | 68-S3-0002 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 09/29/2003    To: 10/03/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $147,717.78 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| OPT#0304 | R4106 | Class | 0.416604 |
| OPT#0305 | R4160 | Class | 0.416604 |
| OPT#0306 | R4220 | Class | 0.416604 |
| OPT#0307 | R4278 | Class | 0.416604 |
| OPT#0308 | R4309 | Class | 0.416604 |
| OPT#0309 | R4386 | Class | 0.416604 |
| OPT#310 | R4429 | Class | 0.416604 |
| OPT#0311 | R4477 | Class | 0.416604 |
| OPT#0312 | R4572 | Class | 0.416604 |
| OPT#0401 | R4610 | Class | 0.416604 |
| OPT#0402 | R4648 | Class | 0.416604 |
| OPT#0403 | R5116 | Class | 0.416604 |

## Certified By Financial Management Office

### Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

UPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

ontractor Name:          **TETRA TECH EM INC.**

PA Contract Number:       68-S3-0002

---

ontractor Information

echnical Direction Document No.:  SE3-03-10-003
eriod Of Performance:  10/16/2003 to 10/31/2003
escription Of Work:  Emergency Response

espond to a Mercury Incident at Ballou Senior High School.  Mercury was removed from a chemistry lab and
as spread among classrooms causing school officials to evacuate and close the school.  START to assist OSC
ith monitoring and assessing the extent of the contamination.

pecific Elements:
Chronology of Events;
Compile Press Clippings;
Conduct Air Monitoring;
Document Release;
Document Site Access;
Identify Source & Nature of Incident;
Incident/Trip Report;
Maps & Sketches;
Monitor Cleanup Activities;
Prepare Draft PolRep;
Prepare Trip Report;
Provide Photo Documentation;
Provide Video Documentation.

echnical Direction Document No.:  SE3-03-10-004
Period Of Performance:  10/09/2003 to 06/30/2004
Description Of Work:  Fund Lead Removal Actions - Response Support

A significant but unknown quantity of mercury was spilled and tracked throughout the high shcool and possibly to
students and faculty homes.  Contractor to conduct monitoring and assist OSC with removal action.

Specific Elements:
Agency Roster/Cards;
Analytical Services;
Attend Public Meeting;
Compile Press Clippings;
Conduct Air Monitoring;
Conduct Cost Tracking & Documentation;
Conduct Multimedia Sampling;
Conduct On-Site Contractor Monitoring;
Coordinate with Site & Local Officials;
Document On-Site Activities;

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

- Document Release;
- Document Site Access;
- Lab Report;
- Organize Site Files;
- Prepare Background Information for Draft Action Memo;
- Prepare Draft PolReps;
- Prepare Fact Sheet;
- Prepare Sampling Plan;
- Prepare Site Sketch/Map;
- Provide Chronology of Events;
- Provide LAT/LONG and Record on First PolRep;
- Provide Photo Documentation;
- Provide Video Documentation;
- QA/QC Lab Report.

Amendment A: Extend Completion Date to 12/31/2003. Also, Add an additional 600 hours to the LOE . This increase is based on the OSC's underestimating the hours needed to complete the SOW as originally assigned; plus and additional 300 hours for START to complete the additional task of preparing an OSC report.

Amendment B: Extend Completion Date to 02/15/2004. Additional time needed to complete OSC report and make comments. No cost increases are needed to complete this report.

Amendment C: Extend Completion Date to 03/01/2004. The contractor requested an extension due to several days of inclement weather that closed their offices in Reston Va. The contractor needs to finish the OSC Report. No cost increase are needed to complete this report.

Amendment D: An additional 180 hours are needed to complete the following tasks (OSC underestimated time needed by START to complete these tasks): - Produce DRAFT of the After Action Report for Ballou Sr. High School;
- Print 1 color copy and 1 electronic copy of the DRAFT Report;
- Conference Call for questions and answers on several sections of the report; - QA/QC technical check for accuracy of information;
- Incorporate comments from conference call;
- Coordinate with graphics/GIS for maps and briefing cover. The cost/fee is increased by $14,940.

Amendment E: Extend completion date to 04/30/2004. Additional time required for OSC to review the Draft After Action Report and provide comments to START to incorporate into the Final After Action Report. No additional LOE or cost fee required at this time.

Amendment F: Extend completion date to 06/30/2004. Additional time required for OSC to review the Draft After Action Report and provide comments to START to incorporate into the Final After Action Report. The OSC has not been able to complete this task as originally estimated due to other duties.

SUPPORTION DOCUMENTATION: Copy of the Technical Direction Documents and Amendments.

eport Date: 05/12/2006

## Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|-------------|--------------|-------------------|----------------|
| 2004 | 368,345.32 | 62.93% | 231,799.70 |
| 2005 | 802.59 | 62.93% | 505.07 |
| | 369,147.91 | | |

otal EPA Indirect Costs

$232,304.77

## Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| QUINO, MARCUS A. | 2004 | 01 | 1,023.77 | 62.93% | 644.26 |
| | | 02 | 5,323.57 | 62.93% | 3,350.12 |
| | | 03 | 3,849.03 | 62.93% | 2,422.19 |
| | | 04 | 608.76 | 62.93% | 383.09 |
| | | 05 | 202.91 | 62.93% | 127.69 |
| | | 06 | 198.73 | 62.93% | 125.06 |
| | | 12 | 259.02 | 62.93% | 163.00 |
| | | 16 | 158.90 | 62.93% | 100.00 |
| | | | 11,624.69 | | $7,315.41 |
| | | | | | |
| ARTOS, MYLES | 2004 | 02 | 3,585.84 | 62.93% | 2,256.57 |
| | | 03 | 4,847.87 | 62.93% | 3,050.76 |
| | | 04 | 71.84 | 62.93% | 45.21 |
| | | 05 | 35.93 | 62.93% | 22.61 |
| | | | 8,541.48 | | $5,375.15 |
| | | | | | |
| RESCIA, NICOLAS | 2004 | 02 | 205.63 | 62.93% | 129.40 |
| | | | 3,562.26 | 62.93% | 2,241.73 |
| | | | 3,767.89 | | $2,371.13 |
| | | | | | |
| ARNEY, DENNIS P. | 2004 | 02 | 550.11 | 62.93% | 346.18 |
| | | 03 | 137.53 | 62.93% | 86.55 |
| | | 04 | 17.19 | 62.93% | 10.82 |
| | | | 704.83 | | $443.55 |
| | | | | | |
| OUGHERTY, MEGAN | 2004 | 02 | 2,745.46 | 62.93% | 1,727.72 |
| | | 03 | 1,640.89 | 62.93% | 1,032.61 |
| | | | 4,386.35 | | $2,760.33 |

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| GAUGHAN, PERRY | 2004 | 02 | 3,392.96 | 62.93% | 2,135.19 |
|  |  | 03 | 5,327.97 | 62.93% | 3,352.89 |
|  |  |  | 8,720.93 |  | $5,488.08 |
| GILBERT, JOHN M. | 2004 | 06 | 291.17 | 62.93% | 183.23 |
|  |  | 09 | 2,304.86 | 62.93% | 1,450.45 |
|  |  |  | 2,596.03 |  | $1,633.68 |
| GROHS, BETHANY | 2004 | 02 | 845.12 | 62.93% | 531.83 |
|  |  |  | 845.12 |  | $531.83 |
| KELLY, JOHN E. | 2004 | 02 | 2,187.34 | 62.93% | 1,376.49 |
|  |  | 03 | 2,375.31 | 62.93% | 1,494.78 |
|  |  |  | 4,562.65 |  | $2,871.27 |
| KLEEMAN, CHARLES L. | 2004 | 02 | 1,102.84 | 62.93% | 694.02 |
|  |  | 03 | 529.36 | 62.93% | 333.13 |
|  |  |  | 1,632.20 |  | $1,027.15 |
| MCDONALD, JOANNA | 2004 | 02 | 1,645.61 | 62.93% | 1,035.58 |
|  |  | 03 | 1,770.43 | 62.93% | 1,114.13 |
|  |  | 04 | 37.97 | 62.93% | 23.89 |
|  |  | 07 | 37.98 | 62.93% | 23.90 |
|  |  | 10 | 19.40 | 62.93% | 12.21 |
|  |  |  | 3,511.39 |  | $2,209.71 |

Certified By Financial Management Office

EPA Indirect Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MURRAY, HELEN L. | 2004 | 02 | 49.32 | 62.93% | 31.04 |
| | | | 49.32 | | $31.04 |
| SINGHVI, RAJESHMAL | 2004 | 02 | 4,544.18 | 62.93% | 2,859.65 |
| | | 03 | 864.68 | 62.93% | 544.14 |
| | | | 5,408.86 | | $3,403.79 |
| TAURINO, MICHAEL | 2004 | 02 | 4,835.66 | 62.93% | 3,043.08 |
| | | 03 | 541.32 | 62.93% | 340.65 |
| | | | 5,376.98 | | $3,383.73 |
| TAYLOR, PATRICIA L. | 2004 | 01 | 480.10 | 62.93% | 302.13 |
| | | 02 | 3,338.88 | 62.93% | 2,101.16 |
| | | 03 | 1,208.90 | 62.93% | 760.76 |
| | | | 5,027.88 | | $3,164.05 |
| WISE, NEIL | 2004 | 02 | 134.02 | 62.93% | 84.34 |
| | | | 134.02 | | $84.34 |
| Total Fiscal Year 2004 Payroll Direct Costs: | | | 66,890.62 | | $42,094.24 |

## TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0157428 | 11/14/2003 | 1,598.63 | 62.93% | 1,006.02 |
| | TM0165068 | 12/04/2003 | 268.25 | 62.93% | 168.81 |

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0154582 | 12/16/2003 | 996.50 | 62.93% | 627.09 |
| | | | 2,863.38 | | $1,801.92 |
| BARTOS, MYLES | TM0165381 | 12/02/2003 | 5,229.25 | 62.93% | 3,290.77 |
| | | | 5,229.25 | | $3,290.77 |
| BRASS, BRIAN E. | TM0158966 | 11/17/2003 | 2,552.98 | 62.93% | 1,606.60 |
| | | | 2,552.98 | | $1,606.60 |
| BRESCIA, NICOLAS | TM0157434 | 11/04/2003 | 2,039.05 | 62.93% | 1,283.18 |
| | | | 2,039.05 | | $1,283.18 |
| GAUGHAN, PERRY | TM0166161 | 11/24/2003 | 5,362.29 | 62.93% | 3,374.49 |
| | | | 5,362.29 | | $3,374.49 |
| GILBERT, JOHN M. | TM0172339 | 12/18/2003 | 1,040.58 | 62.93% | 654.84 |
| | | | 50.00 | 62.93% | 31.46 |
| | TM0181491 | 01/30/2004 | 1,078.20 | 62.93% | 678.52 |
| | | | 200.00 | 62.93% | 125.86 |
| | TM0203957 | 04/19/2004 | 604.12 | 62.93% | 380.17 |
| | | | 200.00 | 62.93% | 125.86 |
| | | | 3,172.90 | | $1,996.71 |
| GROHS, BETHANY | TM0156634 | 10/21/2003 | 705.00 | 62.93% | 443.66 |
| | | | 211.88 | 62.93% | 133.33 |

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

### TRAVEL DIRECT COSTS

| raveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ROHS, BETHANY | TM0158694 | 10/23/2003 | 8.00 | 62.93% | 5.03 |
| | | | 924.88 | | $582.02 |
| | | | | | |
| ELLY, JOHN E. | TM0157421 | 11/19/2003 | 1,955.20 | 62.93% | 1,230.41 |
| | TM0162839 | 12/09/2003 | 2,264.45 | 62.93% | 1,425.02 |
| | | | 4,219.65 | | $2,655.43 |
| | | | | | |
| ICDONALD, JOANNA | TM0164056 | 11/26/2003 | 222.49 | 62.93% | 140.01 |
| | | | 986.47 | 62.93% | 620.79 |
| | TM0157843 | 11/26/2003 | 1,246.15 | 62.93% | 784.20 |
| | | | 2,455.11 | | $1,545.00 |
| | | | | | |
| IOORE, DAVID | TM0160600 | 11/14/2003 | 1,577.10 | 62.93% | 992.47 |
| | | | 1,577.10 | | $992.47 |
| | | | | | |
| IUTTHOFF, DOUGLAS | TM0156613 | 10/31/2003 | 202.39 | 62.93% | 127.36 |
| | | | 65.27 | 62.93% | 41.07 |
| | | | 267.66 | | $168.43 |
| | | | | | |
| SINGHVI, RAJESHMAL | TM0157267 | 10/21/2003 | 1,958.51 | 62.93% | 1,232.49 |
| | TM0156594 | 10/21/2003 | 141.41 | 62.93% | 88.99 |
| | TM0162780 | 11/05/2003 | 325.57 | 62.93% | 204.86 |
| | | | 2,425.49 | | $1,526.36 |
| | | | | | |
| TAURINO, MICHAEL | TM0157439 | 11/17/2003 | 3,162.75 | 62.93% | 1,990.32 |
| | | | 3,162.75 | | $1,990.32 |

Certified By Financial Management Office

EPA Indirect Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

## TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AYLOR, PATRICIA L. | TM0156510 | 12/05/2003 | 5,546.23 | 62.93% | 3,490.24 |
| | | | 5,546.23 | | $3,490.24 |
| | | | | | |
| Total Fiscal Year 2004 Travel Direct Costs: | | | 41,798.72 | | $26,303.94 |

## OTHER DIRECT COSTS

| Contract, AG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 8-C9-9223 | 06337432 | 03/24/2004 | 71,736.22 | 0.00 | 62.93% | 45,143.60 |
| | 06338801 | 04/27/2004 | 47.19 | 0.00 | 62.93% | 29.70 |
| | | | 71,783.41 | 0.00 | | $45,173.30 |
| | | | | | | |
| 8-S3-0001 | 49 | 12/23/2003 | 1,721.96 | 717.38 | 62.93% | 1,535.06 |
| | 50 | 01/16/2004 | 2,587.36 | 1,077.90 | 62.93% | 2,306.55 |
| | 51 | 02/17/2004 | 52.53 | 21.88 | 62.93% | 46.83 |
| | 52 | 03/23/2004 | 0.14 | 0.06 | 62.93% | 0.13 |
| | | | 4,361.99 | 1,817.22 | | $3,888.59 |
| | | | | | | |
| 8-S3-0002 | OPT#0304 | 12/01/2003 | 30,878.92 | 12,864.28 | 62.93% | 27,527.60 |
| | | | 1,808.06 | 753.25 | 62.93% | 1,611.83 |
| | OPT#0305 | 12/30/2003 | 36,059.70 | 15,022.62 | 62.93% | 32,146.10 |
| | | | 3,184.40 | 1,326.63 | 62.93% | 2,838.79 |
| | OPT#0306 | 02/02/2004 | 11,351.25 | 4,728.98 | 62.93% | 10,119.29 |
| | OPT#0307 | 03/01/2004 | 4,808.70 | 2,003.32 | 62.93% | 4,286.80 |
| | OPT#0308 | 03/18/2004 | 8,492.15 | 3,537.86 | 62.93% | 7,570.49 |
| | OPT#0309 | 05/05/2004 | 6,850.39 | 2,853.90 | 62.93% | 6,106.91 |
| | OPT#310 | 05/27/2004 | 142.29 | 59.28 | 62.93% | 126.85 |
| | OPT#0311 | 06/22/2004 | 290.12 | 120.87 | 62.93% | 258.64 |
| | OPT#0312 | 08/12/2004 | 1.07 | 0.45 | 62.93% | 0.96 |

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
### COSTS THROUGH 12/21/2004

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-S3-0002 | OPT#0401 | 09/02/2004 | 408.31 | 170.10 | 62.93% | 363.99 |
| | OPT#0402 | 09/24/2004 | 0.43 | 0.18 | 62.93% | 0.38 |
| | | | 104,275.79 | 43,441.72 | | $92,958.63 |
| 68-S3-0303 | Y03-07909-1 | 12/03/2003 | 23,307.53 | 0.00 | 62.93% | 14,667.43 |
| | Y03-10833-2 | 01/09/2004 | 6,511.81 | 0.00 | 62.93% | 4,097.88 |
| | Y04-00329-3 | 02/26/2004 | 1,635.77 | 0.00 | 62.93% | 1,029.39 |
| | Y04-00874-5 | 03/12/2004 | -75.00 | 0.00 | 62.93% | -47.20 |
| | Y04-00731-4 | 03/12/2004 | 2,595.74 | 0.00 | 62.93% | 1,633.50 |
| | | | 33,975.85 | 0.00 | | $21,381.00 |

Total Fiscal Year 2004 Other Direct Costs: 214,397.04    45,258.94    $163,401.52

Total Fiscal Year 2004: 368,345.32    $231,799.70

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARTOS, MYLES | 2005 | 06 | 802.32 | 62.93% | 504.90 |
| | | | 802.32 | | $504.90 |

Total Fiscal Year 2005 Payroll Direct Costs: 802.32    $504.90

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

#### OTHER DIRECT COSTS

| ontract, G, SCA, isc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 3-S3-0002 | OPT#0403 | 11/26/2004 | 0.19 | 0.08 | 62.93% | 0.17 |
| | | | 0.19 | 0.08 | | $0.17 |
| | | | | | | |
| Total Fiscal Year 2005 Other Direct Costs: | | | 0.19 | 0.08 | | $0.17 |
| | | | | | | |
| Total Fiscal Year 2005: | | | | 802.59 | | $505.07 |
| | | | | | | |
| otal EPA Indirect Costs | | | | | | $232,304.77 |

# APPENDIX B

Certified By Financial Management Office

Table of Contents

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

NARRATIVE COST SUMMARY ........................................................................ Section 1

ITEMIZED COST SUMMARY ........................................................................... Section 2

REGIONAL PAYROLL COSTS .......................................................................... Section 3

HEADQUARTERS PAYROLL COSTS ................................................................ Section 4

REGIONAL TRAVEL COSTS ............................................................................ Section 5

HEADQUARTERS TRAVEL COSTS .................................................................. Section 6

ALLOCATION TRANSFER IAG'S

    DEPARTMENT OF HEALTH & HUMAN SERVICES (DW75938802) ...................... Section 7

DELIVERY OF ANALYTICAL SERVICES

    ANALYTICAL LABORATORY SERVICES, INC. (59A053NNSA5) .......................... Section 8

    ANALYTICAL LABORATORY SERVICES, INC. (59A057NNSA5) .......................... Section 9

EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

    KEMRON ENVIRONMENTAL (68-S3-0305) ...................................................... Section 10

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

    LOCKHEED MARTIN SERVICES, INC. (68-W0-1018) ....................................... Section 11

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

    LOCKHEED MARTIN TECHNOLOGY SERVICES (EPC04032) ............................ Section 12

SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

    TETRA TECH EM INC. (68-S3-0002) ................................................................ Section 13

EPA INDIRECT COSTS SUMMARY ................................................................. Section 14

EPA INDIRECT COSTS ................................................................................... Section 15

Certified By Financial Management Office

Narrative Cost Summary

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

1. The United States Environmental Protection Agency has incurred at least $39,948.66 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $8,374.32 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred at least $11,134.96 for Regional Travel Costs.

4. The United States Environmental Protection Agency has incurred at least $1,324.61 for Headquarters Travel Costs.

5. The United States Environmental Protection Agency has incurred costs of at least $13,393.84 for ALLOCATION TRANSFER IAG'S contract expenditures. The total represents the amount spent under the DEPARTMENT OF HEALTH & HUMAN SERVICES contract.

6. The United States Environmental Protection Agency has incurred costs of at least $1,102.00 for DELIVERY OF ANALYTICAL SERVICES contract expenditures. The total represents the amount spent under the ANALYTICAL LABORATORY SERVICES, INC. contract.

7. The United States Environmental Protection Agency has incurred costs of at least $4,002.00 for DELIVERY OF ANALYTICAL SERVICES contract expenditures. The total represents the amount spent under the ANALYTICAL LABORATORY SERVICES, INC. contract.

8. The United States Environmental Protection Agency has incurred costs of at least $89,318.81 for EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2) contract expenditures. The total represents the amount spent under the KEMRON ENVIRONMENTAL contract.

9. The United States Environmental Protection Agency has incurred costs of at least $4,888.58 for ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT) contract expenditures. The total represents the amount spent under the LOCKHEED MARTIN SERVICES, INC. contract.

10. The United States Environmental Protection Agency has incurred costs of at least $24,439.11 for RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT contract expenditures. The total represents the amount spent under the LOCKHEED MARTIN TECHNOLOGY SERVICES contract.

11. The United States Environmental Protection Agency has incurred costs of at least $105,240.74 for SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) contract expenditures. The total represents the amount spent under the TETRA TECH EM INC. contract.

Certified By Financial Management Office

Narrative Cost Summary

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

12. The United States Environmental Protection Agency has incurred at least $182,354.66 for Indirect Costs.

Total Site Costs:                                $485,522.29

Report Date: 06/07/2006

Certified By Financial Management Office

Itemized Cost Summary

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| | |
|---|---:|
| **REGIONAL PAYROLL COSTS** ............................................................................ | **$39,948.66** |
| **HEADQUARTERS PAYROLL COSTS** .................................................................... | **$8,374.32** |
| **REGIONAL TRAVEL COSTS** ................................................................................ | **$11,134.96** |
| **HEADQUARTERS TRAVEL COSTS** ..................................................................... | **$1,324.61** |
| **ALLOCATION TRANSFER IAG'S** | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES (DW75938802) ................. | **$13,393.84** |
| **DELIVERY OF ANALYTICAL SERVICES** | |
| ANALYTICAL LABORATORY SERVICES, INC. (59A053NNSA5) ..................... | **$1,102.00** |
| ANALYTICAL LABORATORY SERVICES, INC. (59A057NNSA5) ..................... | **$4,002.00** |
| **EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)** | |
| KEMRON ENVIRONMENTAL (68-S3-0305) .............................................. | **$89,318.81** |
| **ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)** | |
| LOCKHEED MARTIN SERVICES, INC. (68-W0-1018) ............................... | **$4,888.58** |
| **RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT** | |
| LOCKHEED MARTIN TECHNOLOGY SERVICES (EPC04032) ...................... | **$24,439.11** |
| **SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)** | |
| TETRA TECH EM INC. (68-S3-0002) ......................................................... | **$105,240.74** |
| **EPA INDIRECT COSTS** ...................................................................................... | **$182,354.66** |
| **Total Site Costs:** | **$485,522.29** |

### Certified By Financial Management Office

### Regional Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| mployee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| QUINO, MARCUS A. NVIRONMENTAL ENGINEER | 2005 | 13 | 116.50 | 6,208.91 |
| | | | 116.50 | $6,208.91 |
| ARTOS, MYLES | 2005 | 13 | 20.00 | 906.76 |
| | | | 20.00 | $906.76 |
| RESCIA, NICOLAS N-SCENE COORDINATOR | 2005 | 12 13 | 35.00 62.00 | 1,333.39 2,362.03 |
| | | | 97.00 | $3,695.42 |
| ARNEY, DENNIS P. ROGRAM MANAGER | 2005 | 13 | 6.00 | 446.80 |
| | | | 6.00 | $446.80 |
| OSTAS, ROBIN L. HEMIST | 2005 | 13 | 2.00 | 108.64 |
| | | | 2.00 | $108.64 |
| URRY, JOHN IOLOGIST | 2005 | 12 | 1.00 | 25.58 |
| | | | 1.00 | $25.58 |
| ANESI, ROBIN L. NVIRNOMENTAL SCIENTIST | 2005 | 12 | 0.50 | 26.64 |
| | | | 0.50 | $26.64 |
| ONOVAN, RUTH ANN M. URCHASING AGENT | 2005 | 12 13 | 1.50 5.00 | 42.92 142.98 |
| | | | 6.50 | $185.90 |
| ORSEY, JOSEPH HEMIST | 2005 | 13 | 9.00 | 511.82 |
| | | | 9.00 | $511.82 |
| OUGHERTY, MEGAN UBLIC AFFAIRS SPECIALIST | 2005 | 12 13 | 17.00 46.00 | 558.91 1,512.32 |
| | | | 63.00 | $2,071.23 |

## Certified By Financial Management Office

### Regional Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| OUTEAU, HELEN L. PUBLIC AFFAIRS SPECIALIST (SUP.) | 2005 | 13 | 56.00 | 3,005.11 |
| | | | 56.00 | $3,005.11 |
| FITZSIMMONS, CHARLES E. ON-SCENE COORDINATOR | 2005 | 12 | 74.00 | 4,079.84 |
| | | 13 | 104.00 | 5,816.40 |
| | | 14 | 5.00 | 288.58 |
| | 2006 | 10 | 9.00 | 538.45 |
| | | | 192.00 | $10,723.27 |
| GOLDMAN, ANDREW S. ATTORNEY ADVISOR (GENERAL) | 2005 | 13 | 5.50 | 418.64 |
| | | | 5.50 | $418.64 |
| JASTREMSKI SMITH, WENDY COMMUNITY INVOLVEMENT COORD. | 2005 | 12 | 49.00 | 1,976.89 |
| | | 13 | 41.00 | 1,654.15 |
| | | | 90.00 | $3,631.04 |
| KELLY, JOHN E. ENVIRONMENTAL SCIENTIST | 2005 | 13 | 23.00 | 1,140.93 |
| | | | 23.00 | $1,140.93 |
| KLEEMAN, CHARLES L. SUPERVISORY ENVIRONMENTAL ENGINEER | 2005 | 13 | 46.00 | 2,932.92 |
| | | | 46.00 | $2,932.92 |
| MAHONEY, MICHAEL H. CHEMIST | 2005 | 14 | 2.00 | 107.67 |
| | | | 2.00 | $107.67 |
| MURRAY, HELEN L. CONTRACT SPECIALIST | 2005 | 15 | 0.75 | 41.44 |
| | | 27 | 0.75 | 41.45 |
| | | | 1.50 | $82.89 |
| POLISH, DAVID B. COMMUNITY INVOLVEMENT COORD. | 2005 | 13 | 10.00 | 430.00 |
| | | | 10.00 | $430.00 |

Certified By Financial Management Office

Regional Payroll Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

| mployee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| AJKOWSKI, ALEXANDRA T. | 2005 | 12 | 1.00 | 57.27 |
| ONTRACT SPECIALIST | | 13 | 1.50 | 85.89 |
| | | | 2.50 | $143.16 |
| ODRIGUES, CECIL A. | 2005 | 13 | 3.00 | 226.17 |
| TTORNEY ADVISOR (GENERAL) | | | | |
| | | | 3.00 | $226.17 |
| UGALA, MARY E. | 2005 | 13 | 2.00 | 133.54 |
| TTORNEY ADVISOR | | | | |
| | | | 2.00 | $133.54 |
| CHULTZ, MARY E. | 2005 | 12 | 0.25 | 13.88 |
| NVIRONMENTAL SCIENTIST | | | | |
| | | | 0.25 | $13.88 |
| OSINSKI, PATRICIA F. | 2005 | 12 | 3.50 | 178.46 |
| HEMIST | | 13 | 2.00 | 101.99 |
| | | 14 | 0.50 | 25.41 |
| | | | 6.00 | $305.86 |
| TEUTEVILLE, WILLIAM D. | 2005 | 13 | 2.00 | 122.76 |
| NVIRONMENTAL SCIENTIST | | 14 | 3.00 | 184.11 |
| | | 26 | 1.00 | 61.39 |
| | 2006 | 11 | 6.00 | 378.48 |
| | | 12 | 3.00 | 189.14 |
| | | | 15.00 | $935.88 |
| VARNER, SUSAN C. | 2005 | 13 | 0.25 | 14.48 |
| CHEMIST | | 14 | 0.50 | 28.94 |
| | | | 0.75 | $43.42 |
| VILLIAMS, JAMES A. | 2005 | 13 | 3.00 | 169.87 |
| CIVIL INVESTIGATOR | | 14 | 6.00 | 339.80 |
| | | | 9.00 | $509.67 |
| VODARCZYK, KAREN | 2006 | 11 | 2.00 | 110.67 |

Certified By Financial Management Office

Regional Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| PROJECT OFFICER | | | | |
| | | | 2.00 | $110.67 |
| WRIGHT, JAMES R. | 2005 | 16 | 1.00 | 42.73 |
| FINANCIAL SPECIALIST | | 17 | 4.00 | 171.01 |
| | | 26 | 6.00 | 256.49 |
| | 2006 | 03 | 9.00 | 396.01 |
| | | | 20.00 | $866.24 |
| Total Regional Payroll Costs | | | 808.00 | $39,948.66 |

Certified By Financial Management Office

Headquarters Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| CAMPAGNA, PHILIP R. | 2005 | 13 | 82.00 | 5,572.30 |
| CHEMIST | | | | |
| | | | 82.00 | $5,572.30 |
| FREDERICKS, SCOTT C. | 2005 | 13 | 44.00 | 2,802.02 |
| SUP ENVIRONMENTAL PROTECTION SPECIALI | | | | |
| | | | 44.00 | $2,802.02 |
| Total Headquarters Payroll Costs | | | 126.00 | $8,374.32 |

Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 66 of 91

## Certified By Financial Management Office

## Regional Travel Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| AQUINO, MARCUS A. ENVIRONMENTAL ENGINEER | TM0299074 | ACHA05087 | 03/30/2005 | 2,573.45 |
| | | | | $2,573.45 |
| BARTOS, MYLES | TM0301949 | ACHA05091 | 04/05/2005 | 315.49 |
| | | | | $315.49 |
| BRESCIA, NICOLAS ON-SCENE COORDINATOR | TM0297484 | ACHC05075 | 03/18/2005 | 960.78 |
| | TM0298618 | ACHC05082 | 03/25/2005 | 1,491.10 |
| | TM0302218 | ACHC05082 | 03/25/2005 | 527.88 |
| | | | | $2,979.76 |
| DOUGHERTY, MEGAN PUBLIC AFFAIRS SPECIALIST | TM0298997 | ACHA05089 | 04/01/2005 | 508.22 |
| | TM0300328 | ACHA05090 | 04/04/2005 | 1,304.45 |
| | | | | $1,812.67 |
| DUTEAU, HELEN L. PUBLIC AFFAIRS SPECIALIST (SUP.) | TM0300094 | ACHA05083 | 03/28/2005 | 735.36 |
| | | | | $735.36 |
| FITZSIMMONS, CHARLES E. ON-SCENE COORDINATOR | TM0297359 | ACHA05062 | 03/07/2005 | 32.00 |
| | | | | $32.00 |
| JASTREMSKI SMITH, WENDY COMMUNITY INVOLVEMENT COORD. | TM0296655 | ACHA05088 | 03/31/2005 | 719.48 |
| | TM0301147 | ACHA05096 | 04/08/2005 | 1,340.95 |
| | | | | $2,060.43 |
| KELLY, JOHN E. | TM0301794 | ACHC05087 | 03/30/2005 | 625.80 |

Certified By Financial Management Office

Regional Travel Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| ENVIRONMENTAL SCIENTIST | | | | |
| | | | | $625.80 |
| **Total Regional Travel Costs** | | | | **$11,134.96** |

## Certified By Financial Management Office

### Headquarters Travel Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| CAMPAGNA, PHILIP R. | TM0299749 | ACHA05081 | 03/24/2005 | 1,034.40 |
| CHEMIST | TM0303331 | ACHA05088 | 03/31/2005 | 218.40 |
| | | | | $1,252.80 |
| FREDERICKS, SCOTT C. | TM0304557 | ACHA05087 | 03/30/2005 | 71.81 |
| SUP ENVIRONMENTAL PROTECTION SPECIALIST | | | | |
| | | | | $71.81 |
| Total Headquarters Travel Costs | | | | $1,324.61 |

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

### LLOCATION TRANSFER IAG'S

| | |
|---|---|
| ontractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| PA Contract Number: | DW75938802 |
| roject Officer(s): | BETTY N. JONES |
| ates of Service: | From: 02/23/2005   To: 03/18/2005 |
| ummary of Service: | See Contractor Information Which Follows List Of Vouchers |
| otal Costs: | $13,393.84 |

| oucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number    and    Date | | Site Amount |
|---|---|---|---|---|---|
| ETTER RPT 1 | 05/05/2006 | 13,393.84 | LTR RPT | 04/15/2006 | 13,393.84 |
| | | | | Total: | $13,393.84 |

### LLOCATION TRANSFER IAG'S

| | |
|---|---|
| ontractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| PA Contract Number: | DW75938802 |

### ontractor Information

he Agency for Toxic Substances and Disease Registry (ATSDR) is an advisory agency which is used to onduct public health assessments at sites on the EPA National Priorities List pursuant to the Comprehensive nvironmental Response Compensation and Liability Act.

TSDR has performed the following activities:

OO - EMERGENCY RESPONSE - This is a response to a release or threat of release of pollutants and ontaminants that may present an imminent and substantial danger to public health or welfare.

O3 - HEALTH SURVEILLANCE ACTIVITIES - Health surveillance activities evaluate trends in adverse health ffects or exposure over time.  Health surveillance at ATSDR includes five types of surveillance: Hazardous ubstances Emergency Events Surveillance Systems (HSEESS), hazardous waste worker surveillance, ite-specific surveillance, long-term relocation surveillance (a subset of site-specific surveillance), state-based urveillance, and tracking systems, including the voluntary residents tracking system.

OO - HEALTH CONSULTATION - A health consultation is a written or verbal response from ATSDR to a pecific question or request for information pertaining to a hazardous substance or facility.  It includes reviewing nedical or health information to provide expert medical, epidemiologic, or public health assistance.

UPPORTING DOCUMENTATION:  Copy of ATSDR Letter Report dated May 5, 2006.

## Certified By Financial Management Office

## Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

:LIVERY OF ANALYTICAL SERVICES

| | |
|---|---|
| ntractor Name: | ANALYTICAL LABORATORY SERVICES, INC. |
| 'A Contract Number: | 59A053NNSA5 |
| oject Officer(s): | JOHN KWEDAR |
| ites of Service: | From: 05/27/2005   To: 05/27/3005 |
| immary of Service: | Air Samples |
| tal Costs: | $1,102.00 |

| oucher umber | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 34671 | 05/27/2005 | 1,102.00 | 000A05236 | 08/26/2005 | 1,102.00 |
| | | | | Total: | $1,102.00 |

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

DELIVERY OF ANALYTICAL SERVICES

Contractor Name:          ANALYTICAL LABORATORY SERVICES, INC.

EPA Contract Number:      59A057NNSA5

Project Officer(s):       JOHN KWEDAR

Dates of Service:         From: 05/27/2005    To: 05/27/2005

Summary of Service:       Air Samples

Total Costs:                        $4,002.00

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 64673 | 05/27/2005 | 4,002.00 | 000A05301 | 11/01/2005 | 4,002.00 |
| | | | | Total: | $4,002.00 |

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC   SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

### EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

| | |
|---|---|
| Contractor Name: | KEMRON ENVIRONMENTAL |
| EPA Contract Number: | 68-S3-0305 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 3010 | 02/23/2005 | 04/20/2005 |

| | |
|---|---|
| Project Officer(s): | STEUTEVILLE, WILLIAM |
| | WILLIAMS, JACQUELINE |
| Dates of Service: | From: 02/23/2005   To: 04/15/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $89,318.81 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| 5E1509-01 | 02/28/2005 | 31,596.79 | 05372 | | 04/05/2005 | 31,596.79 |
| 5E1509-02 | 03/31/2005 | 31,522.27 | 05413 | | 04/26/2005 | 31,522.27 |
| 5E1509-03 | 04/30/2005 | 14,874.24 | 05479 | | 06/01/2005 | 14,874.24 |
| 5E1509-04 | 07/31/2005 | 11,325.51 | 05651 | | 08/29/2005 | 11,325.51 |
| | | | | | Total: | $89,318.81 |

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

MERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

ontractor Name:            KEMRON ENVIRONMENTAL

PA Contract Number:        68-S3-0305

_____

ontractor Information
ask Order No.: 03-05-010
eriod Of Performance: From: 02/25/2005 To: 04/20/2005
escription Of Work: Removal Action

he Contractor shall furnish the necessary personnel, materials, services, facilities, and otherwise do all things
ecessary for, or incident to, the performance of the work set forth below:

eneral Response - The OSC requires emergency and rapid response services contract support at the site
onsistent with a Federal funding authorization for the Site. The Contractor must provide all personnel,
quipment, supplies, including PPE, and services for performance of tasks pursuant to this TO.

ite Safety (Contractor Provides Safety Plan) - Contractor to perform tasks pursuant to this TO in accordance
ith OSH regulations and applicable EPA safety policy.

ite Mobilization - Contractor to be on-Site on 2/23/05 at 4:30pm

ield Support Facilities - Contractor to provide field office, support facilities and utility service for performance of
sks pursuant to this TO.

ff-site Disposal - Contractor to provide off-site transportation and disposal of hazardous substances/oil in
ccordance with CERCLA 121(d)(3).

RARs - Contractor must comply with all applicable or relevant and appropriate environmental regulations to the
xtent practicable depending on the exigencies of the situation as directed by OSC. Contractor must obtain
ermits for on-site activities as directed by OSC.

ercury Spill Recovery & Decontamination - Contractor to recover, stage, and dispose spilled mercury and
ontaminated soil and decontaminate or dispose contaminated surfaces and materials.

esponse Activities in Residential Neighborhood - This TO requires the Contractor to perform activities on or
ear residential properties. When working on or near residential properties, the Contractor must strictly adhere
 limitations on access, work hours, special work requirements and other conditions, if any, established by the
SC for such work and identify schools and school bus routes and schedules in the neighborhood.

terior Surface Decontamination - Contractor to decontaminate interior surfaces of buildings, other structures,
ars and other vessels identified by OSC as contaminated.

ask Order No. 03-05-010 Amendment No. 1 - The purpose of this modification is to extend the task order
xpiration date.

ask Order No. 03-05-010 Amendment No. 2 - The purpose of this modification is to decrease the task order

Certified By Financial Management Office

Contract Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

ask Order No. 05-05-010 Amendment No. 2 - The purpose of this modification is to decrease the task order
eiling amount.

SUPPORTING DOCUMENTATION - Copy of Delivery Order, Amendments and Monthly Progress Reports.

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

| | |
|---|---|
| Contractor Name: | LOCKHEED MARTIN SERVICES, INC. |
| EPA Contract Number: | 68-W0-1018 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 23 | 03/21/2005 | 04/17/2005 |

| | |
|---|---|
| Project Officer(s): | THAUNG, KHIN |
| Dates of Service: | From: 03/21/2005    To: 04/17/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $4,888.58 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| R230305 | 05/06/2005 | 66,071.51 | R5482 | 06/02/2005 | 2,173.65 | 2,714.93 |
| | | | | Total: | $2,173.65 | $2,714.93 |

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

## ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

Contractor Name:          LOCKHEED MARTIN SERVICES, INC.

EPA Contract Number:      68-W0-1018

Delivery Order Information
| DO # | Start Date | End Date |
|------|-----------|----------|
| 23   | 03/21/2005 | 04/17/2005 |

Project Officer(s):       THAUNG, KHIN

Dates of Service:         From: 03/21/2005    To: 04/17/2005

Summary of Service:       See Contractor Information Which Follows List Of Vouchers

Total Costs:              $4,888.58

---

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|----------------|-----------------|-----------|------------------------|
| 3R230305       | R5482           | Class     | 1.249018               |

## ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

Contractor Name:          LOCKHEED MARTIN SERVICES, INC.

EPA Contract Number:      68-W0-1018

---

Contractor Information
Technical Direction Document No.: 0357
Task Order No.: 0023
Period Of Performance: 03/21/2005 to 03/25/2005
Description Of Work: Data Review
Review the CLP anaylytical data for case R32135

Technical Direction Document No.: 0359
Task Order No.: 0023
Period Of Performance: 03/03/2005 to 03/31/2005
Description Of Work: Data Review
Review the CLP anaylytical data for case R32135

Technical Direction Document No.: 0364
Task Order No.: 0023
Period Of Performance: 03/23/2005 to 03/29/2005
Description Of Work: Data Review
Review the CLP anaylytical data for case R32135

SUPPORTING DOCUMENTATION:  Copy of Technical Direction Documents and Monthly Progress Reports.

## Certified By Financial Management Office

### Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

### RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

| | | |
|---|---|---|
| Contractor Name: | LOCKHEED MARTIN TECHNOLOGY SERVICES | |
| EPA Contract Number: | EPC04032 | |
| Project Officer(s): | SINGHVI, RAJESHMAL | |
| | ZOWNIR, ANDRE | |
| Dates of Service: | From: 03/21/2005   To: 02/12/2006 | |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers | |
| Total Costs: | $24,439.11 | |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| 0 | 04/25/2005 | 1,149,236.31 | R5464 | | 05/19/2005 | 22,327.56 |
| 1 | 06/01/2005 | 1,315,537.89 | R5531 | | 06/27/2005 | 857.93 |
| 2 | 06/30/2005 | 1,631,386.99 | R5598 | | 08/01/2005 | 733.97 |
| 4 | 08/25/2005 | 1,140,294.70 | R5701 | | 09/21/2005 | 49.59 |
| 8 | 12/29/2005 | 911,409.92 | 06235 | | 01/26/2006 | -27.35 |
| 9 | 01/27/2006 | 1,094,139.16 | R6300 | | 02/24/2006 | -20.17 |
| 0 | 02/21/2006 | 1,170,489.51 | R6340 | | 03/20/2006 | 517.58 |
| | | | | | **Total:** | **$24,439.11** |

### RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

| | |
|---|---|
| Contractor Name: | LOCKHEED MARTIN TECHNOLOGY SERVICES |
| EPA Contract Number: | EPC04032 |

### Contractor Information

Work Assignment No.: 0-147
Period Of Performance: 04/01/2005 to 05/31/2009
Description Of Work: The contractor shall perform air monitoring for mercury using the Lumex mercury vapor analyzer at the Cardozo High School in Washington, D.C.

The contractor shall perform the following tasks:

Respond immediately on 3/06 to Cardozo high school to perform air monitoring and air sampling for mercury;
Air monitoring using the Lumex mercury vapor monitor;
Conduct air sampling following NIOSH method 6009 modified at proximately 70 locations.

SUPPORTING DOCUMENTATION:  Copy of the Work Assignment, Work Plan and Monthly Progress Reports.

Certified By Financial Management Office

Contract Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

## Certified By Financial Management Office

### Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

**SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)**

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | 68-S3-0002 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 02/28/2005   To: 06/30/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $105,240.74 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| OPT#0409 | 04/11/2005 | 389,479.03 | R5443 | 05/11/2005 | 60,406.29 | 25,165.51 |
| OPT#0410 | 05/13/2005 | 424,107.86 | R5501 | 06/09/2005 | 10,309.06 | 4,294.79 |
| OPT#0411 | 06/01/2005 | 387,909.68 | R5532 | 06/27/2005 | 2.84 | 1.18 |
| OPT#0412 | 07/18/2005 | 594,571.12 | R5633 | 08/16/2005 | 1,432.18 | 596.65 |
| OPT#0415 | 12/12/2005 | 20,174.79 | R6220 | 01/20/2006 | 2,140.50 | 891.74 |
| | | | | Total: | $74,290.87 | $30,949.87 |

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

## SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | 68-S3-0002 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 02/28/2005    To: 06/30/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $105,240.74 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| OPT#0409 | R5443 | Class | 0.416604 |
| OPT#0410 | R5501 | Class | 0.416604 |
| OPT#0411 | R5532 | Class | 0.416604 |
| OPT#0412 | R5633 | Class | 0.416604 |
| OPT#0415 | R6220 | Class | 0.416604 |

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

Contractor Name:        TETRA TECH EM INC.

EPA Contract Number:        68-S3-0002

___

Contractor Information
Technical Direction Document No.: SE3-05-02-004
Period Of Performance: 02/23/2005 to 03/15/2005
Description Of Work: Emergency Response

Mercury was spilled inside several class rooms, hallways and the auditorium of the high school. Currently, 5 areas in the school are considered contaminated. Approx 15 students and their clothing and other belongings have elevated mercury readings.

START to perform the following tasks:
Provide two START personnel to subject location;
Provide air monitoring equipment including Lumex and Jerome Hg vapor analyzers;
Provide Health and Safety Plan (HASP);
Perform air monitoring as per site air monitoring plan;
Provide site clearance Air Sampling Plan. Implement plan at OSC direction. Provide 24 hour turnaround on all air samples retrieved.
Assist OSC with ERRS contractor personnel oversite. Ensure adherence to HASP;
Photo document site removal activities;
Assist OSC with site file organization.

Technical Direction Document No.: SE3-05-03-001
Period Of Performance: 03/02/2005 to 06/30/2005
Description Of Work:  Fund Lead Removal Actions - Response Support

Provide two STRT personnel to subject location. Ensure rotation of personnel on 24hr basis for approx. four days after the emergency assessment;
Provide air monitoring equipment including Lumex;
Perform air monitoring as per site air monitoring plan;
Provide site clearance Air Sampling Plan.  Implement plan at OSC Direction;
Provide laboratory analytical services from a local lab. Provide 24 hour turnaround on all air samples retrieved;
Assist OSC with ERRS contractor personnel oversite.  Ensure adherence to HASP;
Photo document site removal activities;
Assist OSC with site file organization.

Technical Direction Document No.: SE3-05-03-001 Amendment A - Due to additional mercury found in the facility, additional manpower was needed to assist with the overall cleanup.

Certified By Financial Management Office

EPA Indirect Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|-------------|-------------|-------------------|----------------|
| 2005 | 280,656.74 | 62.93% | 176,617.29 |
| 2006 | 9,117.05 | 62.93% | 5,737.37 |
| | 289,773.79 | | |

Total EPA Indirect Costs

$182,354.66

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | 2005 | 13 | 6,208.91 | 62.93% | 3,907.27 |
|  |  |  | 6,208.91 |  | $3,907.27 |
| BARTOS, MYLES | 2005 | 13 | 906.76 | 62.93% | 570.62 |
|  |  |  | 906.76 |  | $570.62 |
| BRESCIA, NICOLAS | 2005 | 12 | 1,333.39 | 62.93% | 839.10 |
|  |  | 13 | 2,362.03 | 62.93% | 1,486.43 |
|  |  |  | 3,695.42 |  | $2,325.53 |
| CAMPAGNA, PHILIP R. | 2005 | 13 | 5,572.30 | 62.93% | 3,506.65 |
|  |  |  | 5,572.30 |  | $3,506.65 |
| CARNEY, DENNIS P. | 2005 | 13 | 446.80 | 62.93% | 281.17 |
|  |  |  | 446.80 |  | $281.17 |
| COSTAS, ROBIN L. | 2005 | 13 | 108.64 | 62.93% | 68.37 |
|  |  |  | 108.64 |  | $68.37 |
| CURRY, JOHN | 2005 | 12 | 25.58 | 62.93% | 16.10 |
|  |  |  | 25.58 |  | $16.10 |
| DANESI, ROBIN L. | 2005 | 12 | 26.64 | 62.93% | 16.76 |
|  |  |  | 26.64 |  | $16.76 |
| DONOVAN, RUTH ANN M. | 2005 | 12 | 42.92 | 62.93% | 27.01 |

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DONOVAN, RUTH ANN M. | 2005 | 13 | 142.98 | 62.93% | 89.98 |
| | | | 185.90 | | $116.99 |
| DORSEY, JOSEPH | 2005 | 13 | 511.82 | 62.93% | 322.09 |
| | | | 511.82 | | $322.09 |
| DOUGHERTY, MEGAN | 2005 | 12 | 558.91 | 62.93% | 351.72 |
| | | 13 | 1,512.32 | 62.93% | 951.70 |
| | | | 2,071.23 | | $1,303.42 |
| DUTEAU, HELEN L. | 2005 | 13 | 3,005.11 | 62.93% | 1,891.12 |
| | | | 3,005.11 | | $1,891.12 |
| FITZSIMMONS, CHARLES E. | 2005 | 12 | 4,079.84 | 62.93% | 2,567.44 |
| | | 13 | 5,816.40 | 62.93% | 3,660.26 |
| | | 14 | 288.58 | 62.93% | 181.60 |
| | | | 10,184.82 | | $6,409.30 |
| FREDERICKS, SCOTT C. | 2005 | 13 | 2,802.02 | 62.93% | 1,763.31 |
| | | | 2,802.02 | | $1,763.31 |
| GOLDMAN, ANDREW S. | 2005 | 13 | 418.64 | 62.93% | 263.45 |
| | | | 418.64 | | $263.45 |
| JASTREMSKI SMITH, WENDY | 2005 | 12 | 1,976.89 | 62.93% | 1,244.06 |

Certified By Financial Management Office

EPA Indirect Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| JASTREMSKI SMITH, WENDY | 2005 | 13 | 1,654.15 | 62.93% | 1,040.96 |
|  |  |  | 3,631.04 |  | $2,285.02 |
| KELLY, JOHN E. | 2005 | 13 | 1,140.93 | 62.93% | 717.99 |
|  |  |  | 1,140.93 |  | $717.99 |
| KLEEMAN, CHARLES L. | 2005 | 13 | 2,932.92 | 62.93% | 1,845.69 |
|  |  |  | 2,932.92 |  | $1,845.69 |
| MAHONEY, MICHAEL H. | 2005 | 14 | 107.67 | 62.93% | 67.76 |
|  |  |  | 107.67 |  | $67.76 |
| MURRAY, HELEN L. | 2005 | 15 | 41.44 | 62.93% | 26.08 |
|  |  | 27 | 41.45 | 62.93% | 26.08 |
|  |  |  | 82.89 |  | $52.16 |
| POLISH, DAVID B. | 2005 | 13 | 430.00 | 62.93% | 270.60 |
|  |  |  | 430.00 |  | $270.60 |
| RAJKOWSKI, ALEXANDRA T. | 2005 | 12 | 57.27 | 62.93% | 36.04 |
|  |  | 13 | 85.89 | 62.93% | 54.05 |
|  |  |  | 143.16 |  | $90.09 |
| RODRIGUES, CECIL A. | 2005 | 13 | 226.17 | 62.93% | 142.33 |
|  |  |  | 226.17 |  | $142.33 |

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| RUGALA, MARY E. | 2005 | 13 | 133.54 | 62.93% | 84.04 |
| | | | 133.54 | | $84.04 |
| | | | | | |
| SCHULTZ, MARY E. | 2005 | 12 | 13.88 | 62.93% | 8.73 |
| | | | 13.88 | | $8.73 |
| | | | | | |
| SOSINSKI, PATRICIA F. | 2005 | 12 | 178.46 | 62.93% | 112.30 |
| | | 13 | 101.99 | 62.93% | 64.18 |
| | | 14 | 25.41 | 62.93% | 15.99 |
| | | | 305.86 | | $192.47 |
| | | | | | |
| STEUTEVILLE, WILLIAM D. | 2005 | 13 | 122.76 | 62.93% | 77.25 |
| | | 14 | 184.11 | 62.93% | 115.86 |
| | | 26 | 61.39 | 62.93% | 38.63 |
| | | | 368.26 | | $231.74 |
| | | | | | |
| WARNER, SUSAN C. | 2005 | 13 | 14.48 | 62.93% | 9.11 |
| | | 14 | 28.94 | 62.93% | 18.21 |
| | | | 43.42 | | $27.32 |
| | | | | | |
| WILLIAMS, JAMES A. | 2005 | 13 | 169.87 | 62.93% | 106.90 |
| | | 14 | 339.80 | 62.93% | 213.84 |
| | | | 509.67 | | $320.74 |
| | | | | | |
| WRIGHT, JAMES R. | 2005 | 16 | 42.73 | 62.93% | 26.89 |
| | | 17 | 171.01 | 62.93% | 107.62 |

## Certified By Financial Management Office

### EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC   SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| WRIGHT, JAMES R. | 2005 | 26 | 256.49 | 62.93% | 161.41 |
| | | | 470.23 | | $295.92 |
| Total Fiscal Year 2005 Payroll Direct Costs: | | | 46,710.23 | | $29,394.75 |

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0299074 | 03/30/2005 | 2,573.45 | 62.93% | 1,619.47 |
| | | | 2,573.45 | | $1,619.47 |
| BARTOS, MYLES | TM0301949 | 04/05/2005 | 315.49 | 62.93% | 198.54 |
| | | | 315.49 | | $198.54 |
| BRESCIA, NICOLAS | TM0297484 | 03/18/2005 | 960.78 | 62.93% | 604.62 |
| | TM0302218 | 03/25/2005 | 527.88 | 62.93% | 332.19 |
| | TM0298618 | 03/25/2005 | 1,491.10 | 62.93% | 938.35 |
| | | | 2,979.76 | | $1,875.16 |
| CAMPAGNA, PHILIP R. | TM0299749 | 03/24/2005 | 1,034.40 | 62.93% | 650.95 |
| | TM0303331 | 03/31/2005 | 218.40 | 62.93% | 137.44 |
| | | | 1,252.80 | | $788.39 |
| DOUGHERTY, MEGAN | TM0298997 | 04/01/2005 | 508.22 | 62.93% | 319.82 |
| | TM0300328 | 04/04/2005 | 1,304.45 | 62.93% | 820.89 |
| | | | 1,812.67 | | $1,140.71 |

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DUTEAU, HELEN L. | TM0300094 | 03/28/2005 | 735.36 | 62.93% | 462.77 |
| | | | 735.36 | | $462.77 |
| FITZSIMMONS, CHARLES E. | TM0297359 | 03/07/2005 | 32.00 | 62.93% | 20.14 |
| | | | 32.00 | | $20.14 |
| FREDERICKS, SCOTT C. | TM0304557 | 03/30/2005 | 71.81 | 62.93% | 45.19 |
| | | | 71.81 | | $45.19 |
| JASTREMSKI SMITH, WENDY | TM0296655 | 03/31/2005 | 719.48 | 62.93% | 452.77 |
| | TM0301147 | 04/08/2005 | 1,340.95 | 62.93% | 843.86 |
| | | | 2,060.43 | | $1,296.63 |
| KELLY, JOHN E. | TM0301794 | 03/30/2005 | 625.80 | 62.93% | 393.82 |
| | | | 625.80 | | $393.82 |
| Total Fiscal Year 2005 Travel Direct Costs: | | | 12,459.57 | | $7,840.82 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 59A053NNSA5 | 164671 | 08/26/2005 | 1,102.00 | 0.00 | 62.93% | 693.49 |
| | | | 1,102.00 | 0.00 | | $693.49 |
| 68-S3-0002 | OPT#0409 | 05/11/2005 | 3,545.42 | 1,477.04 | 62.93% | 3,160.63 |
| | | | 56,860.87 | 23,688.47 | 62.93% | 50,689.70 |
| | OPT#0410 | 06/09/2005 | 9,258.42 | 3,857.09 | 62.93% | 8,253.59 |

Certified By Financial Management Office

EPA Indirect Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

## OTHER DIRECT COSTS

| Contract, AG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 88-S3-0002 | OPT#0410 | 06/09/2005 | 1,050.64 | 437.70 | 62.93% | 936.61 |
| | OPT#0411 | 06/27/2005 | 2.84 | 1.18 | 62.93% | 2.53 |
| | OPT#0412 | 08/16/2005 | 1,432.18 | 596.65 | 62.93% | 1,276.74 |
| | | | 72,150.37 | 30,058.13 | | $64,319.80 |
| | | | | | | |
| 88-S3-0305 | SE1509-01 | 04/05/2005 | 31,596.79 | 0.00 | 62.93% | 19,883.86 |
| | SE1509-02 | 04/26/2005 | 31,522.27 | 0.00 | 62.93% | 19,836.96 |
| | SE1509-03 | 06/01/2005 | 14,874.24 | 0.00 | 62.93% | 9,360.36 |
| | SE1509-04 | 08/29/2005 | 11,325.51 | 0.00 | 62.93% | 7,127.14 |
| | | | 89,318.81 | 0.00 | | $56,208.32 |
| | | | | | | |
| 88-W0-1018 | 3R230305 | 06/02/2005 | 2,173.65 | 2,714.93 | 62.93% | 3,076.38 |
| | | | 2,173.65 | 2,714.93 | | $3,076.38 |
| | | | | | | |
| EPC04032 | 10 | 05/19/2005 | 22,327.56 | 0.00 | 62.93% | 14,050.73 |
| | 11 | 06/27/2005 | 857.93 | 0.00 | 62.93% | 539.90 |
| | 12 | 08/01/2005 | 733.97 | 0.00 | 62.93% | 461.89 |
| | 14 | 09/21/2005 | 49.59 | 0.00 | 62.93% | 31.21 |
| | | | 23,969.05 | 0.00 | | $15,083.73 |

Total Fiscal Year 2005 Other Direct Costs:    188,713.88    32,773.06    $139,381.72

Total Fiscal Year 2005:    280,656.74    $176,617.29

Certified By Financial Management Office.

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| FITZSIMMONS, CHARLES E. | 2006 | 10 | 538.45 | 62.93% | 338.85 |
| | | | 538.45 | | $338.85 |
| STEUTEVILLE, WILLIAM D. | 2006 | 11 | 378.48 | 62.93% | 238.18 |
| | | 12 | 189.14 | 62.93% | 119.03 |
| | | | 567.62 | | $357.21 |
| WODARCZYK, KAREN | 2006 | 11 | 110.67 | 62.93% | 69.64 |
| | | | 110.67 | | $69.64 |
| WRIGHT, JAMES R. | 2006 | 03 | 396.01 | 62.93% | 249.21 |
| | | | 396.01 | | $249.21 |
| Total Fiscal Year 2006 Payroll Direct Costs: | | | 1,612.75 | | $1,014.91 |

#### OTHER DIRECT COSTS

| Contract, AG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 69A057NNSA5 | 164673 | 11/01/2005 | 4,002.00 | 0.00 | 62.93% | 2,518.46 |
| | | | 4,002.00 | 0.00 | | $2,518.46 |
| 68-S3-0002 | OPT#0415 | 01/20/2006 | 2,140.50 | 891.74 | 62.93% | 1,908.19 |
| | | | 2,140.50 | 891.74 | | $1,908.19 |
| EPC04032 | 18 | 01/26/2006 | -27.35 | 0.00 | 62.93% | -17.21 |
| | 19 | 02/24/2006 | -20.17 | 0.00 | 62.93% | -12.69 |

Certified By Financial Management Office

EPA Indirect Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| PC04032 | 20 | 03/20/2006 | 517.58 | 0.00 | 62.93% | 325.71 |
| | | | 470.06 | 0.00 | | $295.81 |

| | | | | | |
|---|---|---|---|---|---|
| Total Fiscal Year 2006 Other Direct Costs: | | | 6,612.56 | 891.74 | $4,722.46 |
| Total Fiscal Year 2006: | | | 9,117.05 | | $5,737.37 |
| Total EPA Indirect Costs | | | | | $182,354.66 |

*08-825*
*RBW*

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America  *11001* | The District of Columbia |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Doris Coles-Huff
Assistant United States Attorney
555 4th Street, N.W.  Room E4216
Washington, D.C. 20530
202-514-7170

Case: 1:08-cv-00825
Assigned To : Walton, Reggie B.
Assign. Date : 5/13/2008
Description: Admn. Agency Review

---

**II BASIS OF JURISDICTION**
(SELECT ONE BOX ONLY)

- (●) 1  U.S. Government Plaintiff
- ( ) 2  U.S. Government Defendant
- ( ) 3  Federal Question (U.S. Government Not a Party)
- ( ) 4  Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ( ) 1 | ( ) 1 | Incorporated or Principal Place of Business in This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated and Principal Place of Business in Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

---

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**( ) A. Antitrust**

- [ ] 410  Antitrust

**( ) B. Personal Injury/ Malpractice**

- [ ] 310  Airplane
- [ ] 315  Airplane Product Liability
- [ ] 320  Assault, Libel & Slander
- [ ] 330  Federal Employers Liability
- [ ] 340  Marine
- [ ] 345  Marine Product Liability
- [ ] 350  Motor Vehicle
- [ ] 355  Motor Vehicle Product Liability
- [ ] 360  Other Personal Injury
- [ ] 362  Medical Malpractice
- [ ] 365  Product Liability
- [ ] 368  Asbestos Product Liability

**(●) C. Administrative Agency Review**

- [ ] 151  Medicare Act

**Social Security:**
- [ ] 861  HIA ((1395ff)
- [ ] 862  Black Lung (923)
- [ ] 863  DIWC/DIWW (405(g)
- [ ] 864  SSID Title XVI
- [ ] 865  RSI (405(g)

**Other Statutes**
- [ ] 891  Agricultural Acts
- [ ] 892  Economic Stabilization Act
- [X] 893  Environmental Matters
- [ ] 894  Energy Allocation Act
- [ ] 890  Other Statutory Actions (If Administrative Agency is Involved)

**( ) D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**( ) E. General Civil (Other)    OR    ( ) F. Pro Se General Civil**

**Real Property**
- [ ] 210  Land Condemnation
- [ ] 220  Foreclosure
- [ ] 230  Rent, Lease & Ejectment
- [ ] 240  Torts to Land
- [ ] 245  Tort Product Liability
- [ ] 290  All Other Real Property

**Personal Property**
- [ ] 370  Other Fraud
- [ ] 371  Truth in Lending
- [ ] 380  Other Personal Property Damage
- [ ] 385  Property Damage Product Liability

**Bankruptcy**
- [ ] 422  Appeal 28 USC 158
- [ ] 423  Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535  Death Penalty
- [ ] 540  Mandamus & Other
- [ ] 550  Civil Rights
- [ ] 555  Prison Condition

**Property Rights**
- [ ] 820  Copyrights
- [ ] 830  Patent
- [ ] 840  Trademark

**Forfeiture/Penalty**
- [ ] 610  Agriculture
- [ ] 620  Other Food & Drug
- [ ] 625  Drug Related Seizure of Property 21 USC 881
- [ ] 630  Liquor Laws
- [ ] 640  RR & Truck
- [ ] 650  Airline Regs
- [ ] 660  Occupational Safety/Health
- [ ] 690  Other

**Federal Tax Suits**
- [ ] 870  Taxes (US plaintiff or defendant)
- [ ] 871  IRS-Third Party 26 USC 7609

**Other Statutes**
- [ ] 400  State Reapportionment
- [ ] 430  Banks & Banking
- [ ] 450  Commerce/ICC Rates/etc.
- [ ] 460  Deportation
- [ ] 470  Racketeer Influenced & Corrupt Organizations
- [ ] 810  Selective Service
- [ ] 850  Securities/Commodities/Exchange
- [ ] 875  Customer Challenge 12 USC 3410
- [ ] 900  Appeal of fee determination under equal access to Justice
- [ ] 950  Constitutionality of State Statutes
- [ ] 890  Other Statutory Actions (if not administrative agency review or Privacy Act)

(1)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607, Section 107.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Select YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE  5/13/08    SIGNATURE OF ATTORNEY OF RECORD  *Doria Cole [signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.