IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| The DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF LODGING OF CONSENT DECREE

The United States respectfully gives notice of lodging of a consent decree in the above-captioned action. This consent decree is subject to a period of public comment, after notice of the lodging of the consent decree is published in the federal register. **Accordingly, no action is required by the Court at this time.**

This action involves the claim of the United States under Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for reimbursement of its past response costs incurred in connection with response actions to address releases and threats of releases of mercury at two high schools in the District of Columbia. The first release of mercury occurred in and around Ballou High School in 2003 and second release of mercury occurred in and around Cardozo High School in 2005.

The consent decree obligates the District of Columbia to reimburse $600,000 of the United States' past response costs. In addition, the District of Columbia commits to verify that it is complying with its own procedures for the proper storage, removal and disposal of mercury and other hazardous substances in the District of Columbia public schools, including

conducting an audit of a representative number of schools. If the District discovers hazardous

substances in the schools which are present or maintained in a manner inconsistent with its

policies and procedures, the District commits to remove and dispose of such chemicals properly,

or to store and inventory them properly.

   The United States will provide public notice and an opportunity for public

comment, pursuant to Section 122 of CERCLA, 42 U.S.C. § 9622 and Department of Justice

procedures. If, after review and evaluation of any comments received, the United States

continues to believe that the Consent Decree is fair, reasonable, and in the public interest, it will

move the Court to enter the Consent Decree. No action is required by the Court at this time.


    Respectfully submitted,

    RONALD J. TENPAS
    Assistant Attorney General
    Environment and Natural Resources
      Division
    United States Department of Justice


    _____/ S / Nancy A. Flickinger_____
    NANCY A. FLICKINGER
    Senior Attorney
    Environmental Enforcement Section
    Environment and Natural Resources
      Division
    United States Department of Justice
    P.O. Box 7611
    Ben Franklin Station
    Washington, DC 20044
    (202) 514-5258

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

DORIS COLES-HUFF
Assistant United States Attorney
District of Columbia
Judiciary Center Building
555 Fourth Street NW
Washington, DC 20530


OF COUNSEL:

ANDREW S. GOLDMAN
Sr. Assistant Regional Counsel
U.S. Environmental Protection
        Agency - Region III
1650 Arch Street
Philadelphia, PA 19103

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. |

**CONSENT DECREE**

## TABLE OF CONTENTS

I. BACKGROUND ............................................................... 3

II. JURISDICTION ............................................................. 4

III. PARTIES BOUND ......................................................... 4

IV. DEFINITIONS ............................................................. 4

V. PAYMENT OF RESPONSE COSTS ......................................... 6

VI. FAILURE TO COMPLY WITH CONSENT DECREE ........................... 6

VII. COVENANT NOT TO SUE BY PLAINTIFF ................................. 8

VIII. RESERVATION OF RIGHTS BY UNITED STATES ......................... 8

IX. COVENANT NOT TO SUE BY SETTLING DEFENDANT ...................... 9

X. EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION ................... 9

XI. RETENTION OF RECORDS ............................................... 10

XII. NOTICES AND SUBMISSIONS .......................................... 11

XIII. RETENTION OF JURISDICTION ....................................... 12

XIV. INTEGRATION ......................................................... 12

XV. LODGING AND OPPORTUNITY FOR PUBLIC COMMENT ................... 12

XVI. SIGNATORIES/SERVICE ............................................... 12

XVII. FINAL JUDGMENT .................................................... 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>Defendant. ) | Civil Action No. |

**CONSENT DECREE**

## I.  BACKGROUND

A.  The United States of America ("United States"), on behalf of the Administrator of the United States Environmental Protection Agency ("EPA"), filed a complaint in this matter pursuant to Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. § 9607, as amended ("CERCLA"), seeking reimbursement of response costs incurred and to be incurred for response actions taken at or in connection with the release or threatened release of mercury, a hazardous substance, from the Ballou Senior High School ("Site 1") in 2003 and from Cardozo High School ("Site 2") in 2005.

B.  The District of Columbia, on behalf of the District of Columbia Public Schools ("Settling Defendant") does not admit any liability to Plaintiff arising out of the transactions or occurrences alleged in the complaint.

C.  The United States and Settling Defendant agree, and this Court by entering this Consent Decree finds, that this Consent Decree has been negotiated by the Parties in good faith, that settlement of this matter will avoid prolonged and complicated litigation between the Parties, and that this Consent Decree is fair, reasonable, and in the public interest.

3

THEREFORE, with the consent of the Parties to this Decree, it is ORDERED, ADJUDGED, AND DECREED:

## II.  JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1345 and 42 U.S.C. §§ 9607 and 9613(b) and also has personal jurisdiction over Settling Defendant.  Settling Defendant shall not challenge the terms of this Consent Decree or this Court's jurisdiction to enter and enforce this Consent Decree.  Solely for purposes of this Consent Decree and the underlying complaint, Settling Defendant waives all objections and defenses that it may have to jurisdiction of the Court or venue in this District.

## III.  PARTIES BOUND

2. This Consent Decree is binding upon the United States and upon Settling Defendant and its heirs, successors and assigns.  Any change in ownership or corporate or other legal status, including, but not limited to, any transfer of assets or real or personal property, shall in no way alter the status or responsibilities of Settling Defendant under this Consent Decree.

## IV.  DEFINITIONS

3. Unless otherwise expressly provided herein, terms used in this Consent Decree which are defined in CERCLA or in regulations promulgated under CERCLA shall have the meaning assigned to them in CERCLA or in such regulations.  Whenever terms listed below are used in this Consent Decree or in any appendix attached hereto, the following definitions shall apply:

a. "CERCLA" shall mean the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. §§ 9601 et seq.

b. "Consent Decree" shall mean this Consent Decree.  In the event of conflict between this Consent Decree and any appendix, the Consent Decree shall control.

c. "Day" shall mean a calendar day.  In computing any period of time under this Consent Decree, where the last day would fall on a Saturday, Sunday, or federal holiday, the period shall run until the close of business of the next working day.

d. "DOJ" shall mean the United States Department of Justice and any successor departments, agencies or instrumentalities of the United States.

4

e. "EPA" shall mean the United States Environmental Protection Agency and any successor departments, agencies or instrumentalities of the United States.

f. "EPA Hazardous Substance Superfund" shall mean the Hazardous Substance Superfund established by the Internal Revenue Code, 26 U.S.C. § 9507.

g. "Interest" shall mean interest at the current rate specified for interest on investments of the Hazardous Substance Superfund established by 26 U.S.C. § 9507, compounded annually on October 1 of each year, in accordance with 42 U.S.C. § 9607(a). The applicable rate of interest shall be the rate in effect at the time the interest accrues. The rate of interest is subject to change on October 1 of each year.

h. "Paragraph" shall mean a portion of this Consent Decree identified by an arabic numeral or an upper or lower case letter.

i. "Parties" shall mean the United States and Settling Defendant.

j. "Past Response Costs" shall mean:

1. All costs, including, but not limited to, direct and indirect costs, that the United States has paid at or in connection with the Ballou Senior High School Site through December 12, 2004 and which are identified in the summary of costs attached hereto as Appendix A, plus Interest on all such costs which has accrued pursuant to 42 U.S.C. § 9607(a) through such date; and

2. All costs, including, but not limited to, direct and indirect costs, that the United States has paid at or in connection with the Cardozo High School Site through March 14, 2006 and which are identified in the summary of costs attached hereto as Appendix B, plus Interest on all such costs which has accrued pursuant to 42 U.S.C. § 9607(a) through such date.

k. "Plaintiff" shall mean the United States.

l. "Section" shall mean a portion of this Consent Decree identified by a Roman numeral.

m. "Settling Defendant" shall mean the District of Columbia, which owns and operates the District of Columbia Public Schools.

5

n. "Sites" shall mean Ballou Senior High School ("Site 1") and Cardozo High School ("Site 2").

o. "United States" shall mean the United States of America, including its departments, agencies and instrumentalities.

## V.  PAYMENT OF RESPONSE COSTS

4.  Within sixty (60) calendar days of the entry of this Consent Decree, Settling Defendant shall pay to EPA the sum of $600,000.

5.  Payment shall be made by two (2) separate FedWire Electronic Funds Transfers ("EFTs") to the U.S. Department of Justice account in accordance with current EFT instructions provided to Settling Defendant by the Financial Litigation Unit of the U.S. Attorney's Office in the District of Columbia following lodging of the Consent Decree.  One EFT shall be in the amount of $300,000 in connection with Site 1.  The other EFT shall be in the amount of $300,000 in connection with Site 2.

6.  At the time of payment, Settling Defendant shall send two notices (one for each Site) to EPA and DOJ that payment has been made in accordance with Section XII (Notices and Submissions).  The notice for Site 1 shall reference the EPA Region and Site Spill Identification Number A3AJ, DOJ Case Number 90-11-3-09036, USAO File Number 2007v00341, and the Civil Action Number assigned to this case.  The notice for Site 2 shall reference the EPA Region and Site Spill Identification Number A3DP, DOJ Case Number 90-11-3-09036, USAO File Number 2-7v00341, and the Civil Action Number assigned to this case.

7.  Settling Defendant commits to verify that the District of Columbia Public Schools ("DCPS") is adhering to DCPS procedures and policies for storage, disposal, and removal of hazardous substances and chemicals from all of the public schools of the District of Columbia including, but not limited to, the March 15, 2005 Memorandum from Superintendent Clifford Janey to All Principals ("Removal of Hazardous Materials") and the March 23, 2005 Memorandum from Superintendent Clifford Janey to All Principals ("Chemical Safety/Identification and Removal of Prohibited Hazardous Materials"), and that such verification will include at least in part an audit or inspection of a representative sample of its schools to ensure that hazardous substances or chemicals are properly stored and inventoried, or have been removed.  To the extent the DCPS discovers hazardous substances or chemicals in the schools in contravention of its policies and procedures, it commits to remove and properly dispose of such hazardous substances or chemicals and/or to properly store and inventory them, consistent with its policies and procedures and in accordance with all applicable federal laws and regulations. Upon completion of the above-described audit or inspection and all actions taken in response to hazardous substances or chemicals found in the schools during such audit or

6

inspection in contravention of its policies and procedures, Settling Defendant shall send written certification of such completion to the United States as provided in Paragraph 24 of this Consent Decree.

## VI.  FAILURE TO COMPLY WITH CONSENT DECREE

8.  Interest on Late Payments.  If Settling Defendant fails to make its payment under Paragraph 4 (Payment of Response Costs) by the required due date, Interest shall continue to accrue on the unpaid balance through the date of payment.

9.  Stipulated Penalty.

a.  If any amounts due to EPA under Paragraph 4 are not paid by the required date, Settling Defendant shall be in violation of this Consent Decree and shall pay to EPA as a stipulated penalty, in addition to the Interest required by Paragraph 4, $500.00 per day that such payment is late.

b.  Stipulated penalties are due and payable within 30 days of the date of the demand for payment of the penalties by EPA.  All payments to EPA under this Paragraph shall be identified as "stipulated penalties" and shall be made by certified or cashier's check made payable to "EPA Hazardous Substance Superfund."   The check, or a letter accompanying the check, shall reference the name and address of the party making payment, the Site name, the EPA Region and Site Spill Identification Numbers A3AJ (for Site 1) and A3DP (for Site 2), DOJ Case Number 90-11-3-09036, USAO File Number 2007v00341, and the Civil Action number assigned to the case. Settling Defendant shall send the check (and any accompanying letter) to:

> US Environmental Protection Agency
> Superfund Payments
> Cincinnati Finance Center
> PO Box 979076
> St. Louis, MO 63197-9000 U.S. EPA Region III

c.  At the time of each payment, Settling Defendant shall also send notice that payment has been made to EPA and DOJ in accordance with Section XII (Notices and Submissions).  Such notice shall reference the EPA Region and Site Spill Number A3AJ (if the payment pertains to Site 1) or A3DP (if the payment pertains to Site 2), DOJ Case Number 90-11-3-09036, USAO File Number 2007v00341, and the Civil Action number assigned to the case.

d.  Penalties shall accrue as provided in this Paragraph regardless of whether EPA has notified Settling Defendant of the violation or made a demand for payment, but need only be paid upon demand.  All penalties shall begin to accrue on the day after payment is due and shall

7

continue to accrue through the date of payment. Nothing herein shall prevent the simultaneous accrual of separate penalties for separate violations of this Consent Decree.

10. If the United States brings an action to enforce this Consent Decree, and if a court of competent jurisdiction finds that the Settling Defendant has violated this Consent Decree, Settling Defendant shall reimburse the United States for all costs of such action, including but not limited to costs of attorney time.

11. Payments made under this Section shall be in addition to any other remedies or sanctions available to Plaintiff by virtue of Settling Defendant's failure to comply with the requirements of this Consent Decree.

12. Notwithstanding any other provision of this Section, the United States may, in its unreviewable discretion, waive payment of any portion of the stipulated penalties that have accrued pursuant to this Consent Decree. Payment of stipulated penalties shall not excuse Settling Defendant from payment as required by Section V or from performance of any other requirements of this Consent Decree.

## VII.  COVENANT NOT TO SUE BY PLAINTIFF

13. <u>Covenant Not to Sue by United States</u>. Except as specifically provided in Section VIII (Reservation of Rights by United States), the United States covenants not to sue or take administrative action against Settling Defendant pursuant to Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), to recover Past Response Costs. This covenant not to sue shall take effect upon receipt by EPA of all payments required by Section V, Paragraph 4 (Payment of Response Costs) and any amount due under Section VI (Failure to Comply with Consent Decree). This covenant not to sue is conditioned upon the satisfactory performance by Settling Defendant of its obligations under this Consent Decree. This covenant not to sue extends only to Settling Defendant and does not extend to any other person.

## VIII.  RESERVATION OF RIGHTS BY UNITED STATES

14. The United States reserves, and this Consent Decree is without prejudice to, all rights against Settling Defendant with respect to all matters not expressly included within the Covenant Not to Sue by Plaintiff in Section VII of this Consent Decree. Notwithstanding any other provision in this Consent Decree, the United States reserves all rights against Settling Defendant with respect to:

      a. liability for failure of Settling Defendant to meet a requirement of this Consent

Decree;

    b. liability for costs incurred or to be incurred by the United States that are not within the definition of Past Response Costs;

    c. liability for injunctive relief or administrative order enforcement under Section 106 of CERCLA, 42 U.S.C. § 9606;

    d. criminal liability; and

    e. liability for damages for injury to, destruction of, or loss of natural resources, and for the costs of any natural resource damage assessments.

## IX.    COVENANT NOT TO SUE BY SETTLING DEFENDANT

    15. Settling Defendant covenants not to sue and agrees not to assert any claims or causes of action against the United States, or its contractors or employees, with respect to Past Response Costs or this Consent Decree, including but not limited to:

    a. any direct or indirect claim for reimbursement from the Hazardous Substance Superfund based on Sections 106(b)(2), 107, 111, 112, or 113 of CERCLA, 42 U.S.C. §§ 9606(b)(2), 9607, 9611, 9612, or 9613, or any other provision of law;

    b. any claim arising out of response actions at the Sites for which the Past Response Costs were incurred, including any claim under the United States Constitution, the Tucker Act, 28 U.S.C. § 1491, the Equal Access to Justice Act, 28 U.S.C. §2412, as amended, or at common law; or

    c. any claim against the United States pursuant to Sections 107 and 113 of CERCLA, 42 U.S.C. §§ 9607 and 9613, relating to Past Response Costs.

    16. Nothing in this Consent Decree shall be deemed to constitute approval or preauthorization of a claim within the meaning of Section 111 of CERCLA, 42 U.S.C. § 9611, or 40 C.F.R. § 300.700(d).

## X.    EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION

    17. Nothing in this Consent Decree shall be construed to create any rights in, or grant any cause of action to, any person not a Party to this Consent Decree. The Parties expressly reserve

any and all rights (including, but not limited to, any right to contribution), defenses, claims, demands, and causes of action that they may have with respect to any matter, transaction, or occurrence relating in any way to the Sites against any person not a Party hereto.

18. The Parties agree, and by entering this Consent Decree this Court finds, that Settling Defendant is entitled, as of the effective date of this Consent Decree, to protection from contribution actions or claims as provided by Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2), for "matters addressed" in this Consent Decree. The "matters addressed" in this Consent Decree are Past Response Costs.

19. Settling Defendant agrees that, with respect to any suit or claim for contribution brought by it for matters related to this Consent Decree, it will notify EPA and DOJ in writing no later than 60 days prior to the initiation of such suit or claim. Settling Defendant also agrees that, with respect to any suit or claim for contribution brought against it for matters related to this Consent Decree, it will notify EPA and DOJ in writing within 10 days of service of the complaint or claim upon it. In addition, Settling Defendant shall notify EPA and DOJ within 10 days of service or receipt of any Motion for Summary Judgment, and within 10 days of receipt of any order from a court setting a case for trial, for matters related to this Consent Decree.

20. In any subsequent administrative or judicial proceeding initiated by the United States for injunctive relief, recovery of response costs, or other relief relating to the Sites, Settling Defendant shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, res judicata, collateral estoppel, issue preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States in the subsequent proceeding were or should have been brought in the instant case; provided, however, that nothing in this Paragraph affects the enforceability of the Covenant Not to Sue by Plaintiff set forth in Section VII.

## XI.   RETENTION OF RECORDS

21. Until five years after the entry of this Consent Decree, Settling Defendant shall preserve and retain all records and documents now in its possession or control, or which come into its possession or control, that relate in any manner to response actions taken at the Sites or the liability of any person for response actions conducted and to be conducted at the Sites, regardless of any corporate retention policy to the contrary.

22. After the conclusion of the five-year document retention period in the preceding paragraph, Settling Defendant shall notify EPA and DOJ at least 90 days prior to the destruction of any such records or documents, and, upon request by EPA or DOJ, Settling Defendant shall deliver any such records or documents to EPA. Settling Defendant may assert that certain documents, records, or other information are privileged under the attorney-client privilege or any

other privilege recognized by federal law. If Settling Defendant asserts such a privilege, it shall provide Plaintiff with the following: 1) the title of the record; 2) the date of the record; 3) the name, title and affiliation (*e.g.*, company or firm) of the author of the record; 4) the name and title of each addressee and recipient; 5) a description of the subject of the record; and 6) the privilege asserted. If a claim of privilege applies only to a portion of a record, the record shall be provided to Plaintiff in redacted form to mask the privileged information only. Settling Defendant shall retain all records that it claims to be privileged until the United States has had a reasonable opportunity to dispute the privilege claim and any such dispute has been resolved in the Settling Defendant's favor. However, no records created or generated pursuant to the requirements of this or any other settlement with EPA pertaining to the Sites shall be withheld on the grounds that they are privileged.

23. Settling Defendant hereby certifies that, to the best of its knowledge and belief, after thorough inquiry, it has not altered, mutilated, discarded, destroyed or otherwise disposed of any records, reports, or other information relating to its potential liability regarding the Sites, since notification of potential liability by the United States or the filing of suit against it regarding the Sites and that it has fully complied with any and all EPA requests for information pursuant to Sections 104(e) and 122(e) of CERCLA, 42 U.S.C. §§ 9604(e) and 9622(e) and Section 3007 of RCRA, 42 U.S.C. §6927.

## XII.  NOTICES AND SUBMISSIONS

24. Whenever, under the terms of this Consent Decree, notice is required to be given or a document is required to be sent by one party to another, it shall be directed to the individuals at the addresses specified below, unless those individuals or their successors give notice of a change to the other Parties in writing. Written notice as specified herein shall constitute complete satisfaction of any written notice requirement of the Consent Decree with respect to the United States, EPA, DOJ, and Settling Defendant, respectively.

As to the United States:

    As to DOJ:

    Chief, Environmental Enforcement Section
    Environment and Natural Resources Division
    Environmental Enforcement Section
    U.S. Department of Justice
    P.O. Box 7611

Ben Franklin Station
Washington, DC 20044
(DJ # 90-11-3-09036)

As to EPA:
Andrew S. Goldman (3RC41)
Senior Assistant Regional Counsel
United States Environmental Protection Agency
Region III
1650 Arch Street
Philadelphia, PA 19103-2029

As to Settling Defendant:

Robert Utiger
Special Counsel to the Deputy Attorney General
   for Civil Litigation
Office of the Attorney General for the
   District of Columbia
441 Fourth Street N.W.
Suite 600 South
Washington, D.C. 20001

James J. Sandman
General Counsel
District of Columbia Public Schools
825 N. Capitol Street, N.E.
Washington, D.C. 20002

## XIII.  RETENTION OF JURISDICTION

25.  This Court shall retain jurisdiction over this matter for the purpose of interpreting and enforcing the terms of this Consent Decree.

## XIV.  INTEGRATION

26.  This Consent Decree constitutes the final, complete and exclusive agreement and understanding among the Parties with respect to the settlement embodied in this Consent Decree.

12

The Parties acknowledge that there are no representations, agreements or understandings relating to the settlement other than those expressly contained in this Consent Decree.

## XV.   LODGING AND OPPORTUNITY FOR PUBLIC COMMENT

27. This Consent Decree shall be lodged with the Court for a period of not less than 30 days for public notice and comment. The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations which indicate that this Consent Decree is inappropriate, improper, or inadequate. Settling Defendant consents to the entry of this Consent Decree without further notice.

28. If for any reason this Court should decline to approve this Consent Decree in the form presented, this agreement is voidable at the sole discretion of any party and the terms of the agreement may not be used as evidence in any litigation between the Parties.

## XVI.   SIGNATORIES/SERVICE

29. Each undersigned representative of the Settling Defendant to this Consent Decree and the Deputy Chief, Environmental Enforcement Section, Environment and Natural Resources Division of the United States Department of Justice certifies that he or she is authorized to enter into the terms and conditions of this Consent Decree and to execute and bind legally such Party to this document.

30. Settling Defendant hereby agrees not to oppose entry of this Consent Decree by this Court or to challenge any provision of this Consent Decree, unless the United States has notified Settling Defendant  in writing that it no longer supports entry of the Consent Decree.

31. Settling Defendant shall identify, on the attached signature page, the name and address of an agent who is authorized to accept service of process by mail on behalf of itself with respect to all matters arising under or relating to this Consent Decree. Settling Defendant  hereby agrees to accept service in that manner and to waive the formal service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure and any applicable local rules of this Court, including but not limited to, service of a summons.

## XVII.   FINAL JUDGMENT

32. Upon approval and entry of this Consent Decree by the Court, this Consent Decree

13

shall be effective and constitute the final judgment between and among the United States and the Settling Defendant. The Court finds that there is no reason for delay and therefore enters this judgment as a final judgment under Fed. R. Civ. P. 54 and 58.

SO ORDERED THIS _8th_ DAY OF _____July_____, 20 _08_

_[signature]_

United States District Judge

14

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of United States v. District of Columbia relating to the Ballou Senior High School and Cardozo High School Sites.

FOR THE UNITED STATES OF AMERICA

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.

NANCY FLICKINGER
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5258

United States Attorney for the District of Columbia

DORIS COLES
Assistant United States Attorney
CWA Building
501 3rd Street, NW
Washington, DC 20001
(202) 514-7170

15

DONALD S. WELSH
Regional Administrator
U.S. Environmental Protection Agency, Region III

WILLIAM C. EARLY
Regional Counsel
U.S. Environmental Protection Agency, Region III

ANDREW S. GOLDMAN
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, PA  19103-2029

16

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of United States v. District of Columbia relating to the Ballou Senior High School and Cardozo High School Sites.

FOR DEFENDANT DISTRICT OF COLUMBIA

PETER J. NICKLES
Interim Attorney General of the District of Columbia

GEORGE C. VALANTINE
Deputy Attorney General for Civil Litigation

ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy for Civil Litigation
P.O. Box 14600
Washington, D.C. 20001
(202) 724-6532

17

# APPENDIX A

Certified By Financial Management Office

## Table of Contents

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

NARRATIVE COST SUMMARY ........................................................................................ Section 1

ITEMIZED COST SUMMARY ......................................................................................... Section 2

REGIONAL PAYROLL COSTS ....................................................................................... Section 3

HEADQUARTERS PAYROLL COSTS ............................................................................. Section 4

REGIONAL TRAVEL COSTS .......................................................................................... Section 5

HEADQUARTERS TRAVEL COSTS ............................................................................... Section 6

EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

    INDUSTRIAL MARINE SERVICE, INC. (68-S3-0303) .............................................. Section 7

OTHER FEDERAL AGENCIES APPROPRIATIONS

    DEPARTMENT OF HEALTH & HUMAN SERVICES (ATSDR) ................................ Section 8

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

    LOCKHEED MARTIN SERVICES (68-C9-9223) ..................................................... Section 9

SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

    ECOLOGY & ENVIRONMENT (68-S3-0001) ........................................................... Section 10

    TETRA TECH EM INC. (68-S3-0002) ..................................................................... Section 11

EPA INDIRECT COSTS SUMMARY ............................................................................... Section 12

EPA INDIRECT COSTS ................................................................................................... Section 13

### Certified By Financial Management Office

### Narrative Cost Summary

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

1.  The United States Environmental Protection Agency has incurred at least $58,842.93 for Regional Payroll Costs.

2.  The United States Environmental Protection Agency has incurred at least $8,850.01 for Headquarters Payroll Costs.

3.  The United States Environmental Protection Agency has incurred at least $30,877.71 for Regional Travel Costs.

4.  The United States Environmental Protection Agency has incurred at least $10,921.01 for Headquarters Travel Costs.

5.  The United States Environmental Protection Agency has incurred costs of at least $33,975.85 for EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2) contract expenditures.  The total represents the amount spent under the INDUSTRIAL MARINE SERVICE, INC. contract.

6.  The United States Environmental Protection Agency has incurred costs of at least $14,728.77 for OTHER FEDERAL AGENCIES APPROPRIATIONS contract expenditures.  The total represents the amount spent under the DEPARTMENT OF HEALTH & HUMAN SERVICES contract.

7.  The United States Environmental Protection Agency has incurred costs of at least $71,783.41 for RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT contract expenditures.  The total represents the amount spent under the LOCKHEED MARTIN SERVICES contract.

8.  The United States Environmental Protection Agency has incurred costs of at least $6,179.21 for SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) contract expenditures.  The total represents the amount spent under the ECOLOGY & ENVIRONMENT contract.

9.  The United States Environmental Protection Agency has incurred costs of at least $147,717.78 for SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) contract expenditures.  The total represents the amount spent under the TETRA TECH EM INC. contract.

10. The United States Environmental Protection Agency has incurred at least $232,304.77 for Indirect Costs.

**Total Site Costs:**                                                                                     **$616,181.45**

Report Date: 04/22/2006                                                    Section 2 - Page 1 of 1

## Certified By Financial Management Office

### Itemized Cost Summary

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| | |
|---|---|
| **REGIONAL PAYROLL COSTS** | $58,842.93 |
| **HEADQUARTERS PAYROLL COSTS** | $8,850.01 |
| **REGIONAL TRAVEL COSTS** | $30,877.71 |
| **HEADQUARTERS TRAVEL COSTS** | $10,921.01 |
| **EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)** | |
| INDUSTRIAL MARINE SERVICE, INC. (68-S3-0303) | $33,975.85 |
| **OTHER FEDERAL AGENCIES APPROPRIATIONS** | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES (ATSDR) | $14,728.77 |
| **RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT** | |
| LOCKHEED MARTIN SERVICES (68-C9-9223) | $71,783.41 |
| **SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)** | |
| ECOLOGY & ENVIRONMENT (68-S3-0001) | $8,179.21 |
| TETRA TECH EM INC. (68-S3-0002) | $147,717.78 |
| **EPA INDIRECT COSTS** | $232,304.77 |
| **Total Site Costs:** | $616,181.45 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 6 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 26 of 91
Report Date: 05/12/2006                                    Section 3 - Page 1 of 3

## Certified By Financial Management Office

### Regional Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| AQUINO, MARCUS A. | 2004 | 01 | 26.00 | 1,023.77 [1] |
| ENVIRONMENTAL ENGINEER | | 02 | 139.50 | 5,323.57 [2] |
| | | 03 | 82.50 | 3,849.03 [3] |
| | | 04 | 12.00 | 608.76 |
| | | 05 | 4.00 | 202.91 |
| | | 06 | 4.00 | 198.73 |
| | | 12 | 5.00 | 259.02 |
| | | 16 | 3.00 | 158.90 |
| | | | 276.00 | $11,624.69 |
| ARTOS, MYLES | 2004 | 02 | 102.00 | 3,585.84 [4] |
| | | 03 | 137.50 | 4,847.87 [5] |
| | | 04 | 2.00 | 71.84 |
| | | 05 | 1.00 | 35.93 |
| | 2005 | 06 | 18.00 | 802.32 |
| | | | 260.50 | $9,343.80 |
| RESCIA, NICOLAS | 2004 | 02 | 114.00 | 3,767.89 [6] |
| ON-SCENE COORDINATOR | | | | |
| | | | 114.00 | $3,767.89 |
| CARNEY, DENNIS P. | 2004 | 02 | 8.00 | 550.11 |
| PROGRAM MANAGER | | 03 | 2.00 | 137.53 |
| | | 04 | 0.25 | 17.19 |
| | | | 10.25 | $704.83 |
| DOUGHERTY, MEGAN | 2004 | 02 | 121.00 | 2,745.46 [7] |
| PUBLIC AFFAIRS SPECIALIST | | 03 | 77.00 | 1,640.89 [8] |
| | | | 198.00 | $4,386.35 |
| GAUGHAN, PERRY | 2004 | 02 | 97.00 | 3,392.96 [9] |
| | | 03 | 148.00 | 5,327.97 [10] |
| | | | 245.00 | $8,720.93 |
| KELLY, JOHN E. | 2004 | 02 | 53.00 | 2,187.34 [11] |
| ENVIRONMENTAL SCIENTIST | | 03 | 53.00 | 2,375.31 [12] |
| | | | 106.00 | $4,562.65 |

## Certified By Financial Management Office

### Regional Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| KLEEMAN, CHARLES L. | 2004 | 02 | 18.75 | 1,102.84 |
| SUPERVISORY ENVIRONMENTAL ENGINEER | | 03 | 9.00 | 529.36 |
| | | | 27.75 | $1,632.20 |
| | | | | |
| MCDONALD, JOANNA | 2004 | 02 | 46.50 | 1,645.61 (13) |
| ENVIRONMENTAL PROTECTION ASSISTANT | | 03 | 47.00 | 1,770.43 (14) |
| | | 04 | 1.00 | 37.97 |
| | | 07 | 1.00 | 37.98 |
| | | 10 | 0.50 | 19.40 |
| | | | 96.00 | $3,511.39 |
| | | | | |
| MURRAY, HELEN L. | 2004 | 02 | 1.00 | 49.32 |
| CONTRACT SPECIALIST | | | | |
| | | | 1.00 | $49.32 |
| | | | | |
| TAURINO, MICHAEL | 2004 | 02 | 117.00 | 4,835.66 (15) |
| ENVIRONMENTAL ENGINEER | | 03 | 12.00 | 541.32 |
| | | | 129.00 | $5,376.98 |
| | | | | |
| TAYLOR, PATRICIA L. | 2004 | 01 | 15.00 | 480.10 (16) |
| COMMUNITY INVOLVEMENT CORD. | | 02 | 150.00 | 3,338.88 (17) |
| | | 03 | 55.00 | 1,208.90 (18) |
| | | | 220.00 | $5,027.88 |
| | | | | |
| WISE, NEIL | 2004 | 02 | 2.00 | 134.02 |
| SUPERVISORY ATTORNEY | | | | |
| | | | 2.00 | $134.02 |
| | | | | |
| Total Regional Payroll Costs | | | 1,685.50 | $58,842.93 |

i)  18 hours overtime paid

ii)  63.5 hours overtime paid

iii)  20.5 hours overtime paid

iv)  only 49 hours overtime paid

v)  57.5 hours overtime paid

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 8 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 28 of 91
Section 3 - Page 3 of 3

Report Date: 05/12/2008

## Certified By Financial Management Office

### Regional Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| 51 hours overtime paid | | | | |
| only 59 hours overtime paid | | | | |
| 18 hours overtime paid | | | | |
| 49 hours overtime paid | | | | |
| 52 hours overtime paid, 16 hours comp time added. | | | | |
| only 11 hours overtime paid | | | | |
| no overtime paid | | | | |
| only 33 hours overtime paid | | | | |
| 4 hours overtime paid | | | | |
| 41 hours overtime paid | | | | |
| 10 hours overtime paid and 5 hours comp time | | | | |
| Only 70 hours of regular time paid to A3AJ, 62 hours overtime paid and 18 hours comp time | | | | |
| 20 hours overtime paid | | | | |

### Certified By Financial Management Office

### Headquarters Payroll Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| GILBERT, JOHN M. | 2004 | 06 | 9.00 | 291.17 [1] |
| ENVIRONMENTAL ENGINEER | | 09 | 36.00 | 2,304.86 |
| | | | 45.00 | $2,596.03 |
| | | | | |
| GROHS, BETHANY | 2004 | 02 | 18.00 | 845.12 |
| | | | 18.00 | $845.12 |
| | | | | |
| SINGHVI, RAJESHMAL | 2004 | 02 | 62.00 | 4,544.18 [2] |
| CHEMIST | | 03 | 16.00 | 864.68 [3] |
| | | | 78.00 | $5,408.86 |
| | | | | |
| Total Headquarters Payroll Costs | | | 141.00 | $8,850.01 |

[1]   9 hours overtime paid

[2]   15 hours overtime paid

[3]   7 hours overtime paid

Report Date: 05/12/2006

Section 5 - Page 1 of 2

## Certified By Financial Management Office

### Regional Travel Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0157428 | ACHA03316 | 11/14/2003 | 1,598.63 |
| ENVIRONMENTAL ENGINEER | TM0165068 | ACHA03336 | 12/04/2003 | 268.25 |
|  | TM0154582 | ACHA03346 | 12/16/2003 | 996.50 |
|  |  |  |  | $2,863.38 |
| BARTOS, MYLES | TM0165381 | ACHA03332 | 12/02/2003 | 5,229.25 |
|  |  |  |  | $5,229.25 |
| BRESCIA, NICOLAS | TM0157434 | ACHC03304 | 11/04/2003 | 2,039.05 |
| ON-SCENE COORDINATOR |  |  |  |  |
|  |  |  |  | $2,039.05 |
| GAUGHAN, PERRY | TM0166161 | ACHA03324 | 11/24/2003 | 5,362.29 |
|  |  |  |  | $5,362.29 |
| KELLY, JOHN E. | TM0157421 | ACHC03321 | 11/19/2003 | 1,955.20 |
| ENVIRONMENTAL SCIENTIST | TM0162839 | ACHC03339 | 12/09/2003 | 2,264.45 |
|  |  |  |  | $4,219.65 |
| MCDONALD, JOANNA | TM0157843 | ACHC03328 | 11/26/2003 | 1,246.15 |
| ENVIRONMENTAL PROTECTION ASSISTANT | TM0164056 | ACHA03328 | 11/26/2003 | 222.49 |
|  | TM0164056 | ACHC03328 | 11/26/2003 | 986.47 |
|  |  |  |  | $2,455.11 |
| TAURINO, MICHAEL | TM0157439 | ACHA03317 | 11/17/2003 | 3,162.75 |
| ENVIRONMENTAL ENGINEER |  |  |  |  |
|  |  |  |  | $3,162.75 |
| TAYLOR, PATRICIA L. | TM0156510 | ACHC03337 | 12/05/2003 | 5,546.23 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 11 of 71
Report Date: 05/27/2006-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 31 of 91
Section 9 - Page 2 of 2

Certified By Financial Management Office

Regional Travel Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| COMMUNITY INVOLVEMENT CORD. | | | | |
| | | | | $5,546.23 |
| Total Regional Travel Costs | | | | $30,877.71 |

Report Date: 05/12/2006                                                    Section 6 - Page 1 of 2

### Certified By Financial Management Office

### Headquarters Travel Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| BRASS, BRIAN E. | TM0158966 | ACHA03317 | 11/17/2003 | 2,552.98 |
| | | | | $2,552.98 |
| GILBERT, JOHN M. | TM0172339 | ACHA03350 | 12/18/2003 | 50.00 |
| ENVIRONMENTAL ENGINEER | TM0172339 | ACHC03350 | 12/18/2003 | 1,040.58 |
| | TM0181491 | ACHA04028 | 01/30/2004 | 200.00 |
| | TM0181491 | ACHC04028 | 01/30/2004 | 1,078.20 |
| | TM0203957 | ACHA04106 | 04/19/2004 | 200.00 |
| | TM0203957 | ACHC04106 | 04/19/2004 | 604.12 |
| | | | | $3,172.90 |
| GROHS, BETHANY | TM0156634 | ACHA03290 | 10/21/2003 | 211.88 |
| | TM0156634 | ACHC03290 | 10/21/2003 | 705.00 |
| | TM0158694 | ACHC03294 | 10/23/2003 | 8.00 |
| | | | | $924.88 |
| MOORE, DAVID | TM0160600 | ACHA03316 | 11/14/2003 | 1,577.10 |
| Industrial Hygienist | | | | |
| | | | | $1,577.10 |
| PUTTHOFF, DOUGLAS | TM0156613 | 000A03302 | 10/31/2003 | 65.27 |
| | TM0156613 | ACHC03302 | 10/31/2003 | 202.39 |
| | | | | $267.66 |
| SINGHVI, RAJESHMAL | TM0156594 | ACHA03290 | 10/21/2003 | 141.41 |
| CHEMIST | TM0157267 | ACHA03290 | 10/21/2003 | 1,958.51 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 13 of 71
Report Date: 05/13/2008 08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 33 of 91
Section 6 · Page 2 of 2

## Certified By Financial Management Office

### Headquarters Travel Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| SINGHVI, RAJESHMAL | TM0162780 | ACHA03307 | 11/05/2003 | 325.57 |
| | | | | $2,425.49 |
| Total Headquarters Travel Costs | | | | $10,921.01 |

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 14 of 71
Report Date: 05/12/2008 08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 34 of 91
                                                                    Section 7 - Page 1 of 3

## Certified By Financial Management Office

### Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

__EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)__

| | |
|---|---|
| Contractor Name: | INDUSTRIAL MARINE SERVICE, INC. |
| EPA Contract Number: | 68-S3-0303 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 3003 | 10/09/2003 | 12/28/2003 |

| | |
|---|---|
| Project Officer(s): | AQUINO, MARCOS<br>STEUTEVILLE, WILLIAM |
| Dates of Service: | From: 10/09/2003   To: 02/22/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $33,975.85 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount |
|---|---|---|---|---|---|
| '03-07909-1 | 11/06/2003 | 23,307.53 | 04110 | 12/03/2003 | 23,307.53 |
| '03-10833-2 | 12/15/2003 | 6,511.81 | 04187 | 01/09/2004 | 6,511.81 |
| '04-00329-3 | 01/29/2004 | 1,635.77 | 04275 | 02/26/2004 | 1,635.77 |
| '04-00731-4 | 02/17/2004 | 2,595.74 | 04295 | 03/12/2004 | 2,595.74 |
| '04-00874-5 | 02/17/2004 | -75.00 | 04295 | 03/12/2004 | -75.00 |
| | | | | Total: | $33,975.85 |

Report Date: 05/12/2005

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 15 of 71
08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 35 of 91
Section 5  Page 2 of 3

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

## EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

Contractor Name:          INDUSTRIAL MARINE SERVICE, INC.

EPA Contract Number:      68-S3-0303

---

**Contractor Information**

Task Order No.: 03-03-003
Period Of Performance:  10/09/2003 to 12/31/2003
Description Of Work:  Removal Operation

The Contractor shall furnish the necessary personnel, materials, services, facilities, and otherwise do all things necessary for, or incident to, the performance of the work set forth below:

General Response - The OSC requires emergency and rapid response services contract support at the Site consistent with a Federal funding authorization for the Site.  The Contractor must provide all personnel, equipment, supplies, including PPE, and services for performance of tasks pursuant to this TO.

Site Safety (Contractor Provides Safety Plan) - Contractor to perform tasks pursuant to this TO in accordance with OSHA regulations and applicable EPA safety policy.  Contractor to provide Site Safety Plan to OSC for review.  Contractor to implement and comply with the Site Safety Plan.  When changes in Site operations or Site conditions require modifications to the Site Safety Plan, the revised Site Safety Plan must be submitted to the OSC within 3 business days.  OSC review of the contractor's Site Safety Plan and any actual or implied acceptance of the Site Safety Plan by the OSC does not constitute determination by the OSC or by EPA that the contractor's Site Safety Plan or actions meet any of all OSHA requirements.  Contractor to submit Site Safety Plan on or before 10/14/2003.

Site Mobilization - Contractor's RM to meet OSC on-Site on 10/09/2003.

Field Support Facilities - Contractor to provide field office, support facilities and utility service for performance of tasks pursuant to this TO.

Off-site Disposal - Contractor to provide off-site transportation and disposal of hazardous substances/oil in accordance with CERCLA 121(d)(3).

ARARs - Contractor must comply with all applicable or relevant and appropriate environmental regulations to the extent practicable depending on the exigencies of the situation as directed by OSC.  Contractor must obtain permits for on-site activities as directed by OSC.

Mercury Spill Recovery & Decontamination - Contractor to recover, stage, and dispose spilled mercury and contaminated soil and decontaminate or dispose contaminated surfaces and materials.  Contractor to inventory all personal property items prior to disposal.

Response Activities in Residential Neighborhood - This TO requires the Contractor to perform activities on or near residential properties.  When working on or near residential properties, the Contractor must to strictly adhere to limitations on access, work hours, special work requirements and other conditions, if any, established by the OSC for such work and identify schools and school bus routes and schedules in the neighborhood.  The contractor must establish and monitor a safe work perimeter to prevent entry by children, pets or others to the

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 16 of 71
Report Date: 05/12/2006    Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 36 of 91
Section 7 - Page 3 of 3

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

ork areas. The contractor must immediately halt all activity and shut-off equipment should any children or pets approach or enter the safe work perimeter or during drop-off or pick-up of children in the neighborhood by school buses. Unless specifically tasked by the OSC to initiate contacts with the residents, the contractor should erform all communications with residents and residential property owners through the OSC or his/her esignated spokespersons. The OSC shall provide the contractor with the names and phone numbers of ppropriate EPA spokespersons. When a resident or property owner initiates communication with the contractor, he contractor should identify themself(s) as a contractor and provide simple factual answers and explanations to uestions about activities currently being performed by the contractor on the resident or property owner's roperty.

mergency Residential Interior Decontamination - Contractor to provide emergency residential interior econtamination, including disposal of hazardous substances/oil and contaminated materials and personal roperty items and restoration of real property damaged or disposed during interior cleaning. Contractor to epa-vac and/or wash hard, non-porous surfaces with appropriate decontamination agent and collect all xpended washing agents and materials for treatment and/or disposal. Contractor to dispose items and naterials which can not be decontaminated. Contractor to inventory and photo and video document the condition f such residences with the property owner before and after decontamination. Contractor to identify unique and aluable items, interiors and surfaces and make OSC aware of such items prior to disposal or decontamination of uch unique items.

econtamination of Public Spaces - Contractor to provide decontamination, including disposal of hazardous ubstances/oil and contaminated materials of public buildings, and spaces, including public transportation acilities and vehicles. Contractor to hepa-vac and/or wash hard, non-porous surfaces with appropriate econtamination agent and collect all expended washing agents and materials for treatment and/or disposal. Contractor to dispose items and materials which can not be decontaminated.

UPPORTING DOCUMENTATION: Copy of Task Order and Statement of Work.

Report Date: 05/12/2008

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 17 of 71
1:08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 37 of 91
Section 5 - Page 1 of 1

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### OTHER FEDERAL AGENCIES APPROPRIATIONS

| | |
|---|---|
| Contractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| EPA Contract Number: | ATSDR |
| Project Officer(s): | JONES, BETTY N. |
| Dates of Service: | From: 10/03/2003   To: 03/04/2005 |
| Summary of Service: | SEE CONTRACTOR INFORMATION. |
| Total Costs: | $14,728.77 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| LETTER RPT | 04/21/2005 | 13,203.42 | ATSDR | | 03/19/2005 | 13,203.42 |
| LETTER RPT 2 | 04/19/2006 | 1,525.35 | ATSDR | | 04/01/2006 | 1,525.35 |
| | | | | | Total: | $14,728.77 |

### OTHER FEDERAL AGENCIES APPROPRIATIONS

| | |
|---|---|
| Contractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| EPA Contract Number: | ATSDR |

### Contractor Information

The Agency for Toxic Substances and Disease Registry (ATSDR) is an advisory agency which is used to conduct public health assessments at sites on the EPA National Priorities List pursuant to the Comprehensive Environmental Response, Compensation and Liability Act.

ATSDR has performed the following activities:

100 - HEALTH CONSULTATION - A health consultation is a written or verbal response from ATSDR to a specific question or request for information pertaining to a hazardous substance or facility. It includes reviewing medical or health information to provide expert medical, epidemiologic, or public health assistance.

200 - EMERGENCY RESPONSE - This is a response to a release or threat of release of pollutants and contaminants that may present an imminent and substantial danger to public health or welfare.

SUPPORTING DOCUMENTATION:  Copy of Payroll Expense Report, Copy of Time Sheets and Copy of Activity Codes and Definitions.

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 18 of 71
Case 1:08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 38 of 91
eport Date: 05/12/2006                                                          Section 9 - Page 1 of 2

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ
## CRP NO. 116502
## COSTS THROUGH 12/21/2004

ESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

| | |
|---|---|
| ontractor Name: | LOCKHEED MARTIN SERVICES |
| PA Contract Number: | 68-C9-9223 |
| roject Officer(s): | SINGHVI, RAJESHMAL |
| ates of Service: | From: 01/19/2004   To: 03/21/2004 |
| ummary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| otal Costs: | $71,783.41 |

| oucher umber | Voucher Date | Voucher Amount | Treasury Schedule Number    and    Date | | Site Amount |
|---|---|---|---|---|---|
| 6337432 | 02/26/2004 | 905,151.31 | R4319 | 03/24/2004 | 71,736.22 |
| 6338801 | 03/26/2004 | 1,198,716.36 | R4374 | 04/27/2004 | 47.19 |
| | | | | Total: | $71,783.41 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 19 of 71
Report Date: 05/12/2008 08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 39 of 91
Section 9 - Page 2 of 2

Certified By Financial Management Office

Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

Contractor Name:          LOCKHEED MARTIN SERVICES

EPA Contract Number:      68-C9-9223

---

Contractor Information
Work Assignment No. 0-344
Period Of Performance:  01/14/2004 to 05/31/2004
Description Of Work:  Technical Support

Contractor to provide technical support to ERT/USEPA Region III in monitoring vapors at the Frank W. Ballow High School and nearby residences.

Under this work assignment, Response Engineering and Analytical Contract (REAC) personnel provided technical assistance to the Environmental Protection Agency/Environmental Response Team Center and EPA Region III to perform ambient air monitoring and sampling for mercury vapor at the Ballou High School in DC. This work was initially conducted under the emergency response work assignment no. 0-001.

The contractor shall:
Perform real-time mercury vapor monitoring at the Frank W. Ballow High School;
Provide real-time mercury vapor data to the site manager;
Perform real-time mercury vapor monitoring in homes as directed by the site manager; and
Screen students' clothing, shoes, and book bags for mercury vapors using Lumex o Trackers.

SUPPORTING DOCUMENTATION:  Copy of Work Assignment and Work Plan.

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | ECOLOGY & ENVIRONMENT |
| EPA Contract Number: | 68-S3-0001 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 09/28/2003   To: 01/31/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $6,179.21 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| 49 | 11/24/2003 | 180,370.94 | R4150 | 12/23/2003 | 1,721.96 | 717.36 |
| 50 | 12/17/2003 | 156,994.32 | R4199 | 01/16/2004 | 2,587.36 | 1,077.90 |
| 51 | 01/15/2004 | 150,796.13 | R4256 | 02/17/2004 | 52.53 | 21.88 |
| 52 | 02/20/2004 | 155,546.39 | R4317 | 03/23/2004 | 0.14 | 0.06 |
| | | | | Total: | $4,361.99 | $1,817.22 |

Report Date: 09/28/2008

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 21 of 71
08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 41 of 91
Section 10 - Page 2 of 2

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
## COSTS THROUGH 12/21/2004

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | ECOLOGY & ENVIRONMENT |
| EPA Contract Number: | 68-S3-0001 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 09/28/2003   To: 01/31/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $6,179.21 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| 49 | R4150 | Class | |
| 50 | R4199 | Class | 0.416604 |
| 51 | R4256 | Class | 0.416604 |
| 52 | R4317 | Class | 0.416604 |
| | | | 0.416604 |

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | ECOLOGY & ENVIRONMENT |
| EPA Contract Number: | 68-S3-0001 |

### Contractor Information

Technical Direction Document No.: SW3-03-10-008
Period Of Performance: 10/08/2003 to 11/15/2003
Description Of Work: Emergency Response

Provide Mobile Command Post (MCP) to the Washington DC Mercury Incident. Once MCP is delivered contractor will demobe. OSC will notify contractor when to pickup MCP and demobe from site.

Amendment A: OSC's need for the MCP has been extended. New completion date is November 11, 2003. This will allow for the additional time needed to wrap up at the site and demobe. No additional costs or LOE required.

SUPPORTING DOCUMENTATION: Copy of Technical Direction Document and Amendment.

port Date: 05/12/2006

Section 11 - Page 1 of 4

## Certified By Financial Management Office

### Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

__UPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)__

| | |
|---|---|
| ntractor Name: | TETRA TECH EM INC. |
| 'A Contract Number: | 68-S3-0002 |
| oject Officer(s): | WODARCZYK, KAREN |
| les of Service: | From: 09/29/2003   To: 10/03/2004 |
| mmary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| tal Costs: | $147,717.78 |

| ucher mber | Voucher Date | Voucher Amount | Treasury Schedule Number  and  Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| PT#0304 | 11/03/2003 | 354,786.75 | R4106 | 12/01/2003 | 32,686.98 | 13,617.53 |
| PT#0305 | 11/24/2003 | 403,691.93 | R4160 | 12/30/2003 | 39,244.10 | 16,349.25 |
| PT#0306 | 01/05/2004 | 346,744.93 | R4229 | 02/02/2004 | 11,351.25 | 4,728.96 |
| PT#0307 | 02/04/2004 | 365,316.92 | R4278 | 03/01/2004 | 4,806.70 | 2,003.32 |
| PT#0308 | 02/23/2004 | 372,032.02 | R4309 | 03/18/2004 | 8,492.15 | 3,537.86 |
| PT#0309 | 04/05/2004 | 450,888.13 | R4386 | 05/05/2004 | 6,850.39 | 2,853.90 |
| PT#310 | 05/03/2004 | 342,464.02 | R4429 | 05/27/2004 | 142.29 | 59.28 |
| PT#0311 | 05/24/2004 | 362,297.74 | R4477 | 06/22/2004 | 290.12 | 120.87 |
| PT#0312 | 07/06/2004 | 449,758.58 | R4572 | 08/12/2004 | 1.07 | 0.45 |
| PT#0401 | 08/03/2004 | 338,012.47 | R4610 | 09/02/2004 | 408.31 | 170.10 |
| PT#0402 | 08/30/2004 | 348,642.32 | R4648 | 09/24/2004 | 0.43 | 0.18 |
| PT#0403 | 10/22/2004 | 386,651.98 | R5116 | 11/26/2004 | 0.19 | 0.08 |
| | | | | Total: | $104,275.98 | $43,441.80 |

Certified By Financial Management Office

Contract Costs

# WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

## CRP NO. 116502
### COSTS THROUGH 12/21/2004

UPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| PA Contract Number: | 68-S3-0002 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 09/29/2003  To: 10/03/2004 |
| Summary of Service: | SEE CONTRACTOR INFORMATION WHICH FOLLOWS LIST OF VOUCHERS |
| Total Costs: | $147,717.78 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation  Rate |
|---|---|---|---|
| OPT#0304 | R4106 | Class | 0.416604 |
| OPT#0305 | R4160 | Class | 0.416604 |
| OPT#0306 | R4220 | Class | 0.416604 |
| OPT#0307 | R4278 | Class | 0.416604 |
| OPT#0308 | R4309 | Class | 0.416604 |
| OPT#0309 | R4386 | Class | 0.416604 |
| OPT#310 | R4429 | Class | 0.416604 |
| OPT#0311 | R4477 | Class | 0.416604 |
| OPT#0312 | R4572 | Class | 0.416604 |
| OPT#0401 | R4610 | Class | 0.416604 |
| OPT#0402 | R4648 | Class | 0.416604 |
| OPT#0403 | R5116 | Class | 0.416604 |

sport Date: 05/12/2006                                                    Section 11 - Page 3 of 4

## Certified By Financial Management Office

### Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

---

UPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

ontractor Name:          TETRA TECH EM INC.

PA Contract Number:      68-S3-0002

---

ontractor Information
echnical Direction Document No.: SE3-03-10-003
eriod Of Performance: 10/16/2003 to 10/31/2003
escription Of Work: Emergency Response

espond to a Mercury Incident at Ballou Senior High School. Mercury was removed from a chemistry lab and
as spread among classrooms causing school officials to evacuate and close the school. START to assist OSC
ith monitoring and assessing the extent of the contamination.

pecific Elements:
Chronology of Events;
Compile Press Clippings;
Conduct Air Monitoring;
Document Release;
Document Site Access;
Identify Source & Nature of Incident;
Incident/Trip Report;
Maps & Sketches;
Monitor Cleanup Activities;
Prepare Draft PolRep;
Prepare Trip Report;
Provide Photo Documentation;
Provide Video Documentation.

echnical Direction Document No.: SE3-03-10-004
Period Of Performance: 10/09/2003 to 06/30/2004
Description Of Work: Fund Lead Removal Actions - Response Support

A significant but unknown quantity of mercury was spilled and tracked throughout the high shcool and possibly to
tudents and faculty homes. Contractor to conduct monitoring and assist OSC with removal action.

Specific Elements:
 Agency Roster/Cards;
 Analytical Services;
 Attend Public Meeting;
 Compile Press Clippings;
 Conduct Air Monitoring;
 Conduct Cost Tracking & Documentation;
 Conduct Multimedia Sampling;
 Conduct On-Site Contractor Monitoring;
 Coordinate with Site & Local Officials;
 Document On-Site Activities;

Certified By Financial Management Office

Contract Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

· Document Release;
· Document Site Access;
· Lab Report;
· Organize Site Files;
· Prepare Background Information for Draft Action Memo;
· Prepare Draft PolReps;
· Prepare Fact Sheet;
· Prepare Sampling Plan;
· Prepare Site Sketch/Map;
· Provide Chronology of Events;
· Provide LAT/LONG and Record on First PolRep;
· Provide Photo Documentation;
· Provide Video Documentation;
· QA/QC Lab Report.

Amendment A:  Extend Completion Date to 12/31/2003.  Also, Add an additional 600 hours to the LOE .  This increase is based on the OSC's underestimating the hours needed to complete the SOW as originally assigned; plus and additional 300 hours for START to complete the additional task of preparing an OSC report.

Amendment B:  Extend Completion Date to 02/15/2004.  Additional time needed to complete OSC report and make comments.  No cost increases are needed to complete this report.

Amendment C:  Extend Completion Date to 03/01/2004.  The contractor requested an extension due to several days of inclement weather that closed their offices in Reston Va.  The contractor needs to finish the OSC Report. No cost increase are needed to complete this report.

Amendment D:  An additional 180 hours are needed to complete the following tasks (OSC underestimated time needed by START to complete these tasks): - Produce DRAFT of the After Action Report for Ballou Sr. High School;
· Print 1 color copy and 1 electronic copy of the DRAFT Report;
· Conference Call for questions and answers on several sections of the report; - QA/QC technical check for accuracy of information;
·  Incorporate comments from conference call;
·   Coordinate with graphics/GIS for maps and briefing cover.  The cost/fee is increased by $14,940.

Amendment E:  Extend completion date to 04/30/2004.  Additional time required for OSC to review the Draft After Action Report and provide comments to START to incorporate into the Final After Action Report.  No additional LOE or cost fee required at this time.

Amendment F:  Extend completion date to 06/30/2004.  Additional time required for OSC to review the Draft After Action Report and provide comments to START to incorporate into the Final After Action Report.  The OSC has not been able to complete this task as originally estimated due to other duties.

SUPPORTION DOCUMENTATION:  Copy of the Technical Direction Documents and Amendments.

Report Date: 05/12/2008

Section 12 - Page 1 of 1

## Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|---|---|---|---|
| 2004 | 368,345.32 | 62.93% | 231,799.70 |
| 2005 | 802.59 | 62.93% | 505.07 |
| | 369,147.91 | | |

Total EPA Indirect Costs

$232,304.77

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| QUINO, MARCUS A. | 2004 | 01 | 1,023.77 | 62.93% | 644.26 |
| | | 02 | 5,323.57 | 62.93% | 3,350.12 |
| | | 03 | 3,849.03 | 62.93% | 2,422.19 |
| | | 04 | 608.76 | 62.93% | 383.09 |
| | | 05 | 202.91 | 62.93% | 127.69 |
| | | 06 | 198.73 | 62.93% | 125.08 |
| | | 12 | 259.02 | 62.93% | 163.00 |
| | | 16 | 158.90 | 62.93% | 100.00 |
| | | | 11,624.69 | | $7,315.41 |
| ARTOS, MYLES | 2004 | 02 | 3,585.84 | 62.93% | 2,256.57 |
| | | 03 | 4,847.87 | 62.93% | 3,050.76 |
| | | 04 | 71.84 | 62.93% | 45.21 |
| | | 05 | 35.93 | 62.93% | 22.61 |
| | | | 8,541.48 | | $5,375.15 |
| RESCIA, NICOLAS | 2004 | 02 | 205.63 | 62.93% | 129.40 |
| | | | 3,582.26 | 62.93% | 2,241.73 |
| | | | 3,787.89 | | $2,371.13 |
| ARNEY, DENNIS P. | 2004 | 02 | 550.11 | 62.93% | 346.18 |
| | | 03 | 137.53 | 62.93% | 86.55 |
| | | 04 | 17.19 | 62.93% | 10.82 |
| | | | 704.83 | | $443.55 |
| OUGHERTY, MEGAN | 2004 | 02 | 2,745.46 | 62.93% | 1,727.72 |
| | | 03 | 1,640.89 | 62.93% | 1,032.61 |
| | | | 4,386.35 | | $2,760.33 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 28 of 71
Report Date: 05/13/2008-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 48 of 91
Section 13 - Page 2 of 8

## Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BAUGHAN, PERRY | 2004 | 02 | 3,392.96 | 62.93% | 2,135.19 |
| | | 03 | 5,327.97 | 62.93% | 3,352.89 |
| | | | 8,720.93 | | $5,488.08 |
| GILBERT, JOHN M. | 2004 | 06 | 291.17 | 62.93% | 183.23 |
| | | 09 | 2,304.86 | 62.93% | 1,450.45 |
| | | | 2,596.03 | | $1,633.68 |
| GROHS, BETHANY | 2004 | 02 | 845.12 | 62.93% | 531.83 |
| | | | 845.12 | | $531.83 |
| KELLY, JOHN E. | 2004 | 02 | 2,187.34 | 62.93% | 1,376.49 |
| | | 03 | 2,375.31 | 62.93% | 1,494.78 |
| | | | 4,562.65 | | $2,871.27 |
| LEEMAN, CHARLES L. | 2004 | 02 | 1,102.84 | 62.93% | 694.02 |
| | | 03 | 529.36 | 62.93% | 333.13 |
| | | | 1,632.20 | | $1,027.15 |
| MCDONALD, JOANNA | 2004 | 02 | 1,645.61 | 62.93% | 1,035.58 |
| | | 03 | 1,770.43 | 62.93% | 1,114.13 |
| | | 04 | 37.97 | 62.93% | 23.89 |
| | | 07 | 37.98 | 62.93% | 23.90 |
| | | 10 | 19.40 | 62.93% | 12.21 |
| | | | 3,511.39 | | $2,209.71 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 29 of 71
Report Date: 05/12/2008  1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 49 of 91
Section 13    Page 3 of 8

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MURRAY, HELEN L. | 2004 | 02 | 49.32 | 62.93% | 31.04 |
| | | | 49.32 | | $31.04 |
| | | | | | |
| SINGHVI, RAJESHMAL | 2004 | 02 | 4,544.18 | 62.93% | 2,859.65 |
| | | 03 | 864.68 | 62.93% | 544.14 |
| | | | 5,408.86 | | $3,403.79 |
| | | | | | |
| TAURINO, MICHAEL | 2004 | 02 | 4,835.66 | 62.93% | 3,043.08 |
| | | 03 | 541.32 | 62.93% | 340.65 |
| | | | 5,376.98 | | $3,383.73 |
| | | | | | |
| TAYLOR, PATRICIA L. | 2004 | 01 | 480.10 | 62.93% | 302.13 |
| | | 02 | 3,338.88 | 62.93% | 2,101.16 |
| | | 03 | 1,208.90 | 62.93% | 760.76 |
| | | | 5,027.88 | | $3,164.05 |
| | | | | | |
| WISE, NEIL | 2004 | 02 | 134.02 | 62.93% | 84.34 |
| | | | 134.02 | | $84.34 |
| | | | | | |
| Total Fiscal Year 2004 Payroll Direct Costs: | | | 66,890.62 | | $42,094.24 |

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0157428 | 11/14/2003 | 1,598.63 | 62.93% | 1,006.02 |
| | TM0165068 | 12/04/2003 | 268.25 | 62.93% | 168.81 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 30 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 50 of 91
Section 13 – Page 4 of 8

Report Date: 05/12/2006

## Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0154582 | 12/16/2003 | 996.50 | 62.93% | 627.09 |
|  |  |  | 2,863.38 |  | $1,801.92 |
|  |  |  |  |  |  |
| BARTOS, MYLES | TM0165361 | 12/02/2003 | 5,229.25 | 62.93% | 3,290.77 |
|  |  |  | 5,229.25 |  | $3,290.77 |
|  |  |  |  |  |  |
| BRASS, BRIAN E. | TM0158966 | 11/17/2003 | 2,552.98 | 62.93% | 1,606.60 |
|  |  |  | 2,552.98 |  | $1,606.60 |
|  |  |  |  |  |  |
| BRESCIA, NICOLAS | TM0157434 | 11/04/2003 | 2,039.05 | 62.93% | 1,283.18 |
|  |  |  | 2,039.05 |  | $1,283.18 |
|  |  |  |  |  |  |
| GAUGHAN, PERRY | TM0166161 | 11/24/2003 | 5,362.29 | 62.93% | 3,374.49 |
|  |  |  | 5,362.29 |  | $3,374.49 |
|  |  |  |  |  |  |
| GILBERT, JOHN M. | TM0172339 | 12/18/2003 | 1,040.58 | 62.93% | 654.84 |
|  |  |  | 50.00 | 62.93% | 31.46 |
|  | TM0181491 | 01/30/2004 | 1,078.20 | 62.93% | 678.52 |
|  |  |  | 200.00 | 62.93% | 125.86 |
|  | TM0203957 | 04/19/2004 | 604.12 | 62.93% | 380.17 |
|  |  |  | 200.00 | 62.93% | 125.86 |
|  |  |  | 3,172.90 |  | $1,996.71 |
|  |  |  |  |  |  |
| GROHS, BETHANY | TM0156634 | 10/21/2003 | 705.00 | 62.93% | 443.66 |
|  |  |  | 211.88 | 62.93% | 133.33 |

port Date: 05/12/2006

## Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

### TRAVEL DIRECT COSTS

| raveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ROHS, BETHANY | TM0158694 | 10/23/2003 | 8.00 | 62.93% | 5.03 |
| | | | 924.88 | | $582.02 |
| | | | | | |
| ELLY, JOHN E. | TM0157421 | 11/19/2003 | 1,955.20 | 62.93% | 1,230.41 |
| | TM0162839 | 12/09/2003 | 2,264.45 | 62.93% | 1,425.02 |
| | | | 4,219.65 | | $2,655.43 |
| | | | | | |
| ICDONALD, JOANNA | TM0164056 | 11/26/2003 | 222.49 | 62.93% | 140.01 |
| | | | 986.47 | 62.93% | 620.79 |
| | TM0157843 | 11/26/2003 | 1,246.15 | 62.93% | 784.20 |
| | | | 2,455.11 | | $1,545.00 |
| | | | | | |
| MOORE, DAVID | TM0160600 | 11/14/2003 | 1,577.10 | 62.93% | 992.47 |
| | | | 1,577.10 | | $992.47 |
| | | | | | |
| PUTTHOFF, DOUGLAS | TM0156613 | 10/31/2003 | 202.39 | 62.93% | 127.36 |
| | | | 65.27 | 62.93% | 41.07 |
| | | | 267.66 | | $168.43 |
| | | | | | |
| SINGHVI, RAJESHMAL | TM0157267 | 10/21/2003 | 1,958.51 | 62.93% | 1,232.49 |
| | TM0156594 | 10/21/2003 | 141.41 | 62.93% | 88.90 |
| | TM0162780 | 11/05/2003 | 325.57 | 62.93% | 204.86 |
| | | | 2,425.49 | | $1,526.36 |
| | | | | | |
| TAURINO, MICHAEL | TM0157439 | 11/17/2003 | 3,162.75 | 62.93% | 1,990.32 |
| | | | 3,162.75 | | $1,990.32 |

Report Date: 05/12/2006

Section 13 - Page 6 of 8

### Certified By Financial Management Office

### EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| TAYLOR, PATRICIA L. | TM0156510 | 12/05/2003 | 5,546.23 | 62.93% | 3,490.24 |
| | | | 5,546.23 | | $3,490.24 |
| Total Fiscal Year 2004 Travel Direct Costs: | | | 41,798.72 | | $26,303.94 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-C9-9223 | 06337432 | 03/24/2004 | 71,736.22 | 0.00 | 62.93% | 45,143.60 |
| | 06338801 | 04/27/2004 | 47.19 | 0.00 | 62.93% | 29.70 |
| | | | 71,783.41 | 0.00 | | $45,173.30 |
| 68-S3-0001 | 49 | 12/23/2003 | 1,721.96 | 717.38 | 62.93% | 1,535.08 |
| | 50 | 01/16/2004 | 2,587.36 | 1,077.90 | 62.93% | 2,306.55 |
| | 51 | 02/17/2004 | 52.53 | 21.88 | 62.93% | 46.83 |
| | 52 | 03/23/2004 | 0.14 | 0.06 | 62.93% | 0.13 |
| | | | 4,361.99 | 1,817.22 | | $3,888.59 |
| 68-S3-0002 | OPT#0304 | 12/01/2003 | 30,878.92 | 12,864.28 | 62.93% | 27,527.60 |
| | | | 1,808.06 | 753.25 | 62.93% | 1,611.83 |
| | OPT#0305 | 12/30/2003 | 36,059.70 | 15,022.62 | 62.93% | 32,146.10 |
| | | | 3,184.40 | 1,326.63 | 62.93% | 2,838.79 |
| | OPT#0306 | 02/02/2004 | 11,351.25 | 4,728.98 | 62.93% | 10,119.29 |
| | OPT#0307 | 03/01/2004 | 4,808.70 | 2,003.32 | 62.93% | 4,286.80 |
| | OPT#0308 | 03/18/2004 | 8,492.15 | 3,537.86 | 62.93% | 7,570.49 |
| | OPT#0309 | 05/05/2004 | 6,850.39 | 2,853.90 | 62.93% | 6,106.91 |
| | OPT#310 | 05/27/2004 | 142.29 | 59.28 | 62.93% | 126.85 |
| | OPT#0311 | 06/22/2004 | 290.12 | 120.87 | 62.93% | 258.64 |
| | OPT#0312 | 08/12/2004 | 1.07 | 0.45 | 62.93% | 0.96 |

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

### CRP NO. 116502
### COSTS THROUGH 12/21/2004

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-S3-0002 | OPT#0401 | 09/02/2004 | 406.31 | 170.10 | 62.93% | 363.99 |
| | OPT#0402 | 09/24/2004 | 0.43 | 0.18 | 62.93% | 0.38 |
| | | | 104,275.79 | 43,441.72 | | $92,958.63 |
| | | | | | | |
| 68-S3-0303 | Y03-07909-1 | 12/03/2003 | 23,307.53 | 0.00 | 62.93% | 14,667.43 |
| | Y03-10833-2 | 01/09/2004 | 6,511.81 | 0.00 | 62.93% | 4,097.88 |
| | Y04-00329-3 | 02/26/2004 | 1,635.77 | 0.00 | 62.93% | 1,029.39 |
| | Y04-00874-5 | 03/12/2004 | -75.00 | 0.00 | 62.93% | -47.20 |
| | Y04-00731-4 | 03/12/2004 | 2,595.74 | 0.00 | 62.93% | 1,633.50 |
| | | | 33,975.85 | 0.00 | | $21,381.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Fiscal Year 2004 Other Direct Costs: | | 214,397.04 | 45,258.94 | | $163,401.52 |
| Total Fiscal Year 2004: | | 366,345.32 | | | $231,799.70 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARTOS, MYLES | 2005 | 06 | 802.32 | 62.93% | 504.90 |
| | | | 802.32 | | $504.90 |
| | | | | | |
| Total Fiscal Year 2005 Payroll Direct Costs: | | | 802.32 | | $504.90 |

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 34 of 71
Case 1:08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 54 of 91
Section 13 - Page 8 of 8

port Date: 05/12/2006

Certified By Financial Management Office

EPA Indirect Costs

## WASHINGTON DC MERCURY INCIDENT, WASHINGTON, DC  SITE ID = A3 AJ

CRP NO. 116502
COSTS THROUGH 12/21/2004

### OTHER DIRECT COSTS

| ontract, G, SCA, isc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 3-S3-0002 | OPT#0403 | 11/26/2004 | 0.19 | 0.08 | 62.93% | 0.17 |
|  |  |  | 0.19 | 0.08 |  | $0.17 |
| Total Fiscal Year 2005 Other Direct Costs: |  |  | 0.19 | 0.08 |  | $0.17 |
| Total Fiscal Year 2005: |  |  | 802.59 |  |  | $505.07 |
| otal EPA Indirect Costs |  |  |  |  |  | $232,304.77 |

# APPENDIX B

Certified By Financial Management Office

Table of Contents

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

NARRATIVE COST SUMMARY ................................................................................ Section 1

ITEMIZED COST SUMMARY ................................................................................ Section 2

REGIONAL PAYROLL COSTS ................................................................................ Section 3

HEADQUARTERS PAYROLL COSTS ................................................................................ Section 4

REGIONAL TRAVEL COSTS ................................................................................ Section 5

HEADQUARTERS TRAVEL COSTS ................................................................................ Section 6

ALLOCATION TRANSFER IAG'S

    DEPARTMENT OF HEALTH & HUMAN SERVICES (DW75938802) .................... Section 7

DELIVERY OF ANALYTICAL SERVICES

    ANALYTICAL LABORATORY SERVICES, INC. (59A053NNSA5) ..................... Section 8

    ANALYTICAL LABORATORY SERVICES, INC. (59A057NNSA5) ..................... Section 9

EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

    KEMRON ENVIRONMENTAL (68-S3-0305) ................................................. Section 10

ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

    LOCKHEED MARTIN SERVICES, INC. (68-W0-1018) ................................ Section 11

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

    LOCKHEED MARTIN TECHNOLOGY SERVICES (EPC04032) ..................... Section 12

SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

    TETRA TECH EM INC. (68-S3-0002) ................................................. Section 13

EPA INDIRECT COSTS SUMMARY ................................................................ Section 14

EPA INDIRECT COSTS ................................................................................ Section 15

Certified By Financial Management Office

Narrative Cost Summary

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

1. The United States Environmental Protection Agency has incurred at least $39,948.66 for Regional Payroll Costs.

2. The United States Environmental Protection Agency has incurred at least $8,374.32 for Headquarters Payroll Costs.

3. The United States Environmental Protection Agency has incurred at least $11,134.96 for Regional Travel Costs.

4. The United States Environmental Protection Agency has incurred at least $1,324.61 for Headquarters Travel Costs.

5. The United States Environmental Protection Agency has incurred costs of at least $13,393.84 for ALLOCATION TRANSFER IAG'S contract expenditures. The total represents the amount spent under the DEPARTMENT OF HEALTH & HUMAN SERVICES contract.

6. The United States Environmental Protection Agency has incurred costs of at least $1,102.00 for DELIVERY OF ANALYTICAL SERVICES contract expenditures. The total represents the amount spent under the ANALYTICAL LABORATORY SERVICES, INC. contract.

7. The United States Environmental Protection Agency has incurred costs of at least $4,002.00 for DELIVERY OF ANALYTICAL SERVICES contract expenditures. The total represents the amount spent under the ANALYTICAL LABORATORY SERVICES, INC. contract.

8. The United States Environmental Protection Agency has incurred costs of at least $89,318.81 for EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2) contract expenditures. The total represents the amount spent under the KEMRON ENVIRONMENTAL contract.

9. The United States Environmental Protection Agency has incurred costs of at least $4,888.58 for ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT) contract expenditures. The total represents the amount spent under the LOCKHEED MARTIN SERVICES, INC. contract.

10. The United States Environmental Protection Agency has incurred costs of at least $24,439.11 for RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT contract expenditures. The total represents the amount spent under the LOCKHEED MARTIN TECHNOLOGY SERVICES contract.

11. The United States Environmental Protection Agency has incurred costs of at least $105,240.74 for SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START) contract expenditures. The total represents the amount spent under the TETRA TECH EM INC. contract.

eport Date: 06/07/2006                                        Section 1 - Page 2 of 2

Certified By Financial Management Office

Narrative Cost Summary

**CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP**

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

12.  The United States Environmental Protection Agency has incurred at least $182,354.66 for Indirect Costs.

Total Site Costs:                                             $485,522.29

report Date: 06/07/2006

## Certified By Financial Management Office

### Itemized Cost Summary

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| | |
|---|---:|
| **REGIONAL PAYROLL COSTS** | $39,948.66 |
| **HEADQUARTERS PAYROLL COSTS** | $8,374.32 |
| **REGIONAL TRAVEL COSTS** | $11,134.96 |
| **HEADQUARTERS TRAVEL COSTS** | $1,324.61 |
| **ALLOCATION TRANSFER IAG'S** | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES (DW75938802) | $13,393.84 |
| **DELIVERY OF ANALYTICAL SERVICES** | |
| ANALYTICAL LABORATORY SERVICES, INC. (59A053NNSA5) | $1,102.00 |
| ANALYTICAL LABORATORY SERVICES, INC. (59A057NNSA5) | $4,002.00 |
| **EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)** | |
| KEMRON ENVIRONMENTAL (68-S3-0305) | $89,318.81 |
| **ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)** | |
| LOCKHEED MARTIN SERVICES, INC. (68-W0-1018) | $4,888.58 |
| **RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT** | |
| LOCKHEED MARTIN TECHNOLOGY SERVICES (EPC04032) | $24,439.11 |
| **SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)** | |
| TETRA TECH EM INC. (68-S3-0002) | $105,240.74 |
| **EPA INDIRECT COSTS** | $182,354.66 |
| **Total Site Costs:** | $485,522.29 |

port Date: 06/07/2006

### Certified By Financial Management Office

### Regional Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| QUINO, MARCUS A. | 2005 | 13 | 116.50 | 6,208.91 |
| NVIRONMENTAL ENGINEER | | | | |
| | | | 116.50 | $6,208.91 |
| ARTOS, MYLES | 2005 | 13 | 20.00 | 906.76 |
| | | | 20.00 | $906.76 |
| RESCIA, NICOLAS | 2005 | 12 | 35.00 | 1,333.39 |
| N-SCENE COORDINATOR | | 13 | 62.00 | 2,362.03 |
| | | | 97.00 | $3,695.42 |
| ARNEY, DENNIS P. | 2005 | 13 | 6.00 | 446.80 |
| ROGRAM MANAGER | | | | |
| | | | 6.00 | $446.80 |
| OSTAS, ROBIN L. | 2005 | 13 | 2.00 | 108.64 |
| HEMIST | | | | |
| | | | 2.00 | $108.64 |
| URRY, JOHN | 2005 | 12 | 1.00 | 25.58 |
| IOLOGIST | | | | |
| | | | 1.00 | $25.58 |
| ANESI, ROBIN L. | 2005 | 12 | 0.50 | 26.64 |
| NVIRNOMENTAL SCIENTIST | | | | |
| | | | 0.50 | $26.64 |
| ONOVAN, RUTH ANN M. | 2005 | 12 | 1.50 | 42.92 |
| URCHASING AGENT | | 13 | 5.00 | 142.98 |
| | | | 6.50 | $185.90 |
| ORSEY, JOSEPH | 2005 | 13 | 9.00 | 511.82 |
| HEMIST | | | | |
| | | | 9.00 | $511.82 |
| OUGHERTY, MEGAN | 2005 | 12 | 17.00 | 558.91 |
| UBLIC AFFAIRS SPECIALIST | | 13 | 46.00 | 1,512.32 |
| | | | 63.00 | $2,071.23 |

Report Date: 05/07/2006

Section 3 – Page 2 of 4

## Certified By Financial Management Office

### Regional Payroll Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC   SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| OUTEAU, HELEN L. | 2005 | 13 | 56.00 | 3,005.11 |
| PUBLIC AFFAIRS SPECIALIST (SUP.) | | | | |
| | | | 56.00 | $3,005.11 |
| FITZSIMMONS, CHARLES E. | 2005 | 12 | 74.00 | 4,079.84 |
| ON-SCENE COORDINATOR | | 13 | 104.00 | 5,816.40 |
| | | 14 | 5.00 | 288.58 |
| | 2006 | 10 | 9.00 | 538.45 |
| | | | 192.00 | $10,723.27 |
| GOLDMAN, ANDREW S. | 2005 | 13 | 5.50 | 418.64 |
| ATTORNEY ADVISOR (GENERAL) | | | | |
| | | | 5.50 | $418.64 |
| JASTREMSKI SMITH, WENDY | 2005 | 12 | 49.00 | 1,976.89 |
| COMMUNITY INVOLVEMENT COORD. | | 13 | 41.00 | 1,654.15 |
| | | | 90.00 | $3,631.04 |
| KELLY, JOHN E. | 2005 | 13 | 23.00 | 1,140.93 |
| ENVIRONMENTAL SCIENTIST | | | | |
| | | | 23.00 | $1,140.93 |
| KLEEMAN, CHARLES L. | 2005 | 13 | 46.00 | 2,932.92 |
| SUPERVISORY ENVIRONMENTAL ENGINEER | | | | |
| | | | 46.00 | $2,932.92 |
| MAHONEY, MICHAEL H. | 2005 | 14 | 2.00 | 107.67 |
| CHEMIST | | | | |
| | | | 2.00 | $107.67 |
| MURRAY, HELEN L. | 2005 | 15 | 0.75 | 41.44 |
| CONTRACT SPECIALIST | | 27 | 0.75 | 41.45 |
| | | | 1.50 | $82.89 |
| POLISH, DAVID B. | 2005 | 13 | 10.00 | 430.00 |
| COMMUNITY INVOLVEMENT COORD. | | | | |
| | | | 10.00 | $430.00 |

## Certified By Financial Management Office

### Regional Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| AJKOWSKI, ALEXANDRA T. | 2005 | 12 | 1.00 | 57.27 |
| ONTRACT SPECIALIST | | 13 | 1.50 | 85.89 |
| | | | 2.50 | $143.16 |
| ODRIGUES, CECIL A. | 2005 | 13 | 3.00 | 226.17 |
| TTORNEY ADVISOR (GENERAL) | | | | |
| | | | 3.00 | $226.17 |
| UGALA, MARY E. | 2005 | 13 | 2.00 | 133.54 |
| TTORNEY ADVISOR | | | | |
| | | | 2.00 | $133.54 |
| CHULTZ, MARY E. | 2005 | 12 | 0.25 | 13.88 |
| NVIRONMENTAL SCIENTIST | | | | |
| | | | 0.25 | $13.88 |
| OSINSKI, PATRICIA F. | 2005 | 12 | 3.50 | 178.46 |
| HEMIST | | 13 | 2.00 | 101.99 |
| | | 14 | 0.50 | 25.41 |
| | | | 6.00 | $305.86 |
| TEUTEVILLE, WILLIAM D. | 2005 | 13 | 2.00 | 122.76 |
| NVIRONMENTAL SCIENTIST | | 14 | 3.00 | 184.11 |
| | | 26 | 1.00 | 61.39 |
| | 2006 | 11 | 6.00 | 378.48 |
| | | 12 | 3.00 | 189.14 |
| | | | 15.00 | $935.88 |
| VARNER, SUSAN C. | 2005 | 13 | 0.25 | 14.48 |
| CHEMIST | | 14 | 0.50 | 28.94 |
| | | | 0.75 | $43.42 |
| VILLIAMS, JAMES A. | 2005 | 13 | 3.00 | 169.87 |
| CIVIL INVESTIGATOR | | 14 | 6.00 | 339.80 |
| | | | 9.00 | $509.67 |
| VODARCZYK, KAREN | 2006 | 11 | 2.00 | 110.67 |

Report Date: 06/07/2006

Section 3 - Page 4 of 4

### Certified By Financial Management Office

### Regional Payroll Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| PROJECT OFFICER | | | | |
| | | | 2.00 | $110.67 |
| WRIGHT, JAMES R. | 2005 | 16 | 1.00 | 42.73 |
| FINANCIAL SPECIALIST | | 17 | 4.00 | 171.01 |
| | | 26 | 6.00 | 256.49 |
| | 2006 | 03 | 9.00 | 396.01 |
| | | | 20.00 | $866.24 |
| Total Regional Payroll Costs | | | 808.00 | $39,948.66 |

Report Date: 06/07/2006                                                Section 4 - Page 1 of 1

## Certified By Financial Management Office

### Headquarters Payroll Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

#### CRP NO. 120802
#### COSTS THROUGH MARCH 14, 2006

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| CAMPAGNA, PHILIP R. | 2005 | 13 | 82.00 | 5,572.30 |
| CHEMIST | | | | |
| | | | 82.00 | $5,572.30 |
| FREDERICKS, SCOTT C. | 2005 | 13 | 44.00 | 2,802.02 |
| SUP ENVIRONMENTAL PROTECTION SPECIALI | | | | |
| | | | 44.00 | $2,802.02 |
| Total Headquarters Payroll Costs | | | 126.00 | $8,374.32 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 46 of 71
Report Date: 06/07/2008 Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 66 of 91

Section 5 - Page 1 of 2

## Certified By Financial Management Office

### Regional Travel Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0299074 | ACHA05087 | 03/30/2005 | 2,573.45 |
| ENVIRONMENTAL ENGINEER | | | | |
| | | | | $2,573.45 |
| BARTOS, MYLES | TM0301949 | ACHA05091 | 04/05/2005 | 315.49 |
| | | | | $315.49 |
| BRESCIA, NICOLAS | TM0297484 | ACHC05075 | 03/18/2005 | 960.78 |
| ON-SCENE COORDINATOR | TM0298618 | ACHC05082 | 03/25/2005 | 1,491.10 |
| | TM0302218 | ACHC05082 | 03/25/2005 | 527.88 |
| | | | | $2,979.76 |
| DOUGHERTY, MEGAN | TM0298997 | ACHA05089 | 04/01/2005 | 508.22 |
| PUBLIC AFFAIRS SPECIALIST | TM0300328 | ACHA05090 | 04/04/2005 | 1,304.45 |
| | | | | $1,812.67 |
| DUTEAU, HELEN L. | TM0300094 | ACHA05083 | 03/28/2005 | 735.36 |
| PUBLIC AFFAIRS SPECIALIST (SUP.) | | | | |
| | | | | $735.36 |
| FITZSIMMONS, CHARLES E. | TM0297359 | ACHA05082 | 03/07/2005 | 32.00 |
| ON-SCENE COORDINATOR | | | | |
| | | | | $32.00 |
| JASTREMSKI SMITH, WENDY | TM0296655 | ACHA05088 | 03/31/2005 | 719.48 |
| COMMUNITY INVOLVEMENT COORD. | TM0301147 | ACHA05096 | 04/08/2005 | 1,340.95 |
| | | | | $2,060.43 |
| KELLY, JOHN E. | TM0301794 | ACHC05087 | 03/30/2005 | 625.80 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 47 of 71
Report Date: 06/07/2006 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 67 of 91
Section 5 - Page 2 of 2

Certified By Financial Management Office

Regional Travel Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| ENVIRONMENTAL SCIENTIST | | | | |
| | | | | $625.80 |
| | | | | |
| Total Regional Travel Costs | | | | $11,134.96 |

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 48 of 71
Report Date: 06/07/2008 Case 1:08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 68 of 91
Section 6 - Page 1 of 1

## Certified By Financial Management Office

### Headquarters Travel Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| CAMPAGNA, PHILIP R. | TM0299749 | ACHA05081 | 03/24/2005 | 1,034.40 |
| CHEMIST | TM0303331 | ACHA05088 | 03/31/2005 | 218.40 |
| | | | | $1,252.80 |
| FREDERICKS, SCOTT C. | TM0304557 | ACHA05087 | 03/30/2005 | 71.81 |
| SUP ENVIRONMENTAL PROTECTION SPECIALIST | | | | |
| | | | | $71.81 |
| Total Headquarters Travel Costs | | | | $1,324.61 |

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

### LLOCATION TRANSFER IAG'S

| | |
|---|---|
| ontractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| PA Contract Number: | DW75938802 |
| roject Officer(s): | BETTY N. JONES |
| ates of Service: | From: 02/23/2005   To: 03/18/2005 |
| ummary of Service: | See Contractor Information Which Follows List Of Vouchers |
| otal Costs: | $13,393.84 |

| oucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| ETTER RPT 1 | 05/05/2006 | 13,393.84 | LTR RPT | 04/15/2006 | 13,393.84 |
| | | | | Total: | $13,393.84 |

### LLOCATION TRANSFER IAG'S

| | |
|---|---|
| ontractor Name: | DEPARTMENT OF HEALTH & HUMAN SERVICES |
| PA Contract Number: | DW75938802 |

### ontractor Information

he Agency for Toxic Substances and Disease Registry (ATSDR) is an advisory agency which is used to onduct public health assessments at sites on the EPA National Priorities List pursuant to the Comprehensive nvironmental Response Compensation and Liability Act.

TSDR has performed the following activities:

OO - EMERGENCY RESPONSE - This is a response to a release or threat of release of pollutants and ontaminants that may present an imminent and substantial danger to public health or welfare.

O3 - HEALTH SURVEILLANCE ACTIVITIES - Health surveillance activities evaluate trends in adverse health ffects or exposure over time. Health surveillance at ATSDR includes five types of surveillance: Hazardous ubstances Emergency Events Surveillance Systems (HSEESS), hazardous waste worker surveillance, ite-specific surveillance, long-term relocation surveillance (a subset of site-specific surveillance), state-based urveillance, and tracking systems, including the voluntary residents tracking system.

IOO - HEALTH CONSULTATION - A health consultation is a written or verbal response from ATSDR to a pecific question or request for information pertaining to a hazardous substance or facility. It includes reviewing redical or health information to provide expert medical, epidemiologic, or public health assistance.

iUPPORTING DOCUMENTATION:  Copy of ATSDR Letter Report dated May 5, 2006.

port Date: 06/07/2006                                                    Section 8 - Page 1 of 1

## Certified By Financial Management Office

### Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

ELIVERY OF ANALYTICAL SERVICES

| | |
|---|---|
| ntractor Name: | ANALYTICAL LABORATORY SERVICES, INC. |
| ºA Contract Number: | 59A053NNSA5 |
| oject Officer(s): | JOHN KWEDAR |
| ites of Service: | From: 05/27/2005    To: 05/27/3005 |
| ummary of Service: | Air Samples |
| otal Costs: | $1,102.00 |

| oucher<br>umber | Voucher<br>Date | Voucher<br>Amount | Treasury Schedule<br>Number    and    Date | | Site<br>Amount |
|---|---|---|---|---|---|
| 34671 | 05/27/2005 | 1,102.00 | 000A05236 | 08/26/2005 | 1,102.00 |
| | | | | Total: | $1,102.00 |

Case 1:08-cv-00825-RBW  Document 3-2  Filed 07/10/2008  Page 51 of 71
Case 1:08-cv-00825-RBW  Document 1-2  Filed 05/13/2008  Page 71 of 91

Report Date: 06/07/2006                                                    Section 9 - Page 1 of 1

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

**DELIVERY OF ANALYTICAL SERVICES**

Contractor Name:         **ANALYTICAL LABORATORY SERVICES, INC.**

EPA Contract Number:     **59A057NNSA5**

Project Officer(s):      **JOHN KWEDAR**

Dates of Service:        From: 05/27/2005    To: 05/27/2005

Summary of Service:      Air Samples

Total Costs:             $4,002.00

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 64673 | 05/27/2005 | 4,002.00 | 000A05301 | 11/01/2005 | 4,002.00 |
| | | | | Total: | $4,002.00 |

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 52 of 71
Report Date: 06/07/2006 Case 1:08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 72 of 91
Section 10 - Page 1 of 3

## Certified By Financial Management Office

### Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

__EMERGENCY AND RAPID RESPONSE SERVICE (ERRS2)__

| | |
|---|---|
| Contractor Name: | KEMRON ENVIRONMENTAL |
| EPA Contract Number: | 68-S3-0305 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 3010 | 02/23/2005 | 04/20/2005 |

| | |
|---|---|
| Project Officer(s): | STEUTEVILLE, WILLIAM<br>WILLIAMS, JACQUELINE |
| Dates of Service: | From: 02/23/2005   To: 04/15/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $89,318.81 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| SE1509-01 | 02/28/2005 | 31,596.79 | 05372 | | 04/05/2005 | 31,596.79 |
| SE1509-02 | 03/31/2005 | 31,522.27 | 05413 | | 04/26/2005 | 31,522.27 |
| SE1509-03 | 04/30/2005 | 14,874.24 | 05479 | | 06/01/2005 | 14,874.24 |
| SE1509-04 | 07/31/2005 | 11,325.51 | 05651 | | 08/29/2005 | 11,325.51 |
| | | | | | Total: | $89,318.81 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 53 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 73 of 91
eport Date: 06/07/2006                                                    Section 10 - Page 2 of 3

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

### MERGENCY AND RAPID RESPONSE SERVICE (ERRS2)

ontractor Name:        KEMRON ENVIRONMENTAL

PA Contract Number:    68-S3-0305

---

ontractor Information
ask Order No.: 03-05-010
eriod Of Performance: From: 02/25/2005 To: 04/20/2005
escription Of Work: Removal Action

he Contractor shall furnish the necessary personnel, materials, services, facilities, and otherwise do all things
ecessary for, or incident to, the performance of the work set forth below:

eneral Response - The OSC requires emergency and rapid response services contract support at the site
onsistent with a Federal funding authorization for the Site. The Contractor must provide all personnel,
quipment, supplies, including PPE, and services for performance of tasks pursuant to this TO.

ite Safety (Contractor Provides Safety Plan) - Contractor to perform tasks pursuant to this TO in accordance
ith OSH regulations and applicable EPA safety policy.

ite Mobilization - Contractor to be on-Site on 2/23/05 at 4:30pm

ield Support Facilities - Contractor to provide field office, support facilities and utility service for performance of
sks pursuant to this TO.

ff-site Disposal - Contractor to provide off-site transportation and disposal of hazardous substances/oil in
ccordance with CERCLA 121(d)(3).

RARs - Contractor must comply with all applicable or relevant and appropriate environmental regulations to the
xtent practicable depending on the exigencies of the situation as directed by OSC.  Contractor must obtain
ermits for on-site activities as directed by OSC.

lercury Spill Recovery & Decontamination - Contractor to recover, stage, and dispose spilled mercury and
ontaminated soil and decontaminate or dispose contaminated surfaces and materials.

esponse Activities in Residential Neighborhood - This TO requires the Contractor to perform activities on or
ear residential properties. When working on or near residential properties, the Contractor must strictly adhere
 limitations on access, work hours, special work requirements and other conditions, if any, established by the
SC for such work and identify schools and school bus routes and schedules in the neighborhood.

terior Surface Decontamination - Contractor to decontaminate interior surfaces of buildings, other structures,
ars and other vessels identified by OSC as contaminated.

ask Order No. 03-05-010 Amendment No. 1 -  The purpose of this modification is to extend the task order
xpiration date.

ask Order No. 03-05-010 Amendment No. 2 - The purpose of this modification is to decrease the task order

Case 1:08-cv-00825-RBW Document 3-2 Filed 07/10/2008 Page 54 of 71
Case 1:08-cv-00825-RBW Document 1-2 Filed 05/13/2008 Page 74 of 91
Report Date: 06/07/2006
Section 10 - Page 3 of 3

Certified By Financial Management Office

Contract Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

~~Task Order No. 00-00-010 Amendment No. 2 - The purpose of this modification is to decrease the task order~~ ceiling amount.

SUPPORTING DOCUMENTATION - Copy of Delivery Order, Amendments and Monthly Progress Reports.

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 55 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 75 of 91
eport Date: 06/07/2006                                        Section 11 - Page 1 of 2

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

NVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

| | |
|---|---|
| ontractor Name: | LOCKHEED MARTIN SERVICES, INC. |
| PA Contract Number: | 68-W0-1018 |

| elivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 23 | 03/21/2005 | 04/17/2005 |

| | |
|---|---|
| roject Officer(s): | THAUNG, KHIN |
| ates of Service: | From: 03/21/2005  To: 04/17/2005 |
| ummary of Service: | See Contractor Information Which Follows List Of Vouchers |
| otal Costs: | $4,888.58 |

| oucher umber | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| R230305 | 05/06/2005 | 66,071.51 | R5482 | 06/02/2005 | 2,173.65 | 2,714.93 |
| | | | Total: | | $2,173.65 | $2,714.93 |

Report Date: 06/07/2008

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 56 of 71
08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 76 of 91
Section 11 - Page 2 of 2

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

## ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

| | |
|---|---|
| Contractor Name: | LOCKHEED MARTIN SERVICES, INC. |
| EPA Contract Number: | 68-W0-1018 |

Delivery Order Information

| DO # | Start Date | End Date |
|---|---|---|
| 23 | 03/21/2005 | 04/17/2005 |

| | |
|---|---|
| Project Officer(s): | THAUNG, KHIN |
| Dates of Service: | From: 03/21/2005   To: 04/17/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $4,888.58 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| 3R230305 | R5482 | Class | 1.249018 |

## ENVIRONMENTAL SERVICES ASSISTANCE TEAMS (ESAT)

| | |
|---|---|
| Contractor Name: | LOCKHEED MARTIN SERVICES, INC. |
| EPA Contract Number: | 68-W0-1018 |

### Contractor Information

Technical Direction Document No.: 0357
Task Order No.: 0023
Period Of Performance: 03/21/2005 to 03/25/2005
Description Of Work: Data Review
Review the CLP anaylytical data for case R32135

Technical Direction Document No.: 0359
Task Order No.: 0023
Period Of Performance: 03/03/2005 to 03/31/2005
Description Of Work: Data Review
Review the CLP anaylytical data for case R32135

Technical Direction Document No.: 0364
Task Order No.: 0023
Period Of Performance: 03/23/2005 to 03/29/2005
Description Of Work: Data Review
Review the CLP anaylytical data for case R32135

SUPPORTING DOCUMENTATION:  Copy of Technical Direction Documents and Monthly Progress Reports.

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 57 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 77 of 91
Report Date: 06/07/2006                                      Section 12 - Page 1 of 2

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802
## COSTS THROUGH MARCH 14, 2006

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

| | |
|---|---|
| Contractor Name: | LOCKHEED MARTIN TECHNOLOGY SERVICES |
| EPA Contract Number: | EPC04032 |
| Project Officer(s): | SINGHVI, RAJESHMAL |
| | ZOWNIR, ANDRE |
| Dates of Service: | From: 03/21/2005   To: 02/12/2006 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $24,439.11 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 0 | 04/25/2005 | 1,149,236.31 | R5464 | 05/19/2005 | 22,327.56 |
| 1 | 06/01/2005 | 1,315,537.89 | R5531 | 06/27/2005 | 857.93 |
| 2 | 06/30/2005 | 1,631,386.99 | R5596 | 08/01/2005 | 733.97 |
| 4 | 08/25/2005 | 1,140,294.70 | R5701 | 09/21/2005 | 49.59 |
| 8 | 12/29/2005 | 911,409.92 | 06235 | 01/26/2006 | -27.35 |
| 9 | 01/27/2006 | 1,094,139.16 | R6300 | 02/24/2006 | -20.17 |
| 0 | 02/21/2006 | 1,170,489.51 | R6340 | 03/20/2006 | 517.58 |
| | | | | Total: | $24,439.11 |

RESPONSE ENGINEERING AND ANALYTICAL (REA) CONTRACT

| | |
|---|---|
| Contractor Name: | LOCKHEED MARTIN TECHNOLOGY SERVICES |
| EPA Contract Number: | EPC04032 |

## Contractor Information

Work Assignment No.: 0-147
Period Of Performance: 04/01/2005 to 05/31/2009
Description Of Work: The contractor shall perform air monitoring for mercury using the Lumex mercury vapor analyzer at the Cardozo High School in Washington, D.C.

The contractor shall perform the following tasks:

Respond immediately on 3/06 to Cardozo high school to perform air monitoring and air sampling for mercury;
Air monitoring using the Lumex mercury vapor monitor;
Conduct air sampling following NIOSH method 6009 modified at proximately 70 locations.

SUPPORTING DOCUMENTATION:  Copy of the Work Assignment, Work Plan and Monthly Progress Reports.

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 58 of 71
Report Date: 06/07/2008-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 78 of 91
Section 12 - Page 2 of 2

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

Case 1:08-cv-00825-RBW  Document 3-2  Filed 07/10/2008  Page 59 of 71
Report Date: 06/07/2008  1:08-cv-00825-RBW  Document 1-2  Filed 05/13/2008  Page 79 of 91
Section 13 - Page 1 of 3

Certified By Financial Management Office

Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

__SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)__

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | 68-S3-0002 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 02/28/2005   To: 06/30/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $105,240.74 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| OPT#0409 | 04/11/2005 | 389,479.03 | R5443 | 05/11/2005 | 60,406.29 | 25,165.51 |
| OPT#0410 | 05/13/2005 | 424,107.86 | R5501 | 06/09/2005 | 10,309.06 | 4,294.79 |
| OPT#0411 | 06/01/2005 | 387,909.68 | R5532 | 06/27/2005 | 2.84 | 1.18 |
| OPT#0412 | 07/18/2005 | 594,571.12 | R5633 | 08/16/2005 | 1,432.18 | 596.65 |
| OPT#0415 | 12/12/2005 | 20,174.79 | R6220 | 01/20/2006 | 2,140.50 | 891.74 |
| | | | | Total: | $74,290.87 | $30,949.87 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 60 of 71
Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 80 of 91
Section 13 - Page 2 of 3

Report Date: 06/07/2006

## Certified By Financial Management Office

### Contract Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

__SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)__

| | |
|---|---|
| Contractor Name: | TETRA TECH EM INC. |
| EPA Contract Number: | 68-S3-0002 |
| Project Officer(s): | WODARCZYK, KAREN |
| Dates of Service: | From: 02/28/2005    To: 06/30/2005 |
| Summary of Service: | See Contractor Information Which Follows List Of Vouchers |
| Total Costs: | $105,240.74 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| OPT#0409 | R5443 | Class | 0.416604 |
| OPT#0410 | R5501 | Class | 0.416604 |
| OPT#0411 | R5532 | Class | 0.416604 |
| OPT#0412 | R5633 | Class | 0.416604 |
| OPT#0415 | R6220 | Class | 0.416604 |

Report Date: 06/05/2008

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 61 of 71
08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 81 of 91

Section 13 - Page 3 of 3

Certified By Financial Management Office

Contract Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

## CRP NO. 120802

## COSTS THROUGH MARCH 14, 2006

### SUPERFUND TECHNICAL ASSESSMENT AND RESPONSE TEAM (START)

Contractor Name:      TETRA TECH EM INC.

EPA Contract Number:      68-S3-0002

---

Contractor Information

Technical Direction Document No.: SE3-05-02-004
Period Of Performance: 02/23/2005 to 03/15/2005
Description Of Work:  Emergency Response

Mercury was spilled inside several class rooms, hallways and the auditorium of the high school.  Currently, 5 areas in the school are considered contaminated.  Approx 15 students and their clothing and other belongings have elevated mercury readings.

START to perform the following tasks:
Provide two START personnel to subject location;
Provide air monitoring equipment including Lumex and Jerome Hg vapor analyzers;
Provide Health and Safety Plan (HASP);
Perform air monitoring as per site air monitoring plan;
Provide site clearance Air Sampling Plan. Implement plan at OSC direction. Provide 24 hour turnaround on all air samples retrieved.
Assist OSC with ERRS contractor personnel oversite. Ensure adherence to HASP;
Photo document site removal activities;
Assist OSC with site file organization.

Technical Direction Document No.: SE3-05-03-001
Period Of Performance: 03/02/2005 to 06/30/2005
Description Of Work:  Fund Lead Removal Actions - Response Support

Provide two STRT personnel to subject location. Ensure rotation of personnel on 24hr basis for approx. four days after the emergency assessment;
Provide air monitoring equipment including Lumex;
Perform air monitoring as per site air monitoring plan;
Provide site clearance Air Sampling Plan.  Implement plan at OSC Direction;
Provide laboratory analytical services from a local lab. Provide 24 hour turnaround on all air samples retrieved;
Assist OSC with ERRS contractor personnel oversite.  Ensure adherence to HASP;
Photo document site removal activities;
Assist OSC with site file organization.

Technical Direction Document No.: SE3-05-03-001 Amendment A - Due to additional mercury found in the facility, additional manpower was needed to assist with the overall cleanup.

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 62 of 71
Report Date: 06/07/2008 Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 82 of 91
Section 14 - Page 1 of 1

Certified By Financial Management Office

EPA Indirect Costs

# CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|---|---|---|---|
| 2005 | 280,656.74 | 62.93% | 176,617.29 |
| 2006 | 9,117.05 | 62.93% | 5,737.37 |
| | 289,773.79 | | |

Total EPA Indirect Costs

$182,354.66

## Certified By Financial Management Office

### EPA Indirect Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | 2005 | 13 | 6,208.91 | 62.93% | 3,907.27 |
|  |  |  | 6,208.91 |  | $3,907.27 |
| BARTOS, MYLES | 2005 | 13 | 906.76 | 62.93% | 570.62 |
|  |  |  | 906.76 |  | $570.62 |
| BRESCIA, NICOLAS | 2005 | 12 | 1,333.39 | 62.93% | 839.10 |
|  |  | 13 | 2,362.03 | 62.93% | 1,486.43 |
|  |  |  | 3,695.42 |  | $2,325.53 |
| CAMPAGNA, PHILIP R. | 2005 | 13 | 5,572.30 | 62.93% | 3,506.65 |
|  |  |  | 5,572.30 |  | $3,506.65 |
| CARNEY, DENNIS P. | 2005 | 13 | 446.80 | 62.93% | 281.17 |
|  |  |  | 446.80 |  | $281.17 |
| COSTAS, ROBIN L. | 2005 | 13 | 108.64 | 62.93% | 68.37 |
|  |  |  | 108.64 |  | $68.37 |
| CURRY, JOHN | 2005 | 12 | 25.58 | 62.93% | 16.10 |
|  |  |  | 25.58 |  | $16.10 |
| DANESI, ROBIN L. | 2005 | 12 | 26.64 | 62.93% | 16.76 |
|  |  |  | 26.64 |  | $16.76 |
| DONOVAN, RUTH ANN M. | 2005 | 12 | 42.92 | 62.93% | 27.01 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 64 of 71
Report Date: 06/07/2008    Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 84 of 91
Section 15 - Page 2 of 9

## Certified By Financial Management Office

### EPA Indirect Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802

### COSTS THROUGH MARCH 14, 2006

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DONOVAN, RUTH ANN M. | 2005 | 13 | 142.98 | 62.93% | 89.98 |
| | | | 185.90 | | $116.99 |
| DORSEY, JOSEPH | 2005 | 13 | 511.82 | 62.93% | 322.09 |
| | | | 511.82 | | $322.09 |
| DOUGHERTY, MEGAN | 2005 | 12 | 558.91 | 62.93% | 351.72 |
| | | 13 | 1,512.32 | 62.93% | 951.70 |
| | | | 2,071.23 | | $1,303.42 |
| DUTEAU, HELEN L. | 2005 | 13 | 3,005.11 | 62.93% | 1,891.12 |
| | | | 3,005.11 | | $1,891.12 |
| FITZSIMMONS, CHARLES E. | 2005 | 12 | 4,079.84 | 62.93% | 2,567.44 |
| | | 13 | 5,816.40 | 62.93% | 3,660.26 |
| | | 14 | 288.58 | 62.93% | 181.60 |
| | | | 10,184.82 | | $6,409.30 |
| FREDERICKS, SCOTT C. | 2005 | 13 | 2,802.02 | 62.93% | 1,763.31 |
| | | | 2,802.02 | | $1,763.31 |
| GOLDMAN, ANDREW S. | 2005 | 13 | 418.64 | 62.93% | 263.45 |
| | | | 418.64 | | $263.45 |
| JASTREMSKI SMITH, WENDY | 2005 | 12 | 1,976.89 | 62.93% | 1,244.06 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 65 of 71
Report Date: 00/07/2008 08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Section 15 - Page 85 of 91
Page 3 of 9

## Certified By Financial Management Office

### EPA Indirect Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| JASTREMSKI SMITH, WENDY | 2005 | 13 | 1,654.15 | 62.93% | 1,040.96 |
| | | | 3,631.04 | | $2,285.02 |
| KELLY, JOHN E. | 2005 | 13 | 1,140.93 | 62.93% | 717.99 |
| | | | 1,140.93 | | $717.99 |
| CLEEMAN, CHARLES L. | 2005 | 13 | 2,932.92 | 62.93% | 1,845.69 |
| | | | 2,932.92 | | $1,845.69 |
| MAHONEY, MICHAEL H. | 2005 | 14 | 107.67 | 62.93% | 67.76 |
| | | | 107.67 | | $67.76 |
| MURRAY, HELEN L. | 2005 | 15 | 41.44 | 62.93% | 26.08 |
| | | 27 | 41.45 | 62.93% | 26.08 |
| | | | 82.89 | | $52.16 |
| POLISH, DAVID B. | 2005 | 13 | 430.00 | 62.93% | 270.60 |
| | | | 430.00 | | $270.60 |
| RAJKOWSKI, ALEXANDRA T. | 2005 | 12 | 57.27 | 62.93% | 36.04 |
| | | 13 | 85.89 | 62.93% | 54.05 |
| | | | 143.16 | | $90.09 |
| RODRIGUES, CECIL A. | 2005 | 13 | 226.17 | 62.93% | 142.33 |
| | | | 226.17 | | $142.33 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 66 of 71
Report Date: 06/07/2006    Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 86 of 91
Section 15 - Page 4 of 9

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| RUGALA, MARY E. | 2005 | 13 | 133.54 | 62.93% | 84.04 |
| | | | 133.54 | | $84.04 |
| SCHULTZ, MARY E. | 2005 | 12 | 13.88 | 62.93% | 8.73 |
| | | | 13.88 | | $8.73 |
| SOSINSKI, PATRICIA F. | 2005 | 12 | 178.46 | 62.93% | 112.30 |
| | | 13 | 101.99 | 62.93% | 64.18 |
| | | 14 | 25.41 | 62.93% | 15.99 |
| | | | 305.86 | | $192.47 |
| STEUTEVILLE, WILLIAM D. | 2005 | 13 | 122.76 | 62.93% | 77.25 |
| | | 14 | 184.11 | 62.93% | 115.86 |
| | | 26 | 61.39 | 62.93% | 38.63 |
| | | | 368.26 | | $231.74 |
| WARNER, SUSAN C. | 2006 | 13 | 14.48 | 62.93% | 9.11 |
| | | 14 | 28.94 | 62.93% | 18.21 |
| | | | 43.42 | | $27.32 |
| WILLIAMS, JAMES A. | 2005 | 13 | 169.87 | 62.93% | 106.90 |
| | | 14 | 339.80 | 62.93% | 213.84 |
| | | | 509.67 | | $320.74 |
| WRIGHT, JAMES R. | 2005 | 16 | 42.73 | 62.93% | 26.89 |
| | | 17 | 171.01 | 62.93% | 107.62 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 67 of 71
Report Date: 06/07/2008   8-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 87 of 91
Section 15 - Page 5 of 9

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| WRIGHT, JAMES R. | 2005 | 26 | | | |
| | | | 256.49 | 62.93% | 161.41 |
| | | | 470.23 | | $295.92 |
| Total Fiscal Year 2005 Payroll Direct Costs: | | | 46,710.23 | | $29,394.75 |

## TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AQUINO, MARCUS A. | TM0299074 | 03/30/2005 | 2,573.45 | 62.93% | 1,619.47 |
| | | | 2,573.45 | | $1,619.47 |
| BARTOS, MYLES | TM0301949 | 04/05/2005 | 315.49 | 62.93% | 198.54 |
| | | | 315.49 | | $198.54 |
| BRESCIA, NICOLAS | TM0297484 | 03/18/2005 | 960.78 | 62.93% | 604.62 |
| | TM0302218 | 03/25/2005 | 527.88 | 62.93% | 332.19 |
| | TM0298618 | 03/25/2005 | 1,491.10 | 62.93% | 938.35 |
| | | | 2,979.76 | | $1,875.16 |
| CAMPAGNA, PHILIP R. | TM0299749 | 03/24/2005 | 1,034.40 | 62.93% | 650.95 |
| | TM0303331 | 03/31/2005 | 218.40 | 62.93% | 137.44 |
| | | | 1,252.80 | | $788.39 |
| DOUGHERTY, MEGAN | TM0298997 | 04/01/2005 | 508.22 | 62.93% | 319.82 |
| | TM0300328 | 04/04/2005 | 1,304.45 | 62.93% | 820.89 |
| | | | 1,812.67 | | $1,140.71 |

Report Date: 08/07/2008

Case 1:08-cv-00825-RBW   Document 3-2   Filed 07/10/2008   Page 68 of 71
Case 1:08-cv-00825-RBW   Document 1-2   Filed 05/13/2008   Page 88 of 91
Section 15 – Page 6 of 9

Certified By Financial Management Office

EPA Indirect Costs

## CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802
COSTS THROUGH MARCH 14, 2006

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DUTEAU, HELEN L. | TM0300094 | 03/28/2005 | 735.36 | 62.93% | 462.77 |
| | | | 735.36 | | $462.77 |
| FITZSIMMONS, CHARLES E. | TM0297359 | 03/07/2005 | 32.00 | 62.93% | 20.14 |
| | | | 32.00 | | $20.14 |
| FREDERICKS, SCOTT C. | TM0304557 | 03/30/2005 | 71.81 | 62.93% | 45.19 |
| | | | 71.81 | | $45.19 |
| JASTREMSKI SMITH, WENDY | TM0296655 | 03/31/2005 | 719.48 | 62.93% | 452.77 |
| | TM0301147 | 04/08/2005 | 1,340.95 | 62.93% | 843.86 |
| | | | 2,060.43 | | $1,296.63 |
| KELLY, JOHN E. | TM0301794 | 03/30/2005 | 625.80 | 62.93% | 393.82 |
| | | | 625.80 | | $393.82 |
| Total Fiscal Year 2005 Travel Direct Costs: | | | 12,459.57 | | $7,840.82 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 59A053NNSA5 | 164671 | 08/26/2005 | 1,102.00 | 0.00 | 62.93% | 693.49 |
| | | | 1,102.00 | 0.00 | | $693.49 |
| 68-S3-0002 | OPT#0409 | 05/11/2005 | 3,545.42 | 1,477.04 | 62.93% | 3,160.63 |
| | | | 56,860.87 | 23,688.47 | 62.93% | 50,689.70 |
| | OPT#0410 | 06/09/2005 | 9,258.42 | 3,857.09 | 62.93% | 8,253.59 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 69 of 71
Report Date: 06/07/2008  Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 89 of 91
Section 15 - Page 7 of 9

## Certified By Financial Management Office

### EPA Indirect Costs

### CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

### CRP NO. 120802
### COSTS THROUGH MARCH 14, 2006

### OTHER DIRECT COSTS

| Contract, AG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 38-S3-0002 | OPT#0410 | 06/09/2005 | 1,050.64 | 437.70 | 62.93% | 936.61 |
| | OPT#0411 | 06/27/2005 | 2.84 | 1.18 | 62.93% | 2.53 |
| | OPT#0412 | 08/16/2005 | 1,432.18 | 596.65 | 62.93% | 1,276.74 |
| | | | 72,150.37 | 30,058.13 | | $64,319.80 |
| 38-S3-0305 | SE1509-01 | 04/05/2005 | 31,596.79 | 0.00 | 62.93% | 19,883.86 |
| | SE1509-02 | 04/26/2005 | 31,522.27 | 0.00 | 62.93% | 19,836.96 |
| | SE1509-03 | 06/01/2005 | 14,874.24 | 0.00 | 62.93% | 9,360.36 |
| | SE1509-04 | 08/29/2005 | 11,325.51 | 0.00 | 62.93% | 7,127.14 |
| | | | 89,318.81 | 0.00 | | $56,208.32 |
| 38-W0-1018 | 3R230305 | 06/02/2005 | 2,173.65 | 2,714.93 | 62.93% | 3,076.38 |
| | | | 2,173.65 | 2,714.93 | | $3,076.38 |
| EPC04032 | 10 | 05/19/2005 | 22,327.56 | 0.00 | 62.93% | 14,050.73 |
| | 11 | 06/27/2005 | 857.93 | 0.00 | 62.93% | 539.90 |
| | 12 | 08/01/2005 | 733.97 | 0.00 | 62.93% | 461.89 |
| | 14 | 09/21/2005 | 49.59 | 0.00 | 62.93% | 31.21 |
| | | | 23,969.05 | 0.00 | | $15,083.73 |

Total Fiscal Year 2005 Other Direct Costs: 188,713.88    32,773.06    $139,381.72

Total Fiscal Year 2005: 280,656.74    $176,617.29

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 70 of 71
Report Date: 06/07/2008 08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 90 of 91
Section 15 - Page 8 of 9

Certified By Financial Management Office.

EPA Indirect Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| FITZSIMMONS, CHARLES E. | 2006 | 10 | 538.45 | 62.93% | 338.85 |
| | | | 538.45 | | $338.85 |
| STEUTEVILLE, WILLIAM D. | 2006 | 11 | 378.48 | 62.93% | 238.18 |
| | | 12 | 189.14 | 62.93% | 119.03 |
| | | | 567.62 | | $357.21 |
| NODARCZYK, KAREN | 2006 | 11 | 110.67 | 62.93% | 69.64 |
| | | | 110.67 | | $69.64 |
| WRIGHT, JAMES R. | 2006 | 03 | 396.01 | 62.93% | 249.21 |
| | | | 396.01 | | $249.21 |
| Total Fiscal Year 2006 Payroll Direct Costs: | | | 1,612.75 | | $1,014.91 |

### OTHER DIRECT COSTS

| Contract, AG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 69A057NNSA5 | 164673 | 11/01/2005 | 4,002.00 | 0.00 | 62.93% | 2,518.46 |
| | | | 4,002.00 | 0.00 | | $2,518.46 |
| 68-S3-0002 | OPT#0415 | 01/20/2006 | 2,140.50 | 891.74 | 62.93% | 1,908.19 |
| | | | 2,140.50 | 891.74 | | $1,908.19 |
| EPC04032 | 18 | 01/26/2006 | -27.35 | 0.00 | 62.93% | -17.21 |
| | 19 | 02/24/2006 | -20.17 | 0.00 | 62.93% | -12.69 |

Case 1:08-cv-00825-RBW    Document 3-2    Filed 07/10/2008    Page 71 of 71
Report Date: 06/07/2006  Case 1:08-cv-00825-RBW    Document 1-2    Filed 05/13/2008    Page 91 of 91
Section 15 - Page 9 of 9

Certified By Financial Management Office

EPA Indirect Costs

CARDOZA HIGH SCHOOL, WASHINGTON, DC  SITE ID = A3 DP

CRP NO. 120802

COSTS THROUGH MARCH 14, 2006

## OTHER DIRECT COSTS

| Contract, AG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| PC04032 | 20 | 03/20/2006 | 517.58 | 0.00 | 62.93% | 325.71 |
| | | | 470.06 | 0.00 | | $295.81 |
| Total Fiscal Year 2006 Other Direct Costs: | | | 6,612.56 | 891.74 | | $4,722.46 |
| Total Fiscal Year 2006: | | | 9,117.05 | | | $5,737.37 |
| Total EPA Indirect Costs | | | | | | $182,354.66 |